JUDGE MARRERO

# DOCUMENTS TO BE SEALED

## <u>PLAINTIFF</u>

## -V-

## <u>DEFENDANT</u>

<u>DOCKET NUMBER:</u> 19 CV 5434

<u>DATE FILED:</u> JUN 1 1 2019

<u>SIGNED BY:</u> JUDGE COTE

<u>DATE SIGNED:</u> JUN 1 1 2019

<u>TO BE FILED UNDER SEAL:</u>

_____ ENTIRE ACTION

__✓__ COMPLAINT / PETITION ONLY

__✓__ OTHER DOCUMENTS / EXHIBITS