*Original*

JUDGE MARRERO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK,

STATE OF CALIFORNIA,

STATE OF COLORADO,

STATE OF CONNECTICUT,

DISTRICT OF COLUMBIA,

STATE OF MARYLAND,

COMMONWEALTH OF MASSACHUSETTS,

STATE OF MICHIGAN,

STATE OF MISSISSIPPI,

COMMONWEALTH OF VIRGINIA,

and

STATE OF WISCONSIN,

                *Plaintiffs,*

     v.

**MEMO ENDORSED**

# 19 CV 5434

Case No.:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/11/2019

**MEMO ENDORSED**

DEUTSCHE TELEKOM AG,
T-MOBILE US, INC.,
SPRINT CORPORATION,

and

SOFTBANK GROUP CORP.,

*Defendants.*

The filing with the proposed redactions is approved. The unredacted complaint shall be served on defendants and filed under seal. The assigned judge may review whether redacted material in the ECF-filed complaint should be unredacted. /s/ Denise Cote
June 11, 2019

**MOTION TO SEAL**

The States of New York, California, Colorado, Connecticut, Maryland, Michigan, Mississippi, and Wisconsin, the Commonwealths of Massachusetts and Virginia, and the District of Columbia ("Plaintiff States"), seek to file a civil antitrust suit to enjoin the proposed acquisition of Sprint Corporation ("Sprint") by T-Mobile US, Inc. ("T-Mobile"), and to obtain equitable and other relief as appropriate, as described in the Confidential Complaint, attached hereto as Exhibit A.

The Confidential Complaint contains information that Sprint and T-Mobile, as well as non-parties U.S. Federal Communications Commission, AT&T Inc., Verizon Communications, Inc., U.S. Cellular Corp., and TracFone Wireless, Inc., provided to Plaintiff States during their investigation pursuant to confidentiality agreements (collectively, "Confidentiality Agreements"). Attached hereto as Exhibit B is a version of the Confidential Complaint with information that has been designated as confidential indicated with yellow highlighting. Attached hereto as Exhibit C is a Redacted Complaint with information that has been designated confidential redacted.

Consistent with obligations under the Confidentiality Agreements, Plaintiff New York makes this Motion to file the Confidential Complaint under seal and the Redacted Complaint on

2

the public docket. Plaintiff New York takes no position on whether the information that has been designated confidential by Sprint, T-Mobile, or any third parties must be sealed.

Dated this ____ day of June 2019.

Respectfully submitted,

FOR PLAINTIFF STATE OF
NEW YORK:

LETITIA JAMES
Attorney General

CHRISTOPHER D'ANGELO
Chief Deputy Attorney General,
Economic Justice Division
(*pro hac vice* forthcoming)

_____
Beau Buffier
Beau.Buffier@ag.ny.gov
Elinor R. Hoffmann
Elinor.Hoffmann@ag.ny.gov
Michael Jo
Michael.Jo@ag.ny.gov
Jeremy R. Kasha
Jeremy.Kasha@ag.ny.gov
Beatriz Marques (admission pending)
Beatriz.Marques@ag.ny.gov
Irina C. Rodríguez
Irina.Rodriguez@ag.ny.gov
Alexander Scolnik
Alexander.Scolnik@ag.ny.gov
James Yoon
James.Yoon@ag.ny.gov
New York State Office of the
Attorney General
28 Liberty Street
New York, NY 10005
Tel: (212) 416-8262

*Attorneys for Plaintiff State of New York*