UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, <br><br> STATE OF CALIFORNIA, <br><br> STATE OF COLORADO, <br><br> STATE OF CONNECTICUT, <br><br> DISTRICT OF COLUMBIA, <br><br> STATE OF MARYLAND, <br><br> COMMONWEALTH OF MASSACHUSETTS, <br><br> STATE OF MICHIGAN, <br><br> STATE OF MISSISSIPPI, <br><br> COMMONWEALTH OF VIRGINIA, <br><br> and <br><br> STATE OF WISCONSIN, <br><br>      *Plaintiffs*, <br><br>     v. <br><br> DEUTSCHE TELEKOM AG, <br> T-MOBILE US, INC., <br> SPRINT CORPORATION, <br><br> and <br><br> SOFTBANK GROUP CORP., <br><br>      *Defendants*. | Case No. 1:19-cv-05434-VM <br><br> **MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Glenn D. Pomerantz, hereby move this Court for an order for admission to practice *pro hac vice* to appear as counsel to Plaintiff State of California *ex rel.* Xavier Becerra in the above-captioned action.

I am a member in good standing of the bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  June 11, 2019                     Respectfully Submitted,

*/s/ Glenn Pomerantz*
Glenn D. Pomerantz
Munger, Tolles & Olson LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA  90071-3426
Tel.:  (213) 683-9100
Fax:   (213) 687-3702
Glenn.pomerantz@mto.com

*Counsel for Plaintiff State of California ex rel. Xavier Becerra*