```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
STATE OF NEW YORK, et al.,           :
                                     :
                      Plaintiffs,    :   19 Civ. 5434 (VM)
                                     :
    - against -                      :   ORDER
                                     :
DEUTSCHE TELEKOM AG, et al.,         :
                                     :
                      Defendants.    :
-------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The parties in the above-captioned case request an expedited status conference (see attached letter). Accordingly, it is hereby ordered that a status conference shall be held before Judge Victor Marrero on June 21, 2019, at 10:00 a.m.

**SO ORDERED.**

Dated:   New York, New York
         13 June 2019

                                    _____
                                         Victor Marrero
                                            U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/19
```

June 12, 2019

**BY FAX**

The Honorable Victor Marrero
United States District Court for the
  Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *State of New York, et al. v. Deutsche Telekom AG, et al., No. 19-cv-5434*

Dear Judge Marrero:

This action, brought by certain states under Section 7 of the Clayton Act, seeks to enjoin the proposed acquisition of Sprint Corp. by T-Mobile US, Inc.

Consistent with Fed. R. Civ. P. 16(a), the parties seek an expedited status conference to be held early next week, or at the Court's earliest convenience, so that the Court may address scheduling and other case-management issues. The undersigned parties wish to promptly set a reasonably expeditious case schedule and reasonable parameters for discovery consistent with that schedule. *Cf.* 15 U.S.C. § 25 (providing that, in an injunctive action under Section 7 of the Clayton Act, "the court shall proceed, as soon as may be, to the hearing and determination of the case"). No plaintiff state has voiced any objection to this request.

Respectfully submitted,

PLAINTIFF STATE OF NEW YORK
LETITIA JAMES
ATTORNEY GENERAL

BY:    ___/s/Beau Buffier_____
       Beau Buffier
       Chief, Antitrust Bureau
       New York State Office of the Attorney General
       28 Liberty Street
       New York, NY 10005
       Tel.: (212) 416-8262

---

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by _plaintiffs_.

SO ORDERED.

6-13-19
DATE

VICTOR MARRERO, U.S.D.J.

Hon. Victor Marrero
June 12, 2019
Page 2


PLAINTIFF STATE OF CALIFORNIA
XAVIER BECERRA
ATTORNEY GENERAL

BY:  ___/s/Paula L. Blizzard_____
     Paula L. Blizzard
     Deputy Attorney General
     California Office of the Attorney General
     455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102
     Tel.: (415) 510-4400


BY:  ___/s/Glenn D. Pomerantz_____
     Glenn D. Pomerantz
     Munger Tolles & Olson LLP
     350 S. Grand Avenue, 50th Floor
     Los Angeles, CA 90071
     Tel.: (213) 683-9100


CLEARY GOTTLIEB STEEN & HAMILTON LLP

BY:  ___/s/ George S. Cary_____
     George S. Cary (*pro hac vice forthcoming*)
     David I. Gelfand (*pro hac vice forthcoming*)
     2112 Pennsylvania Ave NW
     Washington, D.C. 20037
     Tel.: (202) 974-1500
     Fax: (202) 974-1999
     E-mail:  gcary@cgsh.com
              dgelfand@cgsh.com

     *Counsel for Defendant T-Mobile US, Inc.*

Hon. Victor Marrero
June 12, 2019
Page 3


WILMER CUTLER PICKERING HALE AND DORR LLP

BY:     ___/s/ Hallie B. Levin_____
        Hallie B. Levin
        7 World Trade Center
        250 Greenwich Street
        New York, NY 10007
        Tel.: (212) 295-6710
        Fax: (212) 230-8888
        E-mail:  hallie.levin@wilmerhale.com

        *Counsel for Defendant T-Mobile US, Inc.*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

BY:     ___/s/ Steven C. Sunshine_____
        Steven C. Sunshine
        Julia K. York (*pro hac vice forthcoming*)
        1440 New York Avenue NW
        Washington, D.C. 20005
        Tel.: (202) 371-7000
        Fax: (202) 393-5760
        E-mail:  steve.sunshine@skadden.com
                 julia.york@skadden.com

        Karen Hoffman Lent
        4 Times Square
        New York, NY 10036
        Tel.: (212) 735-3000
        Fax: (212) 735-2000
        E-mail:  karen.lent@skadden.com

        *Counsel for Defendant Sprint Corp.*

Hon. Victor Marrero
June 12, 2019
Page 4


MORRISON & FOERSTER LLP

BY:     \_\_\_/s/ Grant J. Esposito_____
        Grant J. Esposito
        David J. Fioccola
        250 West 55th Street
        New York, NY 10019
        Tel.: (212) 468-8000
        Fax: (212) 468-7900
        E-mail: gesposito@mofo.com
                dfioccola@mofo.com

        David L. Meyer (*pro hac vice forthcoming*)
        Brad S. Lui (*pro hac vice forthcoming*)
        2000 Pennsylvania Avenue, NW, Suite 6000
        Washington, D.C. 20006-1888
        Tel.: (202) 887-1500
        Fax: (202) 887-0763
        E-mail: dmeyer@mofo.com
                blui@mofo.com

        *Counsel for Defendants SoftBank Group Corp.
        and Sprint Corporation*


GIBSON, DUNN & CRUTCHER LLP

BY:     \_\_\_/s/ Richard G. Parker_____
        Richard G. Parker (*pro hac vice forthcoming*)
        1050 Connecticut Avenue, N.W.
        Washington, D.C. 20036-5306
        Tel.: (202) 955-8503
        Fax: (202) 530-9518
        E-mail: rparker@gibsondunn.com

        *Counsel for Defendant Deutsche Telekom AG*