## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK,

STATE OF CALIFORNIA,

STATE OF COLORADO,

STATE OF CONNECTICUT,

DISTRICT OF COLUMBIA,

STATE OF MARYLAND,

STATE OF MICHIGAN,

STATE OF MISSISSIPPI,

COMMONWEALTH OF VIRGINIA,

and

STATE OF WISCONSIN,

                    *Plaintiffs*,

       v.

DEUTSCHE TELEKOM AG,
T-MOBILE US, INC.,
SPRINT CORPORATION,

and

SOFTBANK GROUP CORP.,

                    *Defendants*.

Case No.:   19-cv-5434 (VM)

**MOTION FOR ADMISSION
PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Paula L. Blizzard, hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for The State of California in the above captioned action.

I am in good standing of the bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: June 13, 2019

Respectfully Submitted,

/s/ Paula Blizzard
Paula L. Blizzard
Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Tel.:   (415) 510-3765
Fax:   (415) 703-5480
Paula.Blizzard@doj.ca.gov