```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
STATE OF NEW YORK, et al.,            :
                                      :
                        Plaintiffs,   :      19 Civ. 5434 (VM)
                                      :
    - against -                       :      SCHEDULING ORDER
                                      :
DEUTSCHE TELEKOM AG, et al.,          :
                                      :
                        Defendants.   :
--------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/19

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that the trial in this case is scheduled to begin on October 7, 2019. The parties shall submit a joint proposed case management plan by June 28, 2019.

**SO ORDERED.**

Dated: New York, New York
       21 June 2019

                                              VICTOR MARRERO
                                                 U.S.D.J.