**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

STATE OF NEW YORK, *et al.*,

　　　　　　　　　　　　　　*Plaintiffs*,

　　　v.

DEUTSCHE TELEKOM AG, *et al.*,

　　　　　　　　　　　　　　*Defendants*.

No. 19-cv-05434 (VM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/9/19_

---

## [PROPOSED] ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

The motion of Mark S. Popofsky for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of the District of Columbia and the State of California, and that his contact information is as follows:

> Mark S. Popofsky
> ROPES & GRAY LLP
> 2099 Pennsylvania Avenue NW
> Washington, DC 20006
> Tel.: (202) 508-4600
> mark.popofsky@ropesgray.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for interested non-party Charter Communications, Inc. in the above-entitled action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

**SO ORDERED.**

9 July 2019
DATE

VICTOR MARRERO, U.S.D.J.