UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
STATE OF NEW YORK, et al.,

                                        Plaintiffs,

    - against -


DEUTSCHE TELEKOM AG, et al.,

                                        Defendants.
--------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/19

**ORDER OF
REFERENCE TO A
MAGISTRATE JUDGE**

19 Civ. 5434 (VM)

**VICTOR MARRERO, United States District Judge.**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____   Specific Non-Dispositive Motion/Dispute:*

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

____   Settlement*

____   Inquest After Default/Damages Hearing

____   Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____   Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

____   Habeas Corpus

____   Social Security

____   Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: Summary Judgment

_____

____   All such motions:

* Do not check if already referred for general pretrial.

    The parties are directed that henceforth all correspondence pertaining to case management, scheduling and pretrial proceedings in this action, including amendments of an approved Case Management Plan, extensions of any deadlines, discovery disputes, non-dispositive pretrial motions, and any other proceedings prior to the completion of all discovery, shall be addressed to the designated Magistrate Judge in the first instance, except as may be otherwise authorized by the Court or the Magistrate Judge, and provided that with regard to matters referred to the Magistrate Judge on consent under 28 U.S.C. § 636(c), all such communications shall be addressed solely to the Magistrate Judge.

**SO ORDERED.**

DATED:       New York, New York
                    16 July 2019

                                        VICTOR MARRERO
                                        United States District Judge