# CLEARY GOTTLIEB STEEN & HAMILTON LLP

2112 Pennsylvania Avenue, NW
Washington, DC 20037-3229
T: +1 202 974 1500
F: +1 202 974 1999

clearygottlieb.com

NEW YORK
PARIS
BRUSSELS
LONDON
FRANKFURT
COLOGNE
MOSCOW
ROME
MILAN
HONG KONG
BEIJING
BUENOS AIRES
SÃO PAULO
ABU DHABI
SEOUL

GEORGE S. CARY
MITCHELL S. DUPLER
GIOVANNI P. PREZIOSO
MICHAEL H. KRIMMINGER
MATTHEW D. SLATER
DAVID I. GELFAND
MICHAEL A. MAZZUCHI
MARK W. NELSON
ROBIN M. BERGEN
DEREK M. BUSH
BRIAN BYRNE
PAUL D. MARQUARDT
JEREMY CALSYN
LEAH BRANNON
MATTHEW C. SOLOMON
KATHERINE MOONEY CARROLL
ELAINE EWING
NOWELL D. BAMBERGER
KENNETH S. REINKER
ALEXIS COLLINS
   RESIDENT PARTNERS
KENNETH L. BACHMAN, JR.
DANIEL B. SILVER
RICHARD DEC. HINDS
SARA D. SCHOTLAND
WILLIAM B. MCGURN III
JOHN S. MAGNEY
MARK LEDDY
JOHN C. MURPHY, JR.
DAVID M. BECKER
JANET L. WELLER
LINDA J. SOLDO
   SENIOR COUNSEL
W. RICHARD BIDSTRUP
STEVEN J. KAISER
KATHLEEN WARD BRADISH
CUNZHEN HUANG**
MACEY LEVINGTON
CARL LAWRENCE MALM
CHARLES STERLING
   RESIDENT COUNSEL
JOHN P. MCGILL, JR.
MATTHEW I. BACHRACK
LARRY WORK-DEMBOWSKI
CARL F. EMIGHOLZ
PATRICK FULLER
SAIF I. SHAH MOHAMMED
CHRISTIAN J. MAHONEY
   SENIOR ATTORNEYS

BRANDON N. ADKINS
GRAHAM BANNON
HANI BASHOUR
TAYLOR H. BATES
ZACHARY BAUM
ELSBETH BENNETT
GRANT A. BERMANN
LINDEN BERNHARDT
MARIETTA CATSAMBAS
SAMUEL H. CHANG*
CHINWE T. CHUKWUOGO
LAURA K. CONLEY
EVERETT K. CORAOR
LISA M. DANZIG
KATHERINE DENBY*
OLIVIA ESPY HUNTINGTON
BRANDON J. FIGG
MEREDITH LEIGH FINN
CHRISTOPHER M. FITZPATRICK
RACHEL FRANK
ALAN B. FREEDMAN
ALEXANDER GEORGE GALICKI
CAROLINE R. GEIST-BENITEZ
CATHERINE MARIA GENDALL
V. NOAH GIMBEL
MELISSA GOHLKE
REBECCA F. GREEN
DAVID GROTHOUSE
ANNE TITUS HILBY
CHRISTOPHER J. HILDEBRAND
JESSICA HOLLIS
RICHARD HUBER
JAMES HUNSBERGER
PHILLIP L. HURST
SAMEER JAYWANT
BRENDAN JORDAN
JILLIAN JOSEPH
BRIAN KESTEN
PATRICK D. KIBBE
ANDREW L. KLINE
JOHN F. KOZAK
TOBIAS A. KRAFT
NATHANAEL F. KURCAB
ALEXIS R.B. LAZDA
CHINYELU K. LEE
WHITNEY A. LEE
JOHN A. LIGHTBOURNE
NICOLE S. LIM
NORA MCCLOSKEY*
ADAM MOTIWALA

DREW A. NAVIKAS
JOSHUA NIMMO
MUYIWA ODENIYIDE
KAREN O'NEILL OCASIO
JENNIFER E. PAUL
ROBIN RABINOWITZ
MARTINA RADNEY
RICK REDMOND
W. BENJAMIN REESE
MARK ROHAN
MICHAEL G. SANDERS
MAX SCHECHTER
WILLIAM SEGAL
OMAR SERAGELDIN
GARRETT D. SHINN
CAROLINE STANTON
SARAH M. STANTON
C. NICHOLAS STEER
ERIC C. STEINHART
NICOLE TATZ
TARA LYNN TAVERNIA
ZACH TSCHIDA
TAMARA WIESEBRON
CHRISTOPHER A. WETZEL
JIM WINTERING*
HUANBING IZZY XU
JEANNE-PALOMA ZELMATI
   ASSOCIATES

* Admitted only to a bar other
  than that of the District of
  Columbia. Working under the
  supervision of principals of
  the Washington office.

** Special Legal Consultant,
   qualified in the People's
   Republic of China.

D: +1 202 974 1690
dgelfand@cgsh.com

July 16, 2019

Hon. Robert W. Lehrburger
United States Magistrate Judge
500 Pearl Street
New York, NY 10007-1312

> Re: *State of New York, et al. v. Deutsche Telekom AG, et al.*, No. 1:19-cv-05434-VM (S.D.N.Y.)

Dear Magistrate Judge Lehrburger:

On behalf of all Defendants in the above-referenced case, I am writing in response to the letter submitted by Plaintiffs on July 15, 2019 requesting a status conference before Your Honor and raising certain issues regarding the October 7, 2019 trial date in this action.

As an initial matter, we thank the Court for its Order scheduling a case management conference on August 1, 2019 to address the discovery and scheduling issues raised by the parties, as well as non-party motions to amend the protective order. We agree with Plaintiffs that such a conference will be useful and look forward to addressing the trial date and other matters at that conference.

We do, however, wish to address certain assertions in Plaintiffs' July 15 correspondence regarding the October 7 trial date. Plaintiffs' letter gives the misimpression that Defendants disregarded Section 10 of the Case Management Order entirely. This is not correct. Under that section, Defendants agreed to provide Plaintiffs with the material terms of any DOJ settlement and related third-party agreements by June 28, 2019; and all definitive documents for such a potential settlement by July 12, 2019.

Hon. Robert W. Lehrburger
July 16, 2019

In fact, Defendants provided Plaintiffs with a summary of terms relating to a potential DOJ settlement and related third-party agreements on June 28. On July 2, in response to Plaintiffs' request, Defendants provided additional information and almost 300 pages of supporting materials that disclosed comprehensive details about a potential DOJ settlement. Any suggestion that this did not satisfy the first element of Section 10 of the Case Management Order is without merit. In fact, it went far beyond what was contemplated. While Plaintiffs are correct that definitive documents were not provided on July 12, this is only because a final settlement agreement with the DOJ has not yet been reached.

Defendants of course will provide these agreements to Plaintiffs at such time a settlement is finalized. This should not, however, necessarily cause a delay in the trial date. There is no reason to believe that any difference between the final agreements and the voluminous information and documentation previously provided to Plaintiffs will create difficulty for Plaintiffs in preparing for trial. And in the interim, the parties are proceeding apace with document discovery and scheduling depositions, and have until at least August 23 to complete depositions. This leaves plenty of time for Plaintiffs to consider any additional information in the final DOJ documentation and incorporate it into their trial preparation plan.

Defendants look forward to discussing the trial date as well as other pending issues with Your Honor at the case management conference on August 1, 2019.

Respectfully submitted,

/s/ *David I. Gelfand*

David I. Gelfand

cc (via ECF): All counsel of record