# Ex. 5

**Letter of Jeremy R. Kasha
to David Gelfand,
dated July 12, 2019
[second of two letters of same date]**



**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

| LETITIA JAMES | 28 LIBERTY STREET | JEREMY R. KASHA |
|---|---|---|
| ATTORNEY GENERAL | NEW YORK, NEW YORK 10005 | ASSISTANT ATTORNEY GENERAL |
| | | Tel: 212-416-8277 |
| | | Fax: 212-416-6015 |
| | | Jeremy.Kasha@ag.ny.gov |

July 12, 2019

**By Electronic Mail**

David I. Gelfand
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037

Re: Follow-up Meet-And-Confer Concerning New and Refresh Custodians & Narrowing of Specific Local Areas

Dear David,

I write on behalf of Plaintiff States to follow up on our ongoing meet-and-confer discussions. This letter addresses which custodians should be included in the "refresh," and also lists several new custodians whose files will need to be searched. We understand, of course, the parties are not yet fully in agreement as to the scope of the refresh. We therefore appreciate that you are likely to take these requests under advisement while we continue to work out the scope of the refresh, which is not addressed in this letter. We are preparing separate letters concerning the refresh scope, in a good faith effort to accommodate Defendants' requests that we be more specific and narrow. Below find separate lists for the general refresh and for the issue of specific local areas, although please also note that some custodians appear on both lists because of the nature of their involvement.

**New & Refresh Custodians in General**

We propose the following custodians, including both those whose files have already been searched but need to be refreshed, and new ones:

| Name | Party | Refresh/New |
|---|---|---|
| Paul Bongaarts | T-Mobile | Refresh |
| John Legere * | T-Mobile | Refresh |
| Michael Sievert * | T-Mobile | Refresh |
| Doug Chartier | T-Mobile | Refresh |
| William Christensen | T-Mobile | Refresh |
| Ankur Kapoor | T-Mobile | Refresh |
| Daniel Thygesen | T-Mobile | Refresh |
| Mark McDiarmid | T-Mobile | Refresh |
| Peter Ewens | T-Mobile | Refresh |
| David Mayo | T-Mobile | Refresh |
| Neville Ray * | T-Mobile | Refresh |
| John Freier | T-Mobile | New |
| Julie Goldwaith * | T-Mobile | New |
| Marie Grace Jacinto | T-Mobile | New |
| Matthew Staneff * | T-Mobile | Refresh |
| Michael Katz | T-Mobile | Refresh |
| James Kirby | T-Mobile | Refresh |
| Jonathan Blood | T-Mobile | New |
| John Saw | Sprint | Refresh |
| Dow Draper | Sprint | Refresh |
| Roger Sole | Sprint | Refresh |
| Angela Rittgers * | Sprint | Refresh |
| Tracy Nolan | Sprint | Refresh |
| Yuriko Ishihara | Sprint | Refresh |
| Scott Kalinoski | Sprint | Refresh |
| Michael Combes * | Sprint | Refresh |
| Steve Gaffney * | Sprint | Refresh |
| Andrew Davies * | Sprint | Refresh |
| Jay Miglionico | Boost/Sprint | New |
| Hannes Wittig | DT | New |
| Thorsten Langheim | DT | Refresh |
| Tim Hottges | DT | Refresh |
| Phillip Pohlmann | DT | Refresh |
| Masayoshi Son | Softbank | Refresh |
| Marcelo Claure * | Softbank | Refresh |

We have designated with an asterisk (*) those custodians for whom Defendants have already offered a refresh. We note however that, in some cases, Defendants offered these persons for a more limited scope of refresh, while Plaintiffs believe that they should be generally refreshed.[1]

---

[1] Specifically, Staneff and Rittgers were offered only for specific areas; Legere, Sievert, Combes and Davies were offered only in connection with finances; and Ray was offered only in connection with spectrum.

**Custodians for Specific Areas**

Plaintiffs are willing to narrow the specific areas for which we seek data and documents under the document requests, as Defendants have requested. We believe that this is a substantial concession on our part, made in the interest of compromise and keeping the process going efficiently.

We have selected the following specific areas:

| CMA | Specific Area |
| --- | --- |
| CMA 1 | New York-NJ-Nassau/Suffolk, New York/Newark, Jersey City and Paterson-Clifton-Passaic, New Jersey |
| CMA 2 | Los Angeles- Long Beach/Anaheim-Santa Ana- Garden Grove/Riverside-San Bernadino-Ontario, California |
| CMA 5 | Detroit-Ann Arbor |
| CMA 6 | Boston-Lowell-Brockton-Lawrence-Haverhill, Massachusetts- New Hampshire |
| CMA 14 | Baltimore, Maryland |
| CMA 15 | Minneapolis St. Paul, Minnesota-Wisconsin |
| CMA 43 | Norfolk-Virginia Beach-Portsmouth, Virginia |
| CMA 50 | Honolulu, Hawaii |
| CMA 244 | Kenosha, Wisconsin |
| CMA 342 | Imperial County, California |

We ask for the following custodians and updates concerning the specific areas, some of whom are new, others are refreshes:

| Party | Custodian |
| --- | --- |
| Sprint | Boost Operations Directors of Prepaid Sales reporting to Jay Miglionico (e.g. Jonathan Horovitz or successor) who oversee the narrowed specific areas listed above |
| Sprint | Postpaid Regional Sales Presidents reporting to Tracy Nolan (e.g. Jim Mills or successor) who oversee the narrowed specific areas listed above |
| Sprint | Updated production from Steve Gaffney |
| Sprint | Updated production from Angela Rittgers |
| T-Mobile | OPS Retail and Direct Channels Senior Vice Presidents or Vice Presidents reporting to Jon Freier (e.g. Terry Hayes or successor) who oversee the narrowed specific areas listed above |
| T-Mobile | Matthew Staneff |
| T-Mobile | Julie Goldthwaith |
| Sprint | Jay Miglionico |

Plaintiffs offer these concessions in order to streamline the discovery process. We are confident that this should be the basis for discussions going forward about custodians.

Sincerely,

Jeremy R. Kasha
Assistant Attorney General
Antitrust Bureau

*On Behalf of All Plaintiff States*

cc (by email): Counsel for Defendants T-Mobile, Sprint, Softbank, and Deutsche Telekom.