

1700 K Street, NW, Fifth Floor
Washington, D.C. 20006-3817
PHONE 202.973.8800
FAX 202.973.8899
www.wsgr.com

JOSHUA H. SOVEN
Direct: 202-973-8827
jsoven@wsgr.com

July 30, 2019

**VIA ECF**

The Honorable Magistrate Judge Robert W. Lehrburger
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> Re: *State of New York et al. v. Deutsche Telekom et al.*, No. 1:19-cv-05434-VM
> **Opposition to Plaintiffs' Motion to Compel Production of Documents**
> **Responsive to Plaintiffs' Second Set of Document Requests**

Dear Judge Lehrburger:

Deutsche Telekom AG ("DT") submits the following in opposition to Plaintiffs' letter seeking to compel the production of certain documents in response to their Second Set of Requests for Production of Documents to DT ("RFPs"). Plaintiffs' motion should be denied because DT has agreed to provide a reasonable response to Plaintiffs' RFPs. Plaintiffs made the unusual decision to file this motion to compel a full day before DT timely served its responses and objections, which described DT's planned production. *See* Exhibit A. Moreover, it is not clear whether Plaintiffs have fully reviewed the document production that DT made to the U.S. Department of Justice ("DOJ") and the Plaintiff States nearly ten months ago, since doing so would show that DT did in fact produce the documents they claim are not in DT's production.

Plaintiffs' RFPs seek documents from January 1, 2015 to the present on a range of topics that largely overlap with those selected by the DOJ thirteen months ago as part of its investigation ("Second Request").[1] DT produced to DOJ and the Plaintiffs nearly 100,000 pages

---

[1] DT's responses state that it will produce documents in response to RFP specifications 1-3 and offer to confer with Plaintiffs on search terms. Specifications 1.a-f and 2 seek documents about competition and consolidation in the U.S. telecommunications market. Specifications 1.g-h seek documents related to what Plaintiffs describe as "spinoffs" of T-Mobile and Sprint assets. Specification 3 asks for text and other messages responsive to RFPs 1 and 2. In addition, specification 4 seeks "transcripts and recordings

The Honorable Magistrate Judge Robert W. Lehrburger
July 30, 2019
Page 2

of documents created between January 1, 2015 and June 25, 2018 ("Second Request Period") in response to the Second Request.  The documents came from the files of DT's Chief Executive Officer Timotheus Höttges; Member of the Deutsche Telekom AG Board of Management, USA and Group Development Thorsten Langheim; and Senior Vice President for Finance US and Group Development Philipp Pohlmann.

Plaintiffs now seek documents created in the year following the Second Request Period. As stated, DT agreed in its responses to make a reasonable production of those documents. However, Plaintiffs go a step further and also ask the Court to compel DT to search yet again for additional documents created during the three-and-a-half-year Second Request Period and to add two more junior officials to the search group.

Plaintiffs advance three arguments as to why DT should produce more documents from the Second Request Period.  *First*, Plaintiffs claim that "DT did not [] produce documents related to" (i) two 2015 workshops on the U.S. telecommunications market orchestrated by ███████ ████████ for DT executives or (ii) unnamed "analyses" by former Vice President of Portfolio Strategy Steffen Stern.  This is wrong.  DT produced the responsive documents about the workshops, totaling 360 pages.  *See* DT-DOJ-00094507; DT-DOJ-00085994.

As to Mr. Stern, DT's counsel explained to Plaintiffs on July 22 and again July 25 (before Plaintiffs filed their motion) that Mr. Stern left DT in 2016.  Counsel also told Plaintiffs that DT believed his documents were removed from DT's system that same year pursuant to DT's standard document retention protocol.  DT has confirmed that Mr. Stern's documents were not retained after June 2016.  Moreover, DT has produced the responsive documents prepared or received by Mr. Stern that were in the files of Messrs. Hottges, Langheim, and Pohlmann.

*Second*, Plaintiffs charge that "DT's production does not include text messages" or certain other modes of communication.  This is also wrong.  As we explained to Plaintiffs' counsel on July 25, DT searched for and collected text messages in responding to the Second Request, and DT produced 170 responsive text-message *conversations*, comprising many hundreds (perhaps thousands) of individual text messages.  *See* Appendix A, which contains the Bates numbers of these texts.

