# CLEARY GOTTLIEB STEEN & HAMILTON LLP

2112 Pennsylvania Avenue, NW
Washington, DC 20037-3229
T: +1 202 974 1500
F: +1 202 974 1999

clearygottlieb.com

NEW YORK
PARIS
BRUSSELS
LONDON
FRANKFURT
COLOGNE
MOSCOW
ROME
MILAN
HONG KONG
BEIJING
BUENOS AIRES
SÃO PAULO
ABU DHABI
SEOUL

D: +1 202 974 1690
dgelfand@cgsh.com

GEORGE S. CARY
MITCHELL S. DUPLER
GIOVANNI P. PREZIOSO
MICHAEL H. KRIMMINGER
MATTHEW D. SLATER
DAVID I. GELFAND
MICHAEL A. MAZZUCHI
MARK W. NELSON
ROBIN M. BERGEN
DEREK M. BUSH
BRIAN BYRNE
PAUL D. MARQUARDT
JEREMY CALSYN
LEAH BRANNON
MATTHEW C. SOLOMON
KATHERINE MOONEY CARROLL
ELAINE EWING
NOWELL D. BAMBERGER
KENNETH S. REINKER
ALEXIS COLLINS
RESIDENT PARTNERS
KENNETH L. BACHMAN, JR.
DANIEL B. SILVER
RICHARD DEC. HINDS
SARA D. SCHOTLAND
WILLIAM B. MCGURN III
JOHN S. MAGNEY
MARK LEDDY
JOHN C. MURPHY, JR.
DAVID M. BECKER
JANET L. WELLER
LINDA J. SOLDO
SENIOR COUNSEL
W. RICHARD BIDSTRUP
STEVEN J. KAISER
KATHLEEN WARD BRADISH
CUNZHEN HUANG**
MACEY LEVINGTON
CARL LAWRENCE MALM
CHARLES STERLING
RESIDENT COUNSEL
JOHN P. MCGILL, JR.
MATTHEW I. BACHRACK
LARRY WORK-DEMBOWSKI
CARL F. EMIGHOLZ
PATRICK FULLER
SAIF I. SHAH MOHAMMED
CHRISTIAN J. MAHONEY
SENIOR ATTORNEYS

GRAHAM BANNON
HANI BASHOUR
TAYLOR H. BATES
ZACHARY BAUM
ELSBETH BENNETT
GRANT A. BERMANN
LINDEN BERNHARDT
MARIETTA CATSAMBAS
SAMUEL H. CHANG
CHINWE T. CHUKWUOGO
LAURA K. CONLEY
EVERETT K. CORAOR
LISA M. DANZIG
KATHERINE DENBY*
OLIVIA ESPY HUNTINGTON
BRANDON J. FIGG
MEREDITH LEIGH FINN
CHRISTOPHER M. FITZPATRICK
RACHEL FRANK
ALAN B. FREEDMAN
CAROLINE R. GEIST-BENITEZ
CATHERINE MARIA GENDALL
V. NOAH GIMBEL
MELISSA GOHLKE
DAVID GROTHOUSE
CHRISTOPHER J. HILDEBRAND
JESSICA HOLLIS
STEPHEN J. HOUCK*
RICHARD HUBER
JAMES HUNSBERGER
PHILLIP L. HURST
SAMEER JAYWANT
BRENDAN JORDAN
BRIAN KESTEN
ANDREW L. KLINE
JOHN F. KOZAK
TOBIAS A. KRAFT
NATHANAEL F. KURCAB
ALEXIS R.B. LAZDA
WHITNEY A. LEE
JOHN A. LIGHTBOURNE
NICOLE S. LIM
NORA MCCLOSKEY
ADAM MOTIWALA
MUYIWA ODENIYIDE
JENNIFER E. PAUL
ROBIN RABINOWITZ
MARTINA RADNEY
RICK REDMOND
W. BENJAMIN REESE

MARK ROHAN
MICHAEL G. SANDERS
MAX SCHECHTER
MICHAEL SCHULMAN
WILLIAM SEGAL
OMAR SERAGELDIN
GARRETT D. SHINN
CAROLINE STANTON
SARAH M. STANTON
C. NICHOLAS STEER
NICOLE TATZ
TARA LYNN TAVERNIA
ZACH TSCHIDA
TAMARA WIESEBRON
CHRISTOPHER A. WETZEL
JIM WINTERING
HUANBING IZZY XU
JEANNE-PALOMA ZELMATI
ASSOCIATES

* Admitted only to a bar other than that of the District of Columbia. Working under the supervision of principals of the Washington office.

** Special Legal Consultant, qualified in the People's Republic of China.

September 16, 2019

VIA ECF

Hon. Robert W. Lehrburger
500 Pearl Street, Room 1960
United States Courthouse
New York, NY 10007

Re: *State of New York, et al. v. Deutsche Telekom AG, et al.*,
No. 1:19-cv-05434-VM-RWL (S.D.N.Y.)

Dear Magistrate Judge Lehrburger:

We write on behalf of all Defendants regarding the trial schedule in the above-captioned action. As the Case Management Order entered by Your Honor provides, trial is set to begin on December 9, 2019 and is scheduled to run for two to three weeks. *See* CMO §§ 10.A, 10.C. Defendants believe that a third week of trial is likely to be necessary. Defendants thus respectfully seek guidance on whether Judge Marrero would conduct trial on any of the days during the weeks of December 23 or December 30. While we are cognizant that these are holiday weeks, Defendants would appreciate the ability to continue trial during these weeks in order to avoid a substantial break in the proceedings and a further delay in resolution of the case. Alternatively, Defendants respectfully suggest that the Court consider whether its schedule might now permit trial to begin on December 2, which would allow the trial to be completed before the holidays and obviate this issue.

We thank the Court for its consideration of this issue. As explained during the parties' August 1, 2019 case management conference, this has already been among the longest

Hon. Robert W. Lehrburger
September 16, 2019
Page 2

merger reviews in history, and T-Mobile and Sprint are competitively disadvantaged every day that they are unable to move forward with integration and building the world-class 5G network that will be enabled by combining their complementary networks.  *See* 8/1 Hearing Tr. at 77-79. Therefore, prompt resolution of the case is of critical importance both to the companies and to the public.

        We have discussed this matter with Plaintiffs' counsel, who informed us that they will be submitting their own correspondence on this subject shortly.

        Respectfully submitted,

        */s/ David I. Gelfand*

        David I. Gelfand