USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
STATE OF NEW YORK, et al.,

                Plaintiffs,

- against -

DEUTSCHE TELEKOM, AG, et al.,

                Defendants.
---------------------------------------------------------------X

19-cv-5434 (VM) (RWL)

**<u>ORDER</u>**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses certain supplemental discovery:

1.    Sprint shall promptly produce to Plaintiffs, for the time period July - November 2019, all "Lead Team" contingency planning meeting minutes, agendas, and summaries, and all documents/presentation decks either (a) attached to the minutes, agendas, or summaries, or (b) disseminated at the meetings or in advance of the meetings for purposes of discussion at the meetings.

2.    Plaintiffs may depose Sprint's CFO for an additional period of up to 6 hours for the purpose of addressing the material produced pursuant to item 1 above.

                SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:    November 13, 2019
               New York, New York

Copies transmitted to:
all counsel of record via ECF.