UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>DEUTSCHE TELEKOM AG *et al.*,<br><br>*Defendants.* | Case No.: 1:19-cv-5434-VM-RWL<br><br>ECF Case<br><br>**DEFENDANTS' NOTICE OF MOTION IN LIMINE TO EXCLUDE EVIDENCE REGARDING STOCK PRICES** |

PLEASE TAKE NOTICE that Defendants, upon the accompanying Memorandum of Law and Declaration of David J. Fioccola, by and through their undersigned attorneys at Morrison & Foerster LLP, Wilmer Cutler Pickering Hale and Dorr LLP, Gibson, Dunn & Crutcher LLP, Skadden, Arps, Slate, Meagher & Flom LLP, Cleary Gottlieb Steen & Hamilton LLP hereby move this Court, before the Honorable Robert W. Lehrburger, United States Magistrate Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007, on a date and at a time designated by the Court, for an order, excluding evidence regarding Dr. Carl Shapiro's stock price opinion and any related evidence in this action.

| | |
|---|---|
| Dated: New York, New York<br>November 15, 2019 | MORRISON & FOERSTER LLP<br><br>BY:    /s/ Grant J. Esposito   <br>        Grant J. Esposito<br>        David J. Fioccola<br>        Adam J. Hunt<br>        250 West 55th Street<br>        New York, NY 10019<br>        Tel.: (212) 468-8000<br>        Fax: (212) 468-7900<br>        E-mail: gesposito@mofo.com<br>                    dfioccola@mofo.com<br>                    adamhunt@mofo.com<br><br>        David L. Meyer (*pro hac vice*)<br>        Bradley S. Lui (*pro hac vice*)<br>        2000 Pennsylvania Avenue, NW,<br>        Suite 6000<br>        Washington, D.C. 20006-1888<br>        Tel.: (202) 887-1500<br>        Fax: (202) 887-0763<br>        E-mail:  dmeyer@mofo.com<br>                      blui@mofo.com<br><br>        *Counsel for Defendants SoftBank Group Corp. and Sprint Corporation* |

WILMER CUTLER PICKERING HALE AND DORR LLP

BY:    /s/ Hallie B. Levin
Hallie B. Levin
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 295-6710
Fax: (212) 230-8888
E-mail: hallie.levin@wilmerhale.com

*Counsel for Defendant T-Mobile US, Inc. and Deutsche Telekom AG*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

BY:    /s/ Steven C. Sunshine
Steven C. Sunshine
Julia K. York (*pro hac vice*)
1440 New York Avenue NW
Washington, D.C. 20005
Tel.: (202) 371-7000
Fax: (202) 393-5760
E-mail: steve.sunshine@skadden.com
         julia.york@skadden.com

Karen Hoffman Lent
4 Times Square
New York, NY 10036
Tel.: (212) 735-3000
Fax: (212) 735-2000
E-mail: karen.lent@skadden.com

*Counsel for Defendant Sprint Corp.*

GIBSON, DUNN & CRUTCHER LLP

BY:    /s/ Richard G. Parker
Richard G. Parker (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Tel.: (202) 955-8503
Fax: (202) 530-9518
E-mail: rparker@gibsondunn.com

*Counsel for Defendant Deutsche Telekom AG*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

BY:    /s/ George S. Cary
George S. Cary (*pro hac vice*)
David I. Gelfand (*pro hac vice*)
2112 Pennsylvania Ave NW
Washington, D.C. 20037
Tel.: (202) 974-1500
Fax: (202) 974-1999
E-mail: gcary@cgsh.com
        dgelfand@cgsh.com

*Counsel for Defendant T-Mobile US, Inc. and Deutsche Telekom AG*