## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION FOR COURTROOM CONNECT TO PROVIDE INTERNET CONNECTIVITY AND REMOTE REAL TIME TRANSCRIPT FEED FOR USE IN A PROCEEDING OR TRIAL | Case No. 1:19-cv-5434-VM-RWL |

I hereby authorize Courtroom Connect, a Southern District of New York contracted vendor, to provide parties in the *State of New York, et al. v. Deutsche Telekom AG, et al.*, No: 1:19-cv-5434-VM-RWL (S.D.N.Y) with Internet connectivity as well as Remote Real Time transcript feed that can be viewed by Court authorized individuals outside of the courthouse for the duration of the proceedings set to begin on December 9, 2019. Courtroom Connect can proceed to make proper arrangements with the District Executive Office of the Court. The approved attorneys and parties on the case are allowed to bring in the necessary electronic computing devices to connect to the Courtroom Connect service.

SO ORDERED:

26 November 2019
Date

_____
United States Judge Victor Marrero

-4-

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/19