**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/19

STATE OF NEW YORK, *et al.*,

          *Plaintiffs*,

v.

DEUTSCHE TELEKOM AG, *et al.*,

          *Defendants*.

No. 19-cv-05434 (VM) (RWL)

**ORDER**

The named defendants, Deutsche Telekom AG et al., in the above matter shall utilize Courtroom Connect for the purpose of connecting to the internet while at trial during the period of December 2, 2019 until January 3, 2020.

SO ORDERED

Dated: 26 November 2019

Victor Marrero
United States District ~~Magistrate~~ Judge