


STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF ECONOMIC JUSTICE
ANTITRUST BUREAU

**BY HAND**

Javier Ortega
Assistant Attorney General
State of New York
Office of the Attorney General
28 Liberty Street, 20th Floor
New York, NY 10003
(212) 416-8096
javier.ortega@ag.ny.gov

November 20, 2019

The Honorable Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *State of New York, et al. v. Deutsche Telekom AG, et al.*, No: 1:19-cv-5434-VM-RWL (S.D.N.Y)

Dear Judge Marrero,

On behalf of the Plaintiff States, we respectfully request this Court's endorsement of the Proposed Orders enclosed herein.

Sincerely,

Javier Ortega
Assistant Attorney General

Enclosures

cc: All Counsel of Record (via e-mail)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
_____ x

    The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

    ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned _*State of New York et al. v. Deutsche Telekom AG et al.*_____,
No. _1:19-cv-5434_.

The date(s) for which such authorization is provided is (are) _12/09/2019 — 01/17/2020_.

| Attorney | Device(s) |
|---|---|
| 1. SEE ATTACHED | |
| 2. | |
| 3. | |

*(Attach Extra Sheet If Needed)*

    The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

    SO ORDERED:

Dated: 3 December 2019

_____
Victor Marrero
United States Judge

Revised: February 26, 2014



# Electronic Device Request Attachment Form

| **LAST, FIRST** | **# OF DEVICES** | **TYPE OF DEVICE** | **REASONS FOR DEVICE** |
|---|---|---|---|
| Hoffmann, Elinor | 3 | 1 Laptop Computer/Tablet and 2 Cellular phones | Plaintiff's Attorney. Trial - New York et al. v. Deutsche Telekom AG et al., No. 1:19-cv-05434 |
| Buffier, Beau | 3 | 1 Laptop Computer/Tablet and 2 Cellular phones | Plaintiff's Attorney. Trial - New York et al. v. Deutsche Telekom AG et al., No. 1:19-cv-05434 |
| Chris D'Angelo | 3 | 1 Laptop Computer/Tablet and 2 Cellular phones | Plaintiff's Attorney. Trial - New York et al. v. Deutsche Telekom AG et al., No. 1:19-cv-05434 |
| Kasha, Jeremy | 3 | 1 Laptop Computer/Tablet and 2 Cellular phones | Plaintiff's Attorney. Trial - New York et al. v. Deutsche Telekom AG et al., No. 1:19-cv-05434 |
| Jo, Michael | 3 | 1 Laptop Computer/Tablet and 2 Cellular phones | Plaintiff's Attorney. Trial - New York et al. v. Deutsche Telekom AG et al., No. 1:19-cv-05434 |
| Marques, Beatriz | 3 | 1 Laptop Computer/Tablet and 2 Cellular phones | Plaintiff's Attorney. Trial - New York et al. v. Deutsche Telekom AG et al., No. 1:19-cv-05434 |
| Feder, Morgan | 3 | 1 Laptop Computer/Tablet and 2 Cellular phones | Plaintiff's Attorney. Trial - New York et al. v. Deutsche Telekom AG et al., No. 1:19-cv-05434 |
| Wessels-Yen, Amber | 3 | 1 Laptop Computer/Tablet and 2 Cellular phones | Plaintiff's Attorney. Trial - New York et al. v. Deutsche Telekom AG et al., No. 1:19-cv-05434 |
| Feder, Morgan | 3 | 1 Laptop Computer/Tablet and 2 Cellular phones | Plaintiff's Attorney. Trial - New York et al. v. Deutsche Telekom AG et al., No. 1:19-cv-05434 |

