USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————— x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
——————————————————————— x

    The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

    ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned *State of New York et al. v. Deutsche Telekom AG et al.*, No. 1:19-cv-5434.

The date(s) for which such authorization is provided is (are) 12/04/2019

| Attorney | Device(s) |
|---|---|
| 1. SEE ATTACHED | |
| 2. | |
| 3. | |

*(Attach Extra Sheet If Needed)*

    The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: 3 December 2019

                                            Victor Marrero
                                           United States Judge

Revised February 26, 2014



# Electronic Device Request Attachment Form

| **LAST, FIRST** | **# OF DEVICES** | **TYPE OF DEVICE** | **REASONS FOR DEVICE** |
|---|---|---|---|
| Ortega, Javier | 5 + cables | 1 Printer<br>1 Docking Station<br>1 Mouse<br>1 Monitor<br>1 Printer Toner<br>Power cables and computer cords | Setting up breakout room ahead of Trial - New York et al. v. Deutsche Telekom AG et al., No. 1:19-cv-05434 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |