UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
STATE OF NEW YORK, et al.,

                      Plaintiffs,

  - against -

DEUTSCHE TELEKOM AG, et al.,

                      Defendants.
------------------------------------X

19 Civ. 5434 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

By letter dated November 25, 2019, defendants in this action requested endorsement of a proposed order authorizing certain listed attorneys and support staff to bring electronic devices into the Courthouse for use during trial. (See first attached letter). By letter dated November 27, 2019, plaintiffs similarly requested authorization for their designated support staff to bring electronic devices into the Courthouse for use during trial. (See second attached letter.) As the parties acknowledge, customarily only attorneys are allowed to bring electronic devices into the Courthouse, and the Court sees no need to depart from that practice at this time. Accordingly, the Court grants the November 25, 2019 request of defendants with respect to all listed attorneys and denies the request with respect to all listed non-attorneys, and the Court denies the November 27, 2019 request of plaintiffs.

**SO ORDERED.**

Dated: New York, New York
       3 December 2019

                                               _____
                                                  VICTOR MARRERO
                                                     U.S.D.J.

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | | |
|---|---|---|
| NEW YORK | 2112 Pennsylvania Avenue, NW | ROME |
| PARIS | Washington, DC 20037-3229 | MILAN |
| BRUSSELS | T: +1 202 974 1500 | HONG KONG |
| LONDON | F: +1 202 974 1999 | BEIJING |
| FRANKFURT | clearygottlieb.com | BUENOS AIRES |
| COLOGNE | | SÃO PAULO |
| MOSCOW | | ABU DHABI |
| | | SEOUL |

November 25, 2019

BY HAND

The Honorable Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *State of New York, et al. v. Deutsche Telekom AG, et al.*, No. 1:19-cv-05434-VM-RWL (S.D.N.Y.)

Dear Judge Marrero,

As counsel for Defendants, we respectfully request this Court's endorsement through the Proposed Order enclosed herein for the listed attorneys and support staff to bring electronic devices into the Courthouse for use during trial in the above-captioned matter.

Although customarily only attorneys are allowed to bring electronic devices into the Courthouse, the support staff members listed above are indispensable in helping the Defendants during these trial proceedings. Given the complex nature of this case, and the significant amount of evidence to be presented at trial, Defendants require support staff to assist them during the proceedings. Without these individuals, Defendants will be handicapped in their ability to present their case.

Respectfully yours,

*Matthew Solomon*/K.G.

Matthew Solomon

cc: All Counsel of Record (via e-mail)

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the cities listed above.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
_____ x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned __State of New York, et al. v. Deutsche Telekom AG, et al._____

_____, No. _19-cv-05434_.

The date(s) for which such authorization is provided is (are) _December 2, 2019 – January 3, 2020_

| Attorney | Device(s) |
|---|---|
| 1. See Attachment A. | |
| 2. | |
| 3. | |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: _____

_____
United States Judge

Revised: February 26, 2014

# ATTACHMENT A

| Attorney | Device(s) |
|---|---|
| George S. Cary (Partner, Cleary Gottlieb Steen & Hamilton LLP) | 1 cellular phone; 1 laptop computer |
| David I. Gelfand (Partner, Cleary Gottlieb Steen & Hamilton LLP) | 1 cellular phone; 1 laptop computer |
| Mark W. Nelson (Partner, Cleary Gottlieb Steen & Hamilton LLP) | 1 cellular phone; 1 laptop computer |
| Matthew C. Solomon (Partner, Cleary Gottlieb Steen & Hamilton LLP) | 1 cellular phone; 1 laptop computer |
| James Hunsberger (Associate, Cleary Gottlieb Steen & Hamilton LLP) | 1 cellular phone; 1 laptop computer |
| Hallie B. Levin (Partner, Wilmer Cutler Pickering Hale and Dorr LLP) | 1 cellular phone; 1 laptop computer |
| Peter G. Neiman (Partner, Wilmer Cutler Pickering Hale and Dorr LLP) | 1 cellular phone; 1 laptop computer |
| David Gringer (Partner, Wilmer Cutler Pickering Hale and Dorr LLP) | 1 cellular phone; 1 laptop computer |
| Paul T. Vanderslice (Associate, Wilmer Cutler Pickering Hale and Dorr LLP) | 1 cellular phone; 1 laptop computer |
| Dave Miller (Executive Vice President, General Counsel and Secretary, T-Mobile US, Inc.) | 1 cellular phone; 1 laptop computer |
| Laura Buckland (Senior Vice President, Litigation & IP, T-Mobile US, Inc.) | 1 cellular phone; 1 laptop computer |
| Melissa Scanlan (Vice President, IP & Antitrust, T-Mobile US, Inc.) | 1 cellular phone; 1 laptop computer |
| Steven Sunshine (Partner, Skadden, Arps, Slate, Meagher & Flom LLP) | 1 cellular phone; 1 laptop computer |
| Karen Hoffman Lent (Partner, Skadden, Arps, Slate, Meagher & Flom LLP) | 1 cellular phone; 1 laptop computer |
| Julia York (Counsel, Skadden, Arps, Slate, Meagher & Flom LLP) | 1 cellular phone; 1 laptop computer |
| Bradley Pierson (Associate, Skadden, Arps, Slate, Meagher & Flom LLP) | 1 cellular phone; 1 laptop computer |
| Vonya McCann (Senior Vice President – Government Affairs, Sprint Corporation) | 1 cellular phone; 1 laptop computer |

