UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
---------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/6/19

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following individual is authorized to bring Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned *State of New York, et al. v. Deutsche Telekom AG, et al.*, No. 19-cv-5434. The date(s) for which authorization is provided is (are) December 9, 2019 – January 3, 2020.

| Individual | Device(s) |
|---|---|
| 1. Andrew Klein (Trial Technology Consultant)  2. Aaron Shorr (Trial Technology Consultant) | 2 laptop computers; 1 cell phone; power cords, cables & mouse controllers; 1 mouse; 2 external hard drives; power cords & cables; video adaptor cables and connectors; headphones; 1 Powerpoint clicker   (same as above) |

The individual identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any unauthorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:
Dated: 6 December 2019

/s/
United States Judge