UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL

_____ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/19

    The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.  Upon submission of written application to this Court, it is hereby

    ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned _____ *State of New York et al. v. Deutsche Telekom AG et al.* _____

_____, No. _____.
1:19-cv-5434

The date(s) for which such authorization is provided is (are) _____ 12/09/2019 — 01/17/2020 _____.

| Attorney | Device(s) |
|---|---|
| 1.    SEE ATTACHED | |
| 2. | |
| 3. | |

*(Attach Extra Sheet If Needed)*

    The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: 6 December 2019

_____
United States Judge

Revised: February 26, 2014



Electronic Device Request Attachment Form

| **LAST, FIRST** | **# OF DEVICES** | **TYPE OF DEVICE** | **REASONS FOR DEVICE** |
|---|---|---|---|
| Nickels, Phil<br><br>(Electronic Evidence Presentation Technical Assistant) | 13 | - 2 laptop computers. (One primary and one backup.)<br>- 1 Cell phone<br>- 2 mice. (One for each laptop.)<br>- 2 power pack cables. (One for each laptop.)<br>- 1 extension cord.<br>- 1 surge protector.<br>- 1 monitor. (Trial presentation software requires a second monitor in order to function.)<br>- 1 cable to connect the monitor to the laptop computer.<br>- 1 Powerpoint clicker.<br>- 1 portable hard drive. | Trial - New York et al. v. Deutsche Telekom AG et al., No. 1:19-cv-05434 |