```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #:                      │
│ DATE FILED: 12/10/19        │
└─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――― x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL

―――――――――――――――――――――――――――― x

   The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

   ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned  State of New York, et al. v. Deutsche Telekom AG, et al.

, No. 19-cv-5434 .

The date(s) for which such authorization is provided is (are) December 9, 2019 - January 3, 2020 .

| Attorney | Device(s) |
|---|---|
| 1. See Attachment A. | |
| 2. | |
| 3. | |

*(Attach Extra Sheet If Needed)*

   The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: *10 December 2019*

               */s/ Victor Marrero*
                Victor Marrero
                United States Judge

Revised: February 26, 2014

## ATTACHMENT A

| Attorney | Device(s) |
|---|---|
| Daniel Culley (Partner, Cleary Gottlieb Steen & Hamilton LLP) | 1 cellular phone; 1 laptop computer |

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | 2112 Pennsylvania Avenue, NW | |
|---|---|---|
| NEW YORK | Washington, DC 20037-3229 | ROME |
| PARIS | T: +1 202 974 1500 | MILAN |
| BRUSSELS | F: +1 202 974 1999 | HONG KONG |
| LONDON | clearygottlieb.com | BEIJING |
| FRANKFURT | | BUENOS AIRES |
| COLOGNE | | SÃO PAULO |
| MOSCOW | | ABU DHABI |
| | | SEOUL |

December 9, 2019

BY FAX

The Honorable Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re: *State of New York, et al. v. Deutsche Telekom AG, et al.*, No. 1:19-cv-05434-VM-RWL (S.D.N.Y.)

Dear Judge Marrero,

  As counsel for Defendants, we respectfully request this Court's endorsement through the Proposed Order enclosed herein for the listed attorney to bring electronic devices into the Courthouse for use during trial in the above-captioned matter.

  Thank you for your consideration. Please let me know if you have any questions.

          Respectfully yours,

          *Matthew Solomon /AFD*
          Matthew Solomon

cc: All Counsel of Record (via e-mail)

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the cities listed above.