```
                                              USDC SDNY
                                              DOCUMENT
                                              ELECTRONICALLY FILED
                                              DOC #: _____ 124
        UNITED STATES DISTRICT COURT          DATE FILED: 1/10/19
        SOUTHERN DISTRICT OF NEW YORK
```

IN THE MATTER OF AN APPLICATION TO BRING
PERSONAL ELECTRONIC DEVICES OR GENERAL
PURPOSE COMPUTING DEVICES INTO THE
COURTHOUSES OF THE SOUTHERN DISTRICT OF
NEW YORK FOR USE IN A PROCEEDING OR TRIAL

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court it is hereby:

ORDERED that the following attorneys and other person are authorized to bring the Personal Electronic Devices and General Purpose Computing Devices (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned *State of New York, et al. v. Deutsche Telekom AG, et al.*, No. 19 Civ. 5434 (VM) (RWL). The dates for which such authorization is provided are December 9, 2019 to January 3, 2020.

| Name | Devices |
|---|---|
| Arthur J. Burke | 1 mobile phone; 1 tablet or laptop |
| Christopher Lynch | 1 mobile phone; 1 tablet or laptop |
| John M. Briggs | 1 mobile phone; 1 tablet or laptop |
| Rebecca L. Harris | 1 mobile phone; 1 tablet or laptop |
| Corey M. Meyer (Law Clerk) | 1 mobile phone; 1 tablet or laptop |

The individuals identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Devices into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED.

Dated: 10 December 2019.

VICTOR MARRERO
UNITED STATES DISTRICT JUDGE

# DAVIS POLK & WARDWELL LLP

450 LEXINGTON AVENUE
NEW YORK, NY 10017
212 450 4000
FAX 212 701 5800

NORTHERN CALIFORNIA
WASHINGTON, D.C.
SÃO PAULO
LONDON
PARIS
MADRID
TOKYO
BEIJING
HONG KONG

CHRISTOPHER LYNCH
TEL 212 450 4034
FAX 212 701 5034
CHRISTOPHER.LYNCH@DAVISPOLK.COM

December 9, 2019

Re: *State of New York, et al. v. Deutsche Telekom AG, et al.*
No. 19 Civ. 5434 (VM) (RWL)

**BY FACSIMILE**

The Honorable Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Judge Marrero:

We represent non-party Comcast Corporation. We respectfully request this Court's endorsement of the enclosed Proposed Order to permit the listed attorneys (and a law clerk, not yet admitted to practice) to bring electronic devices into the Courthouse for use during the trial of this case, including in connection with representing a witness at trial.

Respectfully submitted,

Christopher Lynch /jhs

cc: Counsel for Plaintiffs and Defendants (by e-mail)