*Third*, Plaintiffs want DT to add a second new custodian for the Second Request Period, DT's Vice President for Investor Relations Hannes Wittig.  Doing so would be unduly burdensome because it would cost tens of thousands of dollars and because Mr. Wittig has no responsibility for DT's or T-Mobile's strategic operations or pricing.  DT has already produced thousands of documents on the same issues from Mr. Wittig's superiors, as well as 1,027 documents that Mr. Wittig sent or received, which were located in their files.  There is no

_____

of [DT] investor presentations."  DT directed Plaintiffs to DT's public website, where these materials are located.

The Honorable Magistrate Judge Robert W. Lehrburger
July 30, 2019
Page 3

compelling reason why DT should have to incur the substantial costs involved in searching for more.

Plaintiffs' arguments with respect to the documents they seek for post-Second Request production are also not valid. DT has advised Plaintiffs that DT intends to produce documents from the year following the Second Request Period. Plaintiffs' letter brief concedes this in a footnote buried on the last page, and DT's July 26 responses to the RFPs confirm it. Plaintiffs' footnote also asserts that DT's "potential limited production discussed falls well short of addressing the failings in DT's productions to date." But it is not clear how Plaintiffs can make this assertion given that Plaintiffs apparently did not fully review the contents of those productions. In any event, DT's timely submitted July 26 responses state that DT "will produce responsive, non-privileged documents from or addressed to Timotheus Höttges, Thorsten Langheim, and Philip Pohlmann, covering the time period from June 26, 2018 to June 30, 2019, that were returned by a reasonable set of search terms." DT also stated in its responses that it is willing to meet and confer with Plaintiffs regarding the search terms. This production is more than reasonable.

In short, the Court should deny Plaintiffs' motion to compel because the documents that DT produced for the Second Request period are more than sufficient, DT has represented that it will produce a reasonable response for the post-Second Request Period, and the requests that DT has not agreed to satisfy are either impossible to satisfy, unduly burdensome, or both. DT will continue to work in good faith with Plaintiffs to resolve any disagreements regarding DT's responses to Plaintiffs' RFPs.