| Yoon, James | 3 | 1 Laptop Computer/Tablet and 2 Cellular phones | Plaintiff's Attorney. Trial - New York et al. v. Deutsche Telekom AG et al., No. 1:19-cv-05434 |
| --- | --- | --- | --- |
| Pomerantz, Glenn D. | 3 | 1 Laptop Computer/Tablet and 2 Cellular phones | Plaintiff's Attorney. Trial - New York et al. v. Deutsche Telekom AG et al., No. 1:19-cv-05434 |
| Olasa, Kuruvilla J. | 3 | 1 Laptop Computer/Tablet and 2 Cellular phones | Plaintiff's Attorney. Trial - New York et al. v. Deutsche Telekom AG et al., No. 1:19-cv-05434 |
| Boyce, Sarah | 3 | 1 Laptop Computer/Tablet and 2 Cellular phones | Plaintiff's Attorney. Trial - New York et al. v. Deutsche Telekom AG et al., No. 1:19-cv-05434 |
| Ross, Lauren | 3 | 1 Laptop Computer/Tablet and 2 Cellular phones | Plaintiff's Attorney. Trial - New York et al. v. Deutsche Telekom AG et al., No. 1:19-cv-05434 |
| Mach, Kyle | 3 | 1 Laptop Computer/Tablet and 2 Cellular phones | Plaintiff's Attorney. Trial - New York et al. v. Deutsche Telekom AG et al., No. 1:19-cv-05434 |
| Blizzard, Paula | 3 | 1 Laptop Computer/Tablet and 2 Cellular phones | Plaintiff's Attorney. Trial - New York et al. v. Deutsche Telekom AG et al., No. 1:19-cv-05434 |
| Gordon, Nicole | 3 | 1 Laptop Computer/Tablet and 2 Cellular phones | Plaintiff's Attorney. Trial - New York et al. v. Deutsche Telekom AG et al., No. 1:19-cv-05434 |
| Miller, Adam | 3 | 1 Laptop Computer/Tablet and 2 Cellular phones | Plaintiff's Attorney. Trial - New York et al. v. Deutsche Telekom AG et al., No. 1:19-cv-05434 |
| Wang, Brian | 3 | 1 Laptop Computer/Tablet and 2 Cellular phones | Plaintiff's Attorney. Trial - New York et al. v. Deutsche Telekom AG et al., No. 1:19-cv-05434 |
| Cooley, Gwendolyn | 3 | 1 Laptop Computer/Tablet and 2 Cellular phones | Plaintiff's Attorney. Trial - New York et al. v. Deutsche Telekom AG et al., No. 1:19-cv-05434 |
| Matlack, William | 3 | 1 Laptop Computer/Tablet and 2 Cellular phones | Plaintiff's Attorney. Trial - New York et al. v. Deutsche Telekom AG et al., No. 1:19-cv-05434 |
| Frank, Matthew | 3 | 1 Laptop Computer/Tablet and 2 Cellular phones | Plaintiff's Attorney. Trial - New York et al. v. Deutsche Telekom AG et al., No. 1:19-cv-05434 |

| Name | Count | Devices | Case |
|---|---|---|---|
| Fulkerson, Bret | 3 | 1 Laptop Computer/Tablet and 2 Cellular phones | Plaintiff's Attorney. Trial - New York et al. v. Deutsche Telekom AG et al., No. 1:19-cv-05434 |
| Ortega Alvarez, Javier | 2 | 1 Laptop Computer/Tablet and 1 Cellular phone | Plaintiff's Attorney. Trial - New York et al. v. Deutsche Telekom AG et al., No. 1:19-cv-05434 |
| Perez-Hicks, Kris | 2 | 1 Laptop Computer/Tablet and 1 Cellular phone | Plaintiff's Attorney. Trial - New York et al. v. Deutsche Telekom AG et al., No. 1:19-cv-05434 |
| Awad Cherit, Alejandro | 2 | 1 Laptop Computer/Tablet and 1 Cellular phone | Plaintiff's Attorney. Trial - New York et al. v. Deutsche Telekom AG et al., No. 1:19-cv-05434 |
| Battaglia, Brian | 3 | 1 Laptop Computer/Tablet and 2 Cellular phones | Plaintiff's Attorney. Trial - New York et al. v. Deutsche Telekom AG et al., No. 1:19-cv-05434 |
| Nord, Tim D. | 3 | 1 Laptop Computer/Tablet and 2 Cellular phones | Plaintiff's Attorney. Trial - New York et al. v. Deutsche Telekom AG et al., No. 1:19-cv-05434 |
| Tennis, John | 3 | 1 Laptop Computer/Tablet and 2 Cellular phones | Plaintiff's Attorney. Trial - New York et al. v. Deutsche Telekom AG et al., No. 1:19-cv-05434 |