| Attorney | Device(s) |
|---|---|
| Mary Jean Fell (Senior Counsel, Sprint Corporation) | 1 cellular phone; 1 laptop computer |
| Rob Townsend (Chief Legal Officer and Senior Vice President, Softbank Group International) | 2 cellular phone; 1 laptop computer |
| Jeffrey Jaeckel (Partner, Morrison & Foerster LLP) | 2 cellular phone; 1 laptop computer |
| David Meyer (Partner, Morrison & Foerster LLP) | 2 cellular phone; 1 laptop computer |
| Jared Roscoe (Counsel and Senior Director, SoftBank Group International) | 2 cellular phone; 1 laptop computer |
| Bradley Lui (Partner, Morrison & Foerster LLP) | 2 cellular phone; 1 laptop computer |
| Joshua Soven (Partner, Wilson Sonsini Goodrich & Rosati) | 1 cellular phone; 1 laptop computer |
| Justin Epner (Associate, Wilson Sonsini Goodrich & Rosati) | 1 cellular phone; 1 laptop computer |
| Brad Tennis (Associate, Wilson Sonsini Goodrich & Rosati) | 1 cellular phone; 1 laptop computer |
| Wolfgang Kopf (Senior Vice President for Group Public and Regulatory Affairs, Deutsche Telekom AG) | 1 cellular phone; 1 laptop computer |
| Volker Stapper (Vice President of International Competition & Media Policy, Deutsche Telekom AG) | 1 cellular phone; 1 laptop computer |
| Reinhard Wieck (Managing Director & President, Deutsche Telekom Inc.) | 1 cellular phone; 1 laptop computer |
| Rich Parker (Partner, Gibson, Dunn & Crutcher LLP) | 1 cellular phone; 1 laptop computer |
| Brian Robison (Partner, Gibson, Dunn & Crutcher LLP) | 1 cellular phone; 1 laptop computer |
| Brian Ryoo (Associate, Gibson, Dunn & Crutcher LLP) | 1 cellular phone; 1 laptop computer |
| Matt Howard (Paralegal, Wilmer Cutler Pickering Hale and Dorr LLP) | 1 cellular phone; 1 laptop computer |

| Attorney | Device(s) |
|---|---|
| Andrew Klein (Trial Technology Consultant) | 1 iPad; 1 cellular phone; Ethernet cables; 5-way signal splitter; Power cords, cables & mouse controllers; two external hard drives; video adaptor cables and connectors; laptop switching device; headphones |
| Jordan Ray (Trial Technology Consultant) | 1 iPad; 1 cellular phone; Ethernet cables; 5-way signal splitter; Power cords, cables & mouse controllers; two external hard drives; video adaptor cables and connectors; laptop switching device; headphones |
| Todd White (Trial Technology Consultant) | 2 laptop computers; power cords, cables & mouse controllers; 2 external hard drives; power cords & cables; video adaptor cables and connectors; headphones |
| Aaron Shorr (Trial Technology Consultant) | 1 cellular phone; 2 laptop computers, power cords, cables & mouse controllers, 2 external hard drives, power cords, video adaptor cables and connectors |
| Dianna Case (Trial Consultant) | 1 cellular phone |



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF ECONOMIC JUSTICE
ANTITRUST BUREAU

**BY FAX**

Javier Ortega
Assistant Attorney General
State of New York
Office of the Attorney General
28 Liberty Street, 20th Floor
New York, NY 10003
(212) 416-8096
javier.ortega@ag.ny.gov

November 27, 2019

The Honorable Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  *State of New York et al. v. Deutsche Telekom AG et al.*, No: 1:19-cv-5434-VM-RWL (S.D.N.Y.)