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI

Joshua H. Soven (*pro hac vice*)
1700 K Street NW
Washington, DC 20006

*Counsel for Defendant Deutsche Telekom AG*

The Honorable Magistrate Judge Robert W. Lehrburger
July 30, 2019
Page 4

**Appendix A:**
**Bates Numbers of DT Text-Message Conversations**
**Produced to DOJ and Plaintiff States**

| | | | | |
|---|---|---|---|---|
| DT-DOJ-00021690 | DT-DOJ-00022307 | DT-DOJ-00022308 | DT-DOJ-00068721 | DT-DOJ-00068724 |
| DT-DOJ-00068731 | DT-DOJ-00068737 | DT-DOJ-00068746 | DT-DOJ-00068747 | DT-DOJ-00068750 |
| DT-DOJ-00068754 | DT-DOJ-00068756 | DT-DOJ-00068760 | DT-DOJ-00068761 | DT-DOJ-00068762 |
| DT-DOJ-00068771 | DT-DOJ-00068776 | DT-DOJ-00068995 | DT-DOJ-00068996 | DT-DOJ-00069111 |
| DT-DOJ-00069115 | DT-DOJ-00069119 | DT-DOJ-00087530 | DT-DOJ-00088925 | DT-DOJ-00089048 |
| DT-DOJ-00089080 | DT-DOJ-00089081 | DT-DOJ-00089088 | DT-DOJ-00089101 | DT-DOJ-00089293 |
| DT-DOJ-00089297 | DT-DOJ-00089313 | DT-DOJ-00089319 | DT-DOJ-00090515 | DT-DOJ-00090517 |
| DT-DOJ-00090524 | DT-DOJ-00090533 | DT-DOJ-00090536 | DT-DOJ-00090547 | DT-DOJ-00090550 |
| DT-DOJ-00090566 | DT-DOJ-00090568 | DT-DOJ-00046534 | DT-DOJ-00049328 | DT-DOJ-00049329 |
| DT-DOJ-00049330 | DT-DOJ-00049332 | DT-DOJ-00049334 | DT-DOJ-00049336 | DT-DOJ-00049337 |
| DT-DOJ-00049338 | DT-DOJ-00049341 | DT-DOJ-00049597 | DT-DOJ-00099388 | DT-DOJ-00099389 |
| DT-DOJ-00099390 | DT-DOJ-00099483 | DT-DOJ-00099682 | DT-DOJ-00052291 | DT-DOJ-00052293 |
| DT-DOJ-00052296 | DT-DOJ-00052679 | DT-DOJ-00052680 | DT-DOJ-00052681 | DT-DOJ-00052683 |
| DT-DOJ-00052848 | DT-DOJ-00052853 | DT-DOJ-00052856 | DT-DOJ-00052858 | DT-DOJ-00052860 |
| DT-DOJ-00052863 | DT-DOJ-00052866 | DT-DOJ-00052871 | DT-DOJ-00052872 | DT-DOJ-00052875 |
| DT-DOJ-00052877 | DT-DOJ-00052879 | DT-DOJ-00052880 | DT-DOJ-00052882 | DT-DOJ-00052883 |
| DT-DOJ-00052886 | DT-DOJ-00052890 | DT-DOJ-00052893 | DT-DOJ-00052895 | DT-DOJ-00052899 |
| DT-DOJ-00052904 | DT-DOJ-00052907 | DT-DOJ-00052913 | DT-DOJ-00052914 | DT-DOJ-00052917 |
| DT-DOJ-00052919 | DT-DOJ-00052923 | DT-DOJ-00052924 | DT-DOJ-00052926 | DT-DOJ-00052930 |
| DT-DOJ-00052931 | DT-DOJ-00052932 | DT-DOJ-00052935 | DT-DOJ-00052936 | DT-DOJ-00052939 |
| DT-DOJ-00052943 | DT-DOJ-00052946 | DT-DOJ-00052950 | DT-DOJ-00052952 | DT-DOJ-00052956 |
| DT-DOJ-00052957 | DT-DOJ-00052958 | DT-DOJ-00052959 | DT-DOJ-00052961 | DT-DOJ-00052964 |

The Honorable Magistrate Judge Robert W. Lehrburger
July 30, 2019
Page 5

| | | | | |
|---|---|---|---|---|
| DT-DOJ-00052965 | DT-DOJ-00054106 | DT-DOJ-00054107 | DT-DOJ-00054872 | DT-DOJ-00054873 |
| DT-DOJ-00054874 | DT-DOJ-00055002 | DT-DOJ-00055003 | DT-DOJ-00055004 | DT-DOJ-00055006 |
| DT-DOJ-00055008 | DT-DOJ-00055010 | DT-DOJ-00055012 | DT-DOJ-00055014 | DT-DOJ-00055016 |
| DT-DOJ-00055018 | DT-DOJ-00055020 | DT-DOJ-00055022 | DT-DOJ-00055024 | DT-DOJ-00055026 |
| DT-DOJ-00055029 | DT-DOJ-00055032 | DT-DOJ-00055033 | DT-DOJ-00055035 | DT-DOJ-00055041 |
| DT-DOJ-00055042 | DT-DOJ-00055044 | DT-DOJ-00055045 | DT-DOJ-00055048 | DT-DOJ-00055054 |
| DT-DOJ-00055056 | DT-DOJ-00055058 | DT-DOJ-00055062 | DT-DOJ-00055063 | DT-DOJ-00055067 |
| DT-DOJ-00055068 | DT-DOJ-00055069 | DT-DOJ-00055072 | DT-DOJ-00055073 | DT-DOJ-00055076 |
| DT-DOJ-00055079 | DT-DOJ-00055083 | DT-DOJ-00055084 | DT-DOJ-00055086 | DT-DOJ-00055090 |
| DT-DOJ-00055091 | DT-DOJ-00055092 | DT-DOJ-00055093 | DT-DOJ-00055098 | DT-DOJ-00055101 |
| DT-DOJ-00059442 | DT-DOJ-00059443 | DT-DOJ-00059454 | DT-DOJ-00059556 | DT-DOJ-00061115 |
| DT-DOJ-00061119 | DT-DOJ-00061203 | DT-DOJ-00061204 | DT-DOJ-00061225 | DT-DOJ-00061226 |