Dear Judge Marrero,

     This letter amends our previously submitted letter on November 20, 2019. Namely, we have changed Scott Long to Patty Hartnett as one of the individuals for whom request to bring electronic devices is bring requested below. Mr. Long will no longer be participating in the trial due to personal reasons.

     On behalf of the Plaintiff States, we respectfully request this Court's endorsement through the Proposed Order enclosed herein for the following support staff to bring electronic devices into the Courthouse for use during trial in the above-captioned matter:

| | | |
|---|---|---|
| Nickels, Philip (Electronic Evidence Presentation Technical Assistant) | 7 | 3 laptops and 3 hard drives and 1 cellular phone |

| Yun, Candace (Paralegal) | 2 | 1 Laptop Computer/Tablet and 1 Cellular phone |
| --- | --- | --- |
| Morales, Belinda (Paralegal) | 2 | 1 Laptop Computer/Tablet and 1 Cellular phone |
| Hartnett, Patty (Legal Assistant) | 2 | 1 Laptop Computer/Tablet and 1 Cellular phone |
| Leventhal, Arlene (Paralegal) | 1 | 1 Cellular Phone |
| Martin-Moriarty, Sheryl (Paralegal) | 1 | 1 Cellular Phone |
| Geronimo, Jose (Case Clerk) | 2 | 1 Laptop Computer/Tablet and 1 Cellular phone |

Although customarily only attorneys are allowed to bring electronic materials into the Courthouse, the support staff listed above is indispensable in helping the Plaintiff States during trial proceedings. Given the complex nature of this case, and the overwhelming amount of evidence to be presented at trial, the Plaintiff States require support staff to assist them during the proceedings. Without this support staff, the Plaintiff States will be handicapped in their ability to present their case.

Sincerely,

Javier Ortega
Assistant Attorney General

Enclosures

cc:   All Counsel of Record (via e-mail)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————— x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
———————————————————————— x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned *State of New York et al. v. Deutsche Telekom AG et al.*, No. 1:19-cv-5434.

The date(s) for which such authorization is provided is (are) 12/09/2019 — 01/17/2020.

| Attorney | Device(s) |
|---|---|
| 1. SEE ATTACHED | |
| 2. | |
| 3. | |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: _____

_____
United States Judge

Revised: February 26, 2014



# Electronic Device Request Attachment Form

| **LAST, FIRST** | **# OF DEVICES** | **TYPE OF DEVICE** | **REASONS FOR DEVICE** |
|---|---|---|---|
| Nickels, Philip (Electronic Evidence Presentation Technical Assistant) | 7 | 3 laptops and 3 hard drives and 1 cellular phone | Electronic Evidence Presentation Technical Assistant to Plaintiff's Attorneys for trial presentations. Trial - New York et al. v. Deutsche Telekom AG et al., No. 1:19-cv-05434 |
| Yun, Candace (Paralegal) | 2 | 1 Laptop Computer/Tablet and 1 Cellular phone | Paralegal assisting Plaintiff's Attorney tracking presented exhibits. Trial - New York et al. v. Deutsche Telekom AG et al., No. 1:19-cv-05434 |
| Morales, Belinda (Paralegal) | 2 | 1 Laptop Computer/Tablet and 1 Cellular phone | Paralegal assisting Plaintiff's Attorney tracking presented exhibits. Trial - New York et al. v. Deutsche Telekom AG et al., No. 1:19-cv-05434 |
| Hartnett, Patty (Legal Assistant) | 2 | 1 Laptop Computer/Tablet and 1 Cellular phone | Legal Assistant assisting Plaintiff's Attorneys in breakout room. Trial - New York et al. v. Deutsche Telekom AG et al., No. 1:19-cv-05434 |
| Leventhal, Arlene (Paralegal) | 1 | 1 Cellular Phone | Paralegal for Plaintiff's Attorney. Trial - New York et al. v. Deutsche Telekom AG et al., No. 1:19-cv-05434 |
| Martin-Moriarty, Sheryl (Paralegal) | 1 | 1 Cellular Phone | Paralegal for Plaintiff's Attorney. Trial - New York et al. v. Deutsche Telekom AG et al., No. 1:19-cv-05434 |
| Geronimo, Jose (Case Clerk) | 2 | 1 Laptop Computer/Tablet and 1 Cellular phone | Case Clerk Assistant assisting Plaintiff's Attorneys in the daily movement of material to and from court. Trial - New York et al. v. Deutsche Telekom AG et al., No. 1:19-cv-05434 |