# Exhibit A

P_Ex_1034

*Preliminary Draft*

Project Greenland

# Discussion Materials

12 January 2011

TMUS-DOJ-11754997
Page 1

Confidential Treatment Requested
P Ex 1034

Case: 1:19-cv-05435-VM

*Preliminary Draft*

Project Greenland

# Project Greenland Timing



**Open Items:**

- Respond to Copper regarding network sharing term sheet

- Respond to Silver and Copper regarding tri party partnership

- Arrange for Seltzer network modernization "teach-in" session

- Towers sell-side timing

TMUS-DOJ-11754998
Page 2

Confidential Treatment Requested

2

*Preliminary Draft*

## Summary of Strategic Alternatives

| | Mixer | Superbowl | Antelope | Copper Spectrum | Tri Party Partnership |
|---|---|---|---|---|---|
| **Situation** | • Network joint venture<br>• Discussions restarted post Jan 1<br>• Disagreements on network design and valuation | • The only way to compete with VZ & T longer-term<br>• No dialogue with Seltzer to date (per DT's requirement) | • Awaiting proposal from Antelope<br>• TMUS has responded to Antelope's initial diligence request | • DT / TMUS has bid for 40MHz of Copper spectrum<br>• Indicated range of $1.2 - $1.4Bn (implies $0.25 - $0.50 MHz / POP)<br>• Copper responded with a network sharing term sheet between Tin and Copper | • At end of December, Copper submitted a multi-party term sheet<br>• Tin to take Copper private and result in equal ownership and governance with Silver |
| **Recommended Structure** | • NetCo structure | • Merger of TMUS and Sprint<br>• DT receives Sprint stock as consideration<br>• DT reduces its ownership below 50% to deconsolidate NewCo | • Structure dependent on value and perceived risk of transaction<br>• Potential for meaningful cash plus parent / sub "equity" currency | • Separate and make sequential discussion of spectrum acquisition and network sharing<br>– As presented, network sharing agreement is non-starter<br>– Mixer is a higher priority | • Transaction should not be pursued<br>– Violates DT's inviolable rules<br>– Take private price for Copper likely to exceed Copper's intrinsic value to Tin |
| **Recommended Next Steps** | • Utilize KCowan meeting on 20/1 to resolve Mixer key issues<br>– Establish timeline for progress<br>• Monitor when to transition to Superbowl (depending upon timing re: Antelope) | • Same as Mixer next steps | • Utilize meeting on 19/1 to seek clarity on four key items:<br>– Value<br>– Structure<br>– Timing<br>– Regulatory<br>• Prioritize internal analysis for regulatory and synergies | • Recommend that Tin push ahead with spectrum acquisition<br>• Confirm that Copper is serious about selling spectrum at these price levels and aggregate $ amounts<br>• TMUS focused on diligence effort for potential bidding offer | • Communicate that DT / TMUS does not wish to pursue tri-party discussions |

Morgan Stanley

Confidential Treatment Requested
P Ex 1034

*Preliminary Draft*

Project Greenland

Section 1

# Superbowl Perspectives

Confidential Treatment Requested

TMUS-DOJ-11755000

*Preliminary Draft*

Project Greenland

SUPERBOWL PERSPECTIVES

# Superbowl Discussion Topics for Today

- Superbowl now?

- Recommended structure

- Key transaction requirements for DT

- Impact to DT equity story

- Recommended next steps

5

Confidential Treatment Requested

TMUS-DOJ-11755001

Project Greenland

*Preliminary Draft*

| Superbowl Now? | Recommended Structure | Key Requirements | DT Equity Story |

SUPERBOWL PERSPECTIVES

# TMUS Is Weighing Down DT's Share Price

TMUS Is a Sub-Scale, Structurally Challenged Asset

- **TMUS is a sub-scale asset**
  - 34MM subs vs. 90MM+ for VZ & T
  - $5.5Bn of wireless EBITDA vs. $20Bn+ for VZ & T
  - Lagging device lineup (e.g., Apple relationship soon for both VZ & T)
  - TMUS has spent ~$10Bn of capex over the last 3 years vs. ~$20Bn for VZ & T

- **TMUS is structurally challenged**
  - Lacks more flexible, powerful low-band spectrum

- **Antelope and Verizon continue to outperform**
  - Scale advantages drive significant profitability gap (40 – 45% EBITDA margins vs. below 30% for TMUS)
  - Gap continues to widen (TMUS revenue and profitability down YoY)

- **Sprint appears to have "turned the corner"**
  - Core CDMA postpaid net adds improving
  - Network modernization plan offers significant upside (~$2 / share) [1]

- **"Decision time" for DT in U.S.**
  - Competitors are pressing ahead (e.g. VZ, T and L2 LTE deployments; VZ iPhone; Sprint's network modernization plans; continued gains by prepaid carriers)

- **Superbowl is only path to scale, spectrum and "rule of 3"**

Note
1. Based on net savings of $5 – $7Bn and 3.0Bn shares outstanding

6

Confidential Treatment Requested

TMUS-DOJ-11755002

Project Greenland

*Preliminary Draft*

| Superbowl Now? | Recommended Structure | Key Requirements | DT Equity Story |

**SUPERBOWL PERSPECTIVES**

# Sprint May Have "Turned the Corner"

Subscriber Trends Have Improved & Network Modernization Plan Offers Significant Upside

- Strengthening CDMA net adds in the past two quarters has been the catalyst for a shift to positive total net adds in 2Q10 and 3Q10

- Equity research analysts have increased their "Buy" recommendations up to ~40% (from 25% at beginning of year)

Network Modernization Plan:

- $10 – $11Bn of total savings expected over 7 years, beginning in 2012

- Expected to cost $4 – $5Bn incrementally and take 3 – 5 years to implement, beginning in 2011

- Plans to consolidate incompatible networks to one platform with fewer than 45,000 cell sites (from 68,000 today)

  – 35 – 40% of projected savings to come from iDEN site decommissioning (~30,000 sites)

**CDMA Postpaid Net Adds**
(000's)

| | 1Q07 | 2Q07 | 3Q07 | 4Q07 | 1Q08 | 2Q08 | 3Q08 | 4Q08 | 1Q09 | 2Q09 | 3Q09 | 4Q09 | 1Q10 | 2Q10 | 3Q10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 845 | 1,079 | 781 | 426 | (3) | 73 | (258) | (248) | (531) | (393) | (271) | 3 | (131) | 136 | 276 |

**iDEN Postpaid Net Adds**
(000's)

| | 1Q07 | 2Q07 | 3Q07 | 4Q07 | 1Q08 | 2Q08 | 3Q08 | 4Q08 | 1Q09 | 2Q09 | 3Q09 | 4Q09 | 1Q10 | 2Q10 | 3Q10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (1,066) | (1,053) | (1,117) | (1,109) | (1,067) | (849) | (864) | (857) | (719) | (598) | (530) | (507) | (447) | (364) | (383) |

**T-Mobile Postpaid Net Adds**
(000's)

| | 1Q07 | 2Q07 | 3Q07 | 4Q07 | 1Q08 | 2Q08 | 3Q08 | 4Q08 | 1Q09 | 2Q09 | 3Q09 | 4Q09 | 1Q10 | 2Q10 | 3Q10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 725 | 686 | 557 | 732 | 736 | 525 | 295 | 267 | 162 | 55 | (140) | (117) | (118) | 106 | (60) |

7

Confidential Treatment Requested
P Ex 1034

Case: 1:19-cv-05435-VM

Project Greenland

*Preliminary Draft*

DT Equity Story

| Superbowl Now? | SUPERBOWL PERSPECTIVES | Recommended Structure | Key Requirements |

## Superbowl Is Only Way to Position DT to Compete with T & VZ

**Combine #3 & #4 Players in the U.S.**

- Increases scale (devices, network, marketing)
- Enhances spectrum portfolio
  - Ability to launch LTE on the "right" spectrum (800 MHz – similar band as Europe)
  - Reduces coverage gap vs. VZ & T
- "Rule of 3" – potential to reduce price competition
- Substantial synergies of ~$30Bn outweigh sizable integration costs and risks

**Comparison of Key Metrics ($Bn)**

|  | TMUS | + | Sprint | = | Pro Forma | | Verizon | AT&T |
|---|---|---|---|---|---|---|---|---|
| Spectrum | 54 MHz (all mid-band) | | 50 MHz (14 MHz of low-band) [1] | | 104 MHz [1] | | 90 MHz (57 MHz of low-band) | 88 MHz (41 MHz of low-band) |
| Subscribers (MM) | 34 | | 49 | | 83 | | 93 | 93 |
| Wireless Service Revenue ($Bn) | $18.7 | | $25.7 | | $44.4 | | $54.6 | $52.3 |
| Wireless EBITDA ($Bn) / % Margin | $5.5 / 29% | | $4.6 / 18% | | $10.1 / 23% | $12.9Bn / 29% (w/ synergies) [2] | $25.2 / 46% | $21.7 / 41% |

Notes
1  Does not include Clearwire spectrum
2  Based on run-rate annual opex synergies of $2.8Bn

Confidential Treatment Requested
P Ex 1034

TMUS-DOJ-11755004
Page 8

Project Greenland

*Preliminary Draft*

| | Superbowl Now? | Recommended Structure | Key Requirements | DT Equity Story |
|---|---|---|---|---|

SUPERBOWL PERSPECTIVES

## Superbowl Is More Attractive Now vs. 12 Months Ago

| Category | Observations |
|---|---|
| **Continued "Bifurcation" of U.S. Market** | • AT&T and Verizon continue to outperform and widen gap vs. TMUS and Sprint<br>  – LTE deployments in process (VZ) or planned (T); VZ gets iPhone in 2011 |
| **Increase in Estimated Synergies** | • Preliminary Superbowl synergy estimates have increased to ~$30Bn<br>• Multi-mode equipment and handsets have lowered integration cost estimates<br>• Mixer discussions have idenified spectrum migration path and lowered integration risks |
| **Sprint's Relative Performance Has Improved** | • Sprint's recent performance suggests it may have "turned the corner"<br>  – CDMA postpaid net adds improving (positive net adds for first time since 2007)<br>  – Network modernization plan to generate $10 - $11Bn in total savings over 7 years<br>  – Research analysts have increased "Buy" recommendations to ~40% (up from 25% at beginning of year) |
| **Sprint's Negotiating Leverage Has Declined** | • Weighed down by lack of Clearwire resolution (recent $1.3Bn debt raise does not solve its funding needs)<br>• Remains highly levered (~4x adjusted debt / EBITDAR) w/ $10Bn of maturities due in next 5 years<br>• Sprint acknowledges "hidden" liabilities with network modernization plan to spend $4 - $5Bn incrementally<br>• Sprint's network team acknowledges Clearwire spectrum value limited beyond 100MM POPs |
| **Investors / Brokers Now More Supportive** | • Acknowledge the gap widening vs VZ & T (and could widen further with LTE deployments)<br>• Believe that Sprint has "bottomed out"<br>• Recognized DT's renewed focused on shareholder value and disciplined M&A |

9

Confidential Treatment Requested<br>P Ex 1034

TMUS-DOJ-11755005
Page 9

*Preliminary Draft*

Project Greenland

| Superbowl Now? | Recommended Structure | Key Requirements | DT Equity Story |

**SUPERBOWL PERSPECTIVES**

# Key Constraints for Superbowl Transaction

| Requirement | Description |
|---|---|
| | • Maintain leverage and cash flow coverage levels necessary to keep current credit rating |
| **Maintain Current Baa1 / BBB+ Credit Rating** | • To best maintain leverage profile, DT should deconsolidate NewCo with leverage neutral capital structure at a minimum (for DT) |
| | • Tools available to achieve deconsolidation include: |
| | – Contributing TMUS with greater funded debt |
| | – Monetizing NewCo stake via sale to 3rd party, marketed offering, etc. |
| | • Ability to pay dividend and maintain current payout ratio is impaired by lack of access to NewCo free cash flow (unless DT acquires Sprint) |
| **Maintain €0.70 - €0.78 per share Dividend** | – Assuming NewCo does not pay a dividend for a few years |
| | • To provide cushion to fund dividend, DT can sell existing shares it holds of NewCo or convert part of its stake into a dividend note |
| | • To shrink dividend obligation, DT can use proceeds from sale of NewCo shares to retire its own stock (split-off) |
| | • Trade off between selling down stake in NewCo to help maintain leverage and pay dividend vs. free cash flow dilution |
| **Minimize FCF per share Dilution** | • Free cash flow per share will be diluted with less ownership in NewCo |
| | • To maximize free cash flow per share, DT could acquire Sprint and thus own 100% of NewCo FCF (but this alternative challenges DT's current leverage and has other major complications) |

10

Project Greenland

*Preliminary Draft*

| Superbowl Now? | | Recommended Structure | Key Requirements | DT Equity Story |

SUPERBOWL PERSPECTIVES

# Recommended Superbowl Transaction Structure

**Transaction Steps**

① TMUS and Sprint merge

② DT becomes largest shareholder in NewCo (ownership below 50%)

③ DT retains flexibility to sell shares at its discretion to raise capital without sacrificing control ("cookie jar")

- Structure satisfies DT's inviolable rules: protects credit rating and current dividend

  – Keeps Sprint's debt off DT's balance sheet

  – Pro forma company would be self-funding

- Not an exit – DT will be the largest shareholder with 40 – 45% +/- ownership and will insist on a shareholders agreement which will provide effective control

  – Appoint key management

  – Appoint board/key committee members

  – Drive operations and synergies

  – Non-DT ownership fully distributed

- Structure provides DT with a "cookie jar" of capital (i.e., the ability to sell equity to raise capital without sacrificing control position)

**Structure Benefits**

**T**

11

Confidential Treatment Requested
P Ex 1034

TMUS-DOJ-11755007
Page 11

Project Greenland

*Preliminary Draft*

SUPERBOWL PERSPECTIVES

Superbowl Now? | Recommended Structure | Key Requirements | DT Equity Story

# Summary of Potential Superbowl Scenarios (cont'd)

## TMUS / Sprint Merger

| | Deconsolidation | Consolidation | Spin-Merge of TMUS and Sprint | Acquisition of Sprint by DT |
|---|---|---|---|---|
| **Benefits** | ✓ DT does not consolidate NewCo and thus minimizes balance sheet impact<br>✓ Proceeds from deconsolidation can be used to help pay down debt or fund dividend shortfall<br>✓ DT benefits from synergies, albeit with less than 50% ownership<br>✓ More likely to be able to minimize control premium paid to Sprint<br>✓ Force investors to value NewCo on a sum of the parts basis | ✓ DT retains majority ownership of NewCo<br>✓ DT now has a public currency to fund future capital needs for U.S. business<br>✓ DT benefits from synergies and transaction is accretive to free cash flow | ✓ DT shareholders have an option to own U.S. wireless<br>✓ DT does not consolidate NewCo and thus minimizes balance sheet impact<br>✓ DT shareholders benefit from synergies | ✓ DT retains control<br>✓ DT can comfortably maintain its dividend payout ratio as it owns 100% of NewCo free cash flow<br>✓ DT benefits from synergies |
| **Considerations** | ✗ DT current dividend payout ratio will come under pressure absent dividend from NewCo<br>✗ No control | ✗ DT's leverage increases above threshold to maintain credit rating<br>✗ DT current dividend payout ratio will come under pressure absent dividend from NewCo<br>✗ DT may need to pay a premium for Sprint | ✗ DT does not benefit from upside from synergies<br>✗ Potential turnover of spun NewCo shares among DT shareholders<br>✗ Tax implications of full spin | ✗ DT leverage increases above threshold to maintain credit rating<br>✗ Need to pay a premium for Sprint<br>✗ Additional U.S. wireless exposure for DT shareholders<br>✗ No U.S. wireless equity market funding solution<br>✗ Flowback |
| **DT Objectives** | Credit Rating: —<br>Dividend: ✓<br>Shareholder Value: ✓ | Credit Rating: ✗ ✗ ✗<br>Dividend: ✗<br>Shareholder Value: ✓ ✓ | Credit Rating: ✗<br>Dividend: —<br>Shareholder Value: ✗ | Credit Rating: ✗ ✗ ✗<br>Dividend: ✓<br>Shareholder Value: ✓ ✓ ✓ |

Confidential Treatment Requested
P Ex 1034

*Preliminary Draft*

Project Greenland

| Superbowl Now? | Recommended Structure | Key Requirements | DT Equity Story |

**SUPERBOWL PERSPECTIVES**

# Critical Superbowl Transaction Success Factors

- Ability to appoint credible management team and implement incentive plan

  - De-risk and expedite integration process

  - Create credible story for investors / research analysts

- Extensive due diligence prior to transaction

  - Mixer continues to provide insights

- The "right" deal terms – reflect Sprint's "hidden" liabilities

- Clearwire resolution (2+ years of funding or take private)

- Protect DT credit rating and dividend

  - Deconsolidate ownership and create "cookie jar"

- Ensure adequate access to capital



13

TMUS-DOJ-11755009
Page 13

Confidential Treatment Requested
P. Ex. 1034

*Preliminary Draft*

| Superbowl Now? | Recommended Structure | Key Requirements | DT Equity Story |

**SUPERBOWL PERSPECTIVES**

# Corporate Governance Issues & Considerations

Contemplating US Public Float as a Venture Partner

Project Greenland

### Introduction

- Initial structure determined via negotiations with Seltzer
- Governance provisions define approval process to effect change
  - Sufficiently flexible to create a nimble organization
  - Adequate to protect the rights and interests of all shareholders

### Overview of Control Considerations

- Majority ownership of a US public company does not provide absolute control
- Scope of influence / control
  - Determined through negotiation with Seltzer management / BoD
  - Codified in shareholders agreement with Seltzer
- A Board committee of independent directors represents the public shareholders
- The practical difference in control / influence between 45% and 55% ownership may not be material

14

Confidential Treatment Requested
P Ex 1034

TMUS-DOJ-11755010
Page 14

Case 1:19-cv-05435-VM

*Preliminary Draft*

| Superbowl Now? | Recommended Structure | Key Requirements | DT Equity Story |

**SUPERBOWL PERSPECTIVES**

# Corporate Governance Issues & Considerations (cont'd)

Key Governance Provisions

**Board of Directors**
- Size
- Representation
- Chairman role
- Deadlock breaking mechanism

**Board Committee**
- Nominating
- Audit
- Compensation
- Other

**Management**
- CEO – ability to remove / appoint replacement
- Other executive officers

**Veto / Consent Rights**
- Substantial change to nature or scope of business
- Limitations on debt incurrence
- Issuance of equity
- Sale or transfer of significant asset or business
- Related party transactions
- Material change in technology or vendor selection
- Other

**Liquidity Rights**
- Demand regulation
- Piggybank

**Standstill**
- Ability to buy additional shares

Project Greenland

15

Confidential Treatment Requested
P Ex 1034

Case 1:19-cv-05435-VM

*Preliminary Draft*

Project Greenland

| Superbowl Now? | Recommended Structure | Key Requirements | DT Equity Story |

**SUPERBOWL PERSPECTIVES**

# Ownership Does Not Always Translate Into Control

Precedent Transactions

| | Majority Ownership without Control | Minority Ownership with Control |
|---|---|---|
| **Companies** | • Acquirer: Sprint<br>• Target: Clearwire | • Acquirer: News Corp.<br>• Target: Hughes Electronics (DirecTV) |
| **Transaction Description** | • Formation of Clearwire via merger with Sprint's 4G assets in November 2008<br>• $1.56Bn equity investment in Clearwire by strategic investors including Sprint in November 2009 | • Announced April 9th, 2003<br>• Simultaneous to GM's split off of Hughes Electronics (DirecTV), News Corp. acquired a 34% of Hughes from GM (19.9%) and GM Class H common holders (14.1%) |
| **Pro Forma Ownership** | • Sprint owned 51% following the formation of Clearwire, and raised its stake to 57% in Clearwire's equity offering (November 2009)<br>• Sprint's stake is currently 54% following the completion of Clearwire's rights offering (June 2010) | • News Corp owned 34% of Hughes Electronics (DirecTV) |
| **Governance** | • 13-member board: 7 Sprint; 4 strategic investors; 1 Eagle River; 1 independent<br>• Significant provisions require "supermajority" approval (10 of 13 directors) including: 1) appointment of CEO and officers; 2) material acquisitions, divestitures and jvs; and 3) funding business activities outside scope of business plan<br>• Audit committee formed by independent directors and tasked with running "related party" transaction processes | • 11-member board: 6 independent; 4 News Corp.; 1 management<br>• News Corp. appointed Chairman / CEO |
| **Implications** | • While Sprint has greater than 50% ownership of Clearwire and the right to appoint 7 of 13 directors, it lacks control<br>• The audit committee controls any process to raise capital from existing investors / potential strategic investors<br>• Important actions require supermajority board approval | • While News Corp. owned 34% of the Hughes (DirecTV), it was able to appoint the Chairman and CEO, which gave it a significant amount of control<br>• News Corp. appointed Chase Carey, who was a strong CEO and effectively ran the business on behalf of RMurdoch / News Corp. |

Confidential Treatment Requested

TMUS-DOJ-11755012
Page 16

Project Greenland

*Preliminary Draft*

| Superbowl Now? | Recommended Structure | Key Requirements | DT Equity Story |

**SUPERBOWL PERSPECTIVES**

# Superbowl is Likely the Best Strategy to Increase DT's Share Price

## Key Components of DT Equity Story

### Defend Position in Europe

- In Germany, defend leading broadband market share vs. cable threat

- In Southeastern Europe, leverage strong position to benefit from macro recovery

### "Turnaround" TMUS

- ~20% of DT's value [1]

- Sub-scale business with material investment needs

- Deterioration of strategic position

- Event risk around TMUS creates uncertainty

## Superbowl is Only Meaningful "Lever" to Increase DT Share Price

- ~$30Bn synergy potential from combining #3 & #4 players (analogous to UK)

- Implies potential €2.60 per share increase to DT's share price [2]

- Improves return on capital and potential for valuation multiple expansion

- Resolves overhang associated with TMUS strategic and funding uncertainty

- Addresses weakness in U.S. (scale, spectrum, rule of 3)

- DT creates financial flexibility with "cookie jar"

- Less uncertainty (execution risk, not transaction risk)

Notes
1   Based on $258n value for TMUS
2   Based on credit for 50% of DT's share (50%) of estimated synergies, 1.32 USD / EUR FX rate and 4.6Bn shares outstanding

Confidential Treatment Requested
D-Ex-1034

Case 1:19-cv-05435-VM

**Preliminary Draft**

Project Greenland

| Superbowl Now? | Recommended Structure | Key Requirements | DT Equity Story |
| --- | --- | --- | --- |

SUPERBOWL PERSPECTIVES

# Illustrative Superbowl Value Accretion Impact to DT

Based on "Merger Deconsolidation" Case (DT Owns 49% of NewCo)

(1) In order to maximize value, DT is better off minimizing the sale of its stake in NewCo

– NewCo value accretion should drive the equity growth story of DT

(2) DT value contribution to combined entity stagnant over time

**Implied DT Equity Value – 2010 YE vs. 2014 YE**



(€ Bn)

2010YE: €49.9 — (3) €15.1 / €34.8 (1) — 30% / 70%

2014YE: €58.5 — (3) €24.1 / €34.4 (2) — 41% / 59%

(1) NewCo '11 – '14 CAGR: 12%
(2) DT ex. TMUS '11 – '14 CAGR: (0%)

■ DT ex. TMUS / NewCo    ▨ TMUS / NewCo

**TMUS / NewCo Equity Value**
(€ Bn)

| | TMUS 2010E | NewCo 2014E |
| --- | --- | --- |
| Forward EBITDA | €4.2 | €10.8 |
| Illustrative Fwd Multiple | 5.0x | 5.0x |
| Implied Agg. Value | €21.2 | €53.9 |
| YE Net Debt | €6.1 | €4.7 |
| Implied Eq. Value | €15.1 | €49.2 |
| DT Stake | 100% | 49% |
| (3) DT Share of Eq. Value | €15.1 | €24.1 |

Notes
1  2010E DT ex TMUS value based on 5.0x illustrative multiple of 2011E EBITDA of €15.2Bn less 2010YE net debt of €41.0Bn
2  2014E DT ex TMUS value based on 5.0x illustrative multiple of 2015E EBITDA of €14.5Bn less 2014YE net debt of €38.4Bn

Confidential Treatment Requested

*Preliminary Draft*

Project Greenland

Section 2

# Antelope Perspectives

19

TMUS-DOJ-11755015
Page 19

Confidential Treatment Requested

*Preliminary Draft*

Project Greenland

**2010E EBITDA**
$42.7Bn

- Other 2%
- Wireline 46%
- Wireless 52%

**Total Shareholder Return**
LTM

| | |
|---|---|
| Verizon | 29% |
| Sprint | 16% |
| S&P 500 | 11% |
| Antelope | 11% |
| DT | 4% |

**Valuation Comparison**

| | Antelope | VZ |
|---|---|---|
| AV / '11E EBITDA | 4.7x | 5.7x |
| AV / '11E ULFCF | 8.4x | 10.4x |
| Price / '11E EPS | 11.1x | 16.0x |
| Dividend Yield | 5.9% | 5.4% |

---

### ANTELOPE PERSPECTIVES

# Antelope Share Price Performance & Key Events

Last Twelve Months as of January 10, 2011

**Antelope Relative Share Price Performance**

Last 12 Months
%

Antelope —— Verizon ······ S&P 500

Source Factset

**Key Events** ○ Key Events ● Earnings

① 4/30/10: U.S. release of WiFi and 3G enabled Apple iPad
② 6/7/10: Antelope offers tiered data pricing plan for new iPhone users
③ 6/24/10: Launch of Apple iPhone 4
④ 8/27/10: Antelope completes divestiture of Sterling Commerce to IBM (announced on 5/24/2010) for $1.4Bn
⑤ 12/6/10: Consumer Reports publishes report with Antelope in last place in wireless customer satisfaction
⑥ 12/6/10: S&P downgrades Antelope and Verizon each by one notch to A-
⑦ 12/17/10: Antelope announces approval of 300MM share repurchase authorization for ~$9Bn
⑧ 12/20/10: Antelope agrees to acquire wireless spectrum from Qualcomm for $1.925Bn
⑨ 1/5/11: Antelope announces acceleration of 4G (HSPA+), LTE deployment and android device deployment

Source  Wall Street Research, Company Press Releases, FactSet

Confidential Treatment Requested

TMUS-DOJ-11755016
Page 20

20

*Preliminary Draft*

Project Greenland

# Key Strategic Challenges and Research Perspectives

## Strategic Challenges

## Research Analyst Commentary

### Loss of iPhone exclusivity expected 1Q 2011

- In 3Q, 76% of iPhone sales were upgrades, which implies T is locking-in more subs than we expected prior to the anticipated loss of exclusivity in 2011.... **Antelope is making a major push to rapidly attract and lock in iPhone subscribers** as evidenced by its early iPhone upgrade program. *Deutsche Bank (24/12/2010)*

- **End of exclusivity fears are overdone** ~75% of iPhone subs have a contract going into at least 4Q11. Most of iPhone subs (80%+) are on family and/or business plans, forcing would-be switchers to pay hefty early termination fees. *Morgan Stanley (20/12/2010)*

### Poor wireless network quality

- A recent Consumer Reports report which ranked Antelope "worst" in the US among national carriers was a "disappointment" but also very much "backward looking"...Antelope believes that it is close to fixing its Northeast network quality issues.... The essence of remaining network quality issues are related to dropped voice calls rather than data speeds and capacity. Going forward, **the greatest challenge is shrinking the gap between actual and perceived network quality.** Fixing this perception issue is the biggest challenge for the company in the coming year and "the answer is money". *Bank of America (13/12/2010)*

### Growth Constrained: Continued access line losses of around 10% / year

- **Antelope continues to show strong execution in its wireline segment** as revenue in both Consumer and Business outperformed our expectations... **We expect the pace of wireline revenue declines to improve over time**, although the pace of improvement is likely to be limited by continued share loss in consumer, and an absence of a faster recovery in enterprise spending heading into FY11. *Citigroup (22/10/2010)*

- **Access-line losses are expected to continue.** While we anticipate that U-verse penetration will continue, it is likely that cable competition and wireless–wireline displacement will continue to pressure residential access lines and result in double digit losses. **The loss of revenue associated with access-line losses will be offset by headcount reductions in the wireline segment.** *William Blair (11/11/2010)*

### Balance Sheet Concerns

- **Financial leverage levels are currently too high to support the prior single 'A' rating**.... Given our assessment of the business risk as strong for both companies, these expectations are more consistent with an A- rating under our criteria. While both companies have some **ability to reduce debt** over the next few years, we also note that they have very large unfunded pension and other postretirement benefit (OPEB) obligations that overhang their financial profiles. *S&P (22/10/2010)*

### Valuation vs. VZ

- **We believe the Verizon share price will fall in absolute terms over the next 60 days.** This is because the stock has traded up recently, making short term valuation much less compelling. Verizon's next 12 month P/E of 16.2x is now two standard deviations above the 10 yr average of 12.8x and is 39% above AT&T's P/E of 11.6x, a record high premium. **Positive catalysts have passed and we believe the announcement of a Verizon iPhone has largely been priced in.** *Morgan Stanley (7/1/2011)*

- We expect the iPhone to arrive on Verizon's shelf sometime early in 2011. **We think the industry takes an overly negative view on the iPhone's impact to Antelope**, while not recognizing what could amount to meaningful EPS degradation for Verizon. We think both companies will benefit and further bifurcate the industry to the "haves" and "have-nots." *Nomura (13/12/2010)*

Confidential Treatment Requested

*Preliminary Draft*

Project Greenland

- Equity research analysts have increased their "Buy" rating on Antelope

  – 52% of total recommendations as of January 2011, up from 43% in January 2010

ANTELOPE PERSPECTIVES

# Wall Street Research Valuation Perspectives

## Current Valuation Perspectives

| Broker | Price Target | Rating | Methodology |
|---|---|---|---|
| Deutsche Bank | $33.00 | Buy | 13.5x 2011E EPS; DCF (8.5% WACC, 1.0% PGR); 5.5x 2011 EBITDA |
| Barclays Capital | $32.00 | Hold | 13.2x 2011E EPS; DCF (8.2% WACC, (0.5%) PGR) |
| Citi | $31.00 | Hold | 13.5x 2011E EPS; DCF (7.0% WACC, 1.0% PGR, 0.9 beta); 5.5x 2011 EBITDA; 12.0x 2011 EPS |
| Collins Stewart | $27.00 | Hold | 5.0x 2011E EBITDA |
| Morgan Stanley | $32.00 | Buy | 12.5x 2011 EPS; 5.5x 2011 EBITDA; 5.2% dividend yield; SOTP |
| RBC Capital Markets | $29.00 | Hold | DCF (12.0% WACC; 9.0x terminal multiple) |
| BofA Merrill Lynch | $30.00 | Hold | DCF (10.9% cost of equity, 5.9% cost of debt, 1.3 beta); 15.0x fwd EPS, 4.5x fwd EBITDA |
| Goldman Sachs | $35.00 | Buy | DCF (7.5% WACC, 1.5% PGR); SOTP 4.5x wireline, 6.0x wireless & 3.5x directories |

## Antelope Price Target and Analyst Recommendation Evolution



22

R. Ex. 1034

Case: 1:19-cv-05434-VM

*Preliminary Draft*

Project Greenland

ANTELOPE PERSPECTIVES

# Summary of Potential Transaction Structures

| Potential Structure | Description | Considerations |
|---|---|---|
| **Network JV** | • Antelope acquires Tiger network<br>• Tiger becomes MVNO | • Retain direct access to business<br>• Tiger remains sub-scale and disadvantaged in competition for best of breed handsets<br>• Value implications to Deer<br>• Makes Superbowl difficult to execute |
| **Antelope Acquisition of Tiger** | • Deer receives cash consideration | • No upside potential<br>• Likely to get highest premium<br>• Use of proceeds |
| | • Deer receives cash and Antelope stock | • Limited governance<br>• Enhanced liquidity<br>• Retain some upside<br>• Exposure to declining wireline biz |
| | • Deer receives cash and Antelope Mobility equity-like securities (e.g., partnership interest; Antelope Mobility stock; convertible stock; tracking stock) | • Likely enhanced governance<br>• May reduce liquidity<br>• Defined dividend payout is critical |
| **Antelope Acquisition of Deer** | • Deer and Antelope merge in an all stock transaction<br>• Antelope could also pursue an acquisition of certain Deer assets, including CEE operations | • Benefits to Deer shareholders limited to control premium and synergies in US wireless<br>• Flowback<br>• Government shareholder reaction |

• Critical to consider implications to Deer's inviolable rules:

– *Maintain credit rating* – Deer should seek to obtain sufficient cash consideration to ensure leverage neutral transaction

– *Maintain dividend* – In Antelope Mobility equity-like securities structure, important to negotiate upfront a high dividend payout ratio from JV

23

*Preliminary Draft*

Project Greenland

**ANTELOPE PERSPECTIVES**

# Potential Synergy Analysis

- Precedent wireless transactions suggest significant synergy opportunities
  - Driven by opex and capex savings

## Precedent Transaction Synergy Analysis

| Announcement Date:<br>Acquiror:<br>Target: | Precedent<br>Transactions<br>Average | Jun-08<br>VZ<br>Alltel [1] | Sep-07<br>DT<br>SunCom [1] | Jul-07<br>VZ<br>RCCC [1] | Jun-07<br>T<br>DCEL [1] | Jan-05<br>Alltel<br>WWCA [1] | Dec-04<br>S<br>NXTL [1] | Feb-04<br>Cingular<br>AWE [2] |
|---|---|---|---|---|---|---|---|---|
| Target Aggregate Value ($Bn) | | $28.2 | $2.4 | $2.7 | $5.1 | $6.1 | $42.9 | $45.1 |
| PV of Announced Syn. ($Bn) | | 9.0 | 1.0 | 1.0 | 2.5 | 0.8 | 12.0 | 16.6 |
| PV of Announced Syn. / Target AV | 34% | 32% | 42% | 37% | 49% | 13% | 28% | 37% |
| EBITDA Syn. as % of Target Opex | 20% | 13% | NA | NA | NA | 16% | 26% | 26% |
| Capex Syn. as % of Target Capex | 42% | 50% | NA | NA | NA | NA | NA | 35% |
| Integration Costs / Total PV of Syn. | 9% | 13% | NA | NA | NA | NA | 7% | 5% |

## Present Value of Tiger Synergies (Excl. Integration Costs) ($Bn)

| % TMUS<br>Opex Reduction | Implied TMUS<br>EBITDA Margin [3] | Implied PV of<br>Run-Rate Syn. [4][5] | + | Capex Synergies % of Tiger Capex [6] | | |
|---|---|---|---|---|---|---|
| | | | | 20% | 30% | 40% |
| 10% | 34% | $10 | | $14 | $16 | $18 ◄ Present Value [5] |
| 15% | 37% | ①$15 | | $19 | ②$21 | $23 |
| 20% | 41% | $19 | | $24 | $26 | $28 |
| 25% | 45% | $24 | | $29 | $31 | $33 |

### Illustrative PV of Synergies Calc ($Bn)

| | |
|---|---|
| Tiger 2011E Opex | $15.7 |
| % of Tiger Opex | 15% |
| Ann. Opex Synergies After Tax [7] | $1.5 |
| Discount Rate | 10% |
| ① PV of Opex Synergies | $14.6 |
| Tiger 2011E Capex | $3.4 |
| % of Tiger Capex | 30% |
| Ann. Capex Synergies After Tax [7] | $0.6 |
| Discount Rate | 10% |
| PV of Capex Synergies | $6.4 |
| ② **Present Value of Synergies** | **$21.0** |

Notes
1  Based on publicly-announced synergy estimates
2  Assumes midpoint of synergies announced and discount rate of 10.5%
3  Based on 2011E revenue and EBITDA of $21.5Bn and $9.6Bn, respectively
4  Based on 2011E opex of $15.7Bn
5  Based on 10% discount rate
6  Based on 2011E capex of $3.4Bn
7  Based on tax rate of 38%

Confidential Treatment Requested
P Ex 1034

TMUS-DOJ-11755020
Page 24

Case 1:19-cv-05435-VM

*Preliminary Draft*

Project Greenland

## ANTELOPE PERSPECTIVES

# Leverage Implications of Antelope Acquisition of Tiger
### Assumes Transaction Closes at 2011YE

**Standalone Credit Metrics**

| 2011E | Antelope | Deer |
|---|---|---|
| Debt / EBITDA | 1.5x | 2.6x |
| Adj. Debt / EBITDA | 1.8x | 3.0x |
| Existing Credit Rating | A- | BBB+ |

**Illustrative Leverage Considerations**
2011E Debt / EBITDA & 2011E Adj. Debt / EBITDA
($Bn)

| Cash Considerations | Antelope Leverage | Antelope Adj. Leverage | Deer Leverage | Deer Adj. Leverage |
|---|---|---|---|---|
| $10.0 | 1.5x | 2.0x | 2.6x | 3.0x |
| 20.0 | 1.7x | 2.1x | 2.3x | 2.5x |
| 30.0 | 1.9x | 2.3x | 1.8x | 2.0x |
| 40.0 | 2.1x | 2.5x | 1.3x | 1.5x |

**Illus. Deer Shares Repurchased**
(MM)

| | Shares Repurchased | Deer % of TSO |
|---|---|---|
| $10 Bn | 774 | 18% |
| $20 Bn | 1,549 | 36% |

**Illustrative Antelope Leverage Calculation**
($Bn)

| | |
|---|---|
| Antelope Debt 2011E YE | $69.0 |
| Plus: Acquisition Financing | 30.4 |
| Antelope Debt Post Transaction | $99.4 |
| Antelope 2011E EBITDA Pre Transaction | $45.9 |
| Plus: Tiger 2011E EBITDA | 5.6 |
| Antelope 2011E EBITDA Post Transaction | $51.4 |
| Antelope Leverage Post Transaction | (1) 1.9x |
| Antelope Adj. Debt Post Transaction (1) | $132.5 |
| Antelope 2011E EBITDAR Post Transaction (1) | 57.3 |
| Antelope Adj. Leverage Post Transaction | (1) 2.3x |

**Illustrative Deer Leverage Calculation**
($Bn)

| | |
|---|---|
| Deer Debt 2011E YE | $64.9 |
| Less: Cash to Paydown Deer Debt | (30.0) |
| Deer Debt Post Transaction | $34.9 |
| Deer 2011E EBITDA Pre Transaction | $25.4 |
| Less: Tiger 2011E EBITDA | (5.6) |
| Deer 2011E EBITDA Post Transaction | $19.9 |
| Deer Leverage Post Transaction | (2) 1.8x |
| Deer Adj. Debt Post Transaction (2) | $40.8 |
| Deer 2011E EBITDAR Post Transaction (2) | 20.3 |
| Deer Adj. Leverage Post Transaction | (2) 2.0x |

Notes
1. Based on Antelope Debt Adjustments of $19.6Bn plus Tiger Debt Adjustments of $13.4Bn, and Antelope rent adjustments of $3.5Bn plus Tiger rent adjustments of $2.1Bn
2. Based on Deer Debt Adjustments of $19.4Bn less Tiger Debt Adjustments of $13.8Bn, and Deer rent adjustments of $2.5Bn less Tiger rent adjustments of $2/1Bn

Confidential Treatment Requested

25

Project Greenland

*Preliminary Draft*

**ANTELOPE PERSPECTIVES**

# Ownership Implications of Antelope Transaction

Assumes Transaction Closes at 2011YE

## Deer Ownership Sensitivity
($Bn)

| Total Consideration | Implied Tiger Forward Multiple (1) | Antelope Acq. Of Tiger | | Deer Receives — Antelope Mobility Stock | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | 5.5x | | 6.5x | | |
| | | $10.0 | $20.0 | $10.0 | $20.0 | $10.0 | $20.0 | |
| $30.0 | 5.3x | 10% | 6% | 16% | 8% | 13% | 7% | ▼ Deer Ownership (%) |
| 35.0 | 6.2x | (1) 13% | 8% (2) | (2) 19% | 12% | 13% | 10% | |
| 40.0 | 7.0x | 15% | 10% | 22% | 16% | 18% | 13% | |

Deer Ownership in Antelope

Deer Ownership in Antelope Mobility

▼ Antelope Wireless Multiple (x)
▼ Cash Consideration to Deer ($)

## Illustrative Ownership in Antelope Calc
($Bn, except share data)

| | |
|---|---|
| Total Consideration | $35.0 |
| Less: Cash Consideration to Deer | (10.0) |
| Stock Consideration to Deer | $25.0 |
| Addt'l Antelope Stock Issued @ $28.85 (2) | 867 |
| Plus: Antelope Current TSO (2) | 5,936 |
| PF Antelope TSO | 6,803 |
| Implied Deer Ownership in Antelope | (1) 13% |

## Illustrative Ownership in Antelope Mobility Calc
($Bn)

| | Antelope Mobility | Tiger |
|---|---|---|
| 2012E EBITDA | $26.7 | $5.7 |
| Valuation Multiple | 5.5x | 6.2x |
| Aggregate Value | $147.1 | $35.0 |
| Less: 2011E Debt | (38.2) (3) | (10.0) |
| Plus: 2011E Cash | - | - |
| Implied Equity in JV | $108.9 | $25.0 |
| Implied Deer Ownership in JV | (2) 19% | |

Notes
1 Based on Tiger 2012E EBITDA of $5.7Bn
2 Shares outstanding as of Q3 2010, Antelope price as of 7/1/2011
3 Assumes Antelope contributes debt to Antelope Mobility in a leverage neutral transaction of 1.5x which implies $38Bn debt to Antelope Mobility

*Preliminary Draft*

**Project Greenland**

ANTELOPE PERSPECTIVES

# Dividend Implications of Antelope Transaction

Assumes Transaction Closes at 2011YE

- Deer standalone 2012E payout is 64% (€5.3Bn FCF post minorities)

## Illustrative Dividend Calculation
(€Bn, except share data)

| | |
|---|---|
| JV FCF Dividend Payout of FCF (%) | 100% |
| JV Total 2012E FCF Dividend Upstream | €6.7 |
| Deer Ownership in JV (%) [1] | 11% |
| **Deer Share of 2012E JV Dividend** | **€0.7** |
| Deer 2012E LFCF [2] | €5.3 |
| Less: Tiger 2012E LFCF [2] | (1.1) |
| Plus: JV Upstream 2012E Dividend | 0.7 |
| Plus: 2012E Reduction in Interest [3] | 0.5 |
| Less: 2012E Additional Taxes [4] | (0.2) |
| **Deer FCF Available to Pay Dividends (1)** | **€5.2** |
| | |
| Deer TSO | 4,361 |
| Cash Received to Repurchase Shares | €7.6 |
| Shares Repurchased @ €9.86 | (774) |
| Deer TSO After Repurchase | 3,587 |
| Deer Dividend of €0.78 / Share [5] | €2.8 |
| **Payout Ratio (2)** | **53%** |

## Illustrative Dividend Implications (2012E)
($Bn)

Annotations (column meanings):
▲ Cash Consideration ($) ▲ Repurchase Shares ($) ▲ '12E Deer FCF Avail. (€) ▲ '12E Deer Payout % (MS Method) [2]

Cash Consideration ($) by scenario: Antelope Acq. of Tiger — $- / $10.0; Deer Receives Antelope Mobility Stock — $10.0 / $20.0
Repurchase Shares ($): $10.0 (all scenarios)

| Total Consideration | Implied Tiger Multiple [6] | Antelope Acq. of Tiger (Cash $-) FCF Avail (€) | Payout % | Antelope Acq. of Tiger (Cash $10.0) FCF Avail (€) | Payout % | Deer Receives Mobility Stock (Cash $10.0) FCF Avail (€) | Payout % | Deer Receives Mobility Stock (Cash $20.0) FCF Avail (€) | Payout % |
|---|---|---|---|---|---|---|---|---|---|
| $30.0 | 5.3x | €5.4 | 63% | €5.0 | 56% | €5.5 | 62% | €5.0 | 56% |
| 35.0 | 6.2x | 5.7 | 60% | 5.2 | 54% | 5.7 | 60% | 5.2 (1) | 53% (2) |
| 40.0 | 7.0x | 5.9 | 58% | 5.4 | 52% | 5.9 | 58% | 5.4 | 51% |

Scenario labels:
- Antelope / Mobility dividend funds Deer dividend
- Antelope / Mobility Deer dividend
- Antelope / Mobility dividend & Share Repurchase funds Deer dividend
- Deer dividend

Notes
1. Deer ownership in Antelope Mobility based on Antelope Mobility valuation multiple of 6.0x
2. Deer LFCF Post Minorities
3. $10Bn of cash consideration received is used to paydown debt, reducing interest expense by assumed Deer blended interest rate of 6%
4. Interest expense is taxed at Deer tax rate of 37%
5. Assumes that Deer must pay annual dividend of €0.78 / Share
6. Based on Tiger 2012E EBITDA of $5.7Bn

Confidential Treatment Requested
P Ex 1034

TMUS-DOJ-11755023
Page 27

Case: 1:19-cv-05434-VM

*Preliminary Draft*

Project Greenland

ANTELOPE PERSPECTIVES

# Ability to Pay Analysis of Antelope Transaction

Assumes Transaction Closes at 2011YE

- Assuming $3Bn run-rate opex synergies, transaction is accretive to Antelope EPS up to 7.0x EBITDA and with at least $10Bn of cash consideration

**Antelope 2012E Acc. / (Dil.) – Antelope Acquisition of Tiger**
($Bn)

| Total Consideration | Implied Tiger Forward Multiple (3) | Cash Consideration | | |
|---|---|---|---|---|
| | | $- | $10.0 | $20.0 |
| $30.0 | 5.3x | (7%) | (4%) | (0%) |
| | | $2.5 | $1.2 | $0.0 |
| | | 2% | 6% | 10% |
| 35.0 | 6.2x | (9%) | (6%) ① | (3%) |
| | | $3.3 | $2.1 | $0.9 |
| | | (0%) | 3% | 7% |
| 40.0 | 7.0x | (12%) | (9%) | (5%) |
| | | $4.2 | $2.9 | $1.7 |
| | | (3%) | 1% | 4% |

Legend:
- ▼ '12E EPS Acc. / (Dil.) (%)
- ▼ B/E Synergies
- ▼ EPS Acc. / (Dil) w/ RR Syn. of ~$3Bn (2)

**Antelope 2012E Acc. / (Dil.) – Deer Received Antelope Mobility Stock (1)**
($Bn)

| Total Consideration | Implied Tiger Forward Multiple (3) | Cash Consideration | | |
|---|---|---|---|---|
| | | $- | $10.0 | $20.0 |
| $30.0 | 5.3x | (7%) | (3%) | (0%) |
| | | $1.9 | $1.0 | $0.0 |
| | | 2% | 6% | 10% |
| 35.0 | 6.2x | (9%) | (6%) | (3%) |
| | | $2.5 | $1.7 | $0.7 |
| | | (0%) | 3% | 7% |
| 40.0 | 7.0x | (10%) | (8%) | (5%) |
| | | $3.0 | $2.3 | $1.4 |
| | | (2%) | 1% | 4% |

Legend:
- ▼ '12E EPS Acc. / (Dil.) (%)
- ▼ B/E Synergies
- ▼ EPS Acc. / (Dil) w/ RR Syn. of ~$3Bn (2)

EPS Accretive with RR Synergies of $3Bn

**Notes**
1. Deer ownership in Antelope Mobility based on Antelope Mobility valuation multiple of 6.0x
2. Run-rate synergies assumes opex savings of 20% of Tiger opex (~$3Bn) and 30% reduction on Tiger capex (~$1Bn)
3. Based on Tiger 2012E EBITDA of $5.7Bn

**Illustrative Accretion / (Dilution)**
($Bn, except share data)

| | |
|---|---|
| Antelope Standalone 2012E Net Income | $18.9 |
| Plus: Tiger 2012E EBIT | 2.6 |
| Less: Add'l 2012E Interest Expense | (0.5) |
| Less: Add'l 2012E Taxes | (0.8) |
| PF 2012E Net Income | $20.3 |
| Antelope Standalone TSO | 5,936 |
| Plus: Antelope Shares Issued | 867 |
| PF Shares | 6,803 |
| Antelope Standalone 2012E EPS | $3.18 |
| PF 2012E EPS | $2.98 |
| 2012E Accretion / (Dilution) ($) | ($0.20) |
| 2012E Accretion / (Dilution) (%) ① | (6%) |
| Implied Pre-Tax Breakeven Synergies | $2.1 |

Confidential Treatment Requested
P Ex 1004
TMUS-DOJ-11755024
Page 28

Case 1:19-cv-05435-VM...

*Preliminary Draft*

Project Greenland

Section 3

# Copper Perspectives

Confidential Treatment Requested

29

*Preliminary Draft*

Project Greenland

COPPER PERSPECTIVES

# Update on Spectrum Auction Process

- Recommend that DT / TMUS pushes ahead with spectrum acquisition

  – Confirm that Copper is serious about selling spectrum at these price levels and aggregate $

  – Important to maintain discipline on price and value concentrated in 100MM POPs

- Attempt to de-link discussion of spectrum acquisition and network partnership

  – As presented, network sharing agreement is non-starter

  – Mixer partnership discussion is a higher priority

  – Can suggest to Copper that parties negotiate "in good faith" on commercial partnership

  – Partnership discussion should be geared towards "lightest" partnership possible

- TMUS team focused on diligence effort for potential binding offer

  – Detailed license information received from Copper on Jan 10th

  – Further development / refinement of business case

  – Technical and regulatory review underway

30

Confidential Treatment Requested
P Ex 1034

TMUS-DOJ-11755026
Page 30

*Preliminary Draft*

Project Greenland

COPPER PERSPECTIVES

# Copper, Seltzer & Tonic Tri-Party Term Sheet

- At the end of December, Copper submitted a multi-party term sheet between Copper, Seltzer, Tin and Mercury Group

- Term sheet contemplates a transaction resulting in Silver and Tin having equal ownership and governance in Copper, with Mercury Group retaining an ownership interest and governance

  – Tin to tender for outstanding Copper shares in a take-private transaction

  – Tin to provide 75% of future Copper funding requirements

  – Copper board to consist of 7 directors: 3 from both Silver and Tin and 1 from Mercury Group

- Morgan Stanley continues to believe that the contemplated transaction violates DT's inviolable rules and should not be pursued

- Further, the take-private price for Copper is likely to exceed Copper's intrinsic value for Tin



31

Confidential Treatment Requested
P Ex 1034

TMUS-DOJ-11755027
Page 31

*Preliminary Draft*

Project Greenland

Appendix A

# Superbowl Structure Supplemental Materials



TMUS-DOJ-11755028
Page 32

Confidential Treatment Requested
P Ex 1034

Case 1:19-cv-05435-VM

*Preliminary Draft*

Project Greenland

SUPERBOWL STRUCTURE SUPPLEMENTAL MATERIALS

# Summary of Potential Superbowl Scenarios

TMUS / Sprint Merger

| Consolidation | Deconsolidation | Spin-Merge of TMUS and Sprint | Acquisition of Sprint by DT |
|---|---|---|---|
| **Mechanics**<br>• Sprint and TMUS merge and DT receives Sprint stock as consideration<br>• NewCo (TMUS + Sprint) is a publicly traded company with DT owning majority<br><br>**Capital Structure**<br>• Amount of TMUS contributed debt is irrelevant for DT balance sheet<br>• To determine relative ownership, TMUS is contributed to NewCo with $8.0Bn of funded debt<br><br>**Valuation**<br>• Sprint is valued with a 20% premium<br>• TMUS is valued at Sprint's current multiple (ascribing no value to CLWR)<br><br>**Ownership**<br>• Illustrative scenario assume DT owns 58% of NewCo | **Mechanics**<br>• Sprint and TMUS merger and DT receives Sprint stock as consideration<br>• DT reduces its ownership below 50% in order to deconsolidate NewCo<br>• Deconsolidation can be achieved via:<br>  – Monetization of stake and proceeds can be used to retire debt; repurchase stock; or fund dividend<br>  – Split off<br>  – Recapitalization of a portion of stake into preferred debt (dividend note)<br><br>**Capital Structure**<br>• TMUS contributed with $8.0Bn of funded debt<br><br>**Valuation**<br>• Sprint is valued with no premium<br>• TMUS valued at Sprint's current multiple<br><br>**Ownership**<br>• Illustrative scenario assumes DT owns 49% of NewCo<br>• DT has the opportunity to sell more of its stake and take less ownership | **Mechanics**<br>• TMUS is spun to DT shareholders and immediately merges with Sprint<br>• TMUS shareholders (legacy DT owners) own majority of NewCo<br><br>**Capital Structure**<br>• TMUS contributed with $8.0Bn (or more) of funded debt<br><br>**Valuation**<br>• Sprint is valued with no premium<br>• TMUS valued at Sprint's current multiple<br><br>**Ownership**<br>• DT owns none of NewCo<br>• Legacy DT shareholders own 63% of NewCo | **Mechanics**<br>• DT acquisition of Sprint with consideration consisting of<br>  – Cash<br>  – DT stock<br><br>**Capital Structure**<br>• TMUS funded debt is irrelevant<br>• DT takes on all of Sprint's debt<br><br>**Valuation**<br>• Sprint is valued with a 40% control premium<br><br>**Ownership**<br>• DT owns 100% of NewCo<br>• Sprint shareholders own 22% of DT |

Confidential Treatment Requested
P Ex 1034

TMUS-DOJ-11755029
Page 33

*Preliminary Draft*

Project Greenland

SUPERBOWL STRUCTURE SUPPLEMENTAL MATERIALS

# Impact of Consolidation to DT's Ownership of NewCo

## "Merger Consolidation" Case
(SMM, Except per Share Amounts)

| Sprint | |
|---|---|
| Acquisition Price (20% Premium) | $5.62 |
| FDSO (MM) | 2,994 |
| Sprint Acquisition Equity Value | $16,812 |
| 3Q 2010 Net Debt | 15,632 |
| Value of Clearwire | — |
| Sprint Acquisition Aggregate Value | $32,444 |
| 2011E EBITDA | $5,468 |
| **AV / '11E EBITDA** | **5.9x** |
| **TMUS** | |
| 2011E EBITDA | $5,563 |
| TMUS '11E EBITDA Multiple | 5.4x |
| TMUS Implied Aggregate Value | $30,160 |
| Assumed Net Debt | $8,000 |
| TMUS Equity Value (S Mut. Parity) | $22,160 |
| **NewCo Equity Value** | **$38,973** |
| **DT Share of NewCo** | **57%** |

## "Merger Deconsolidation" Case
(SMM, Except per Share Amounts)

| Sprint | |
|---|---|
| Acquisition Price (0% Premium) | $4.68 |
| FDSO (MM) | 2,994 |
| Sprint Acquisition Equity Value | $14,010 |
| 3Q 2010 Net Debt | 15,632 |
| Value of Clearwire | — |
| Sprint Acquisition Aggregate Value | $29,642 |
| 2011E EBITDA | $5,468 |
| **AV / '11E EBITDA** | **5.4x** |
| **TMUS** | |
| 2011E EBITDA | $5,563 |
| TMUS '11E EBITDA Multiple | 5.4x |
| TMUS Implied Aggregate Value | $30,160 |
| Assumed Net Debt | $8,000 |
| TMUS Equity Value (S Mut. Parity) | $22,160 |
| **NewCo Equity Value** | **$36,171** |
| **DT Share of NewCo** | **61%** |
| **Target NewCo Ownership** | **49%** |
| **Proceeds from Deconsolidation Sell-Down** | **$4,437** |

### DT Ownership Sensitivity
Varying 2011E EBITDA Multiple Scenarios

| TMUS '11E EBITDA Multiple | Sprint '11E EBITDA Multiple | | |
|---|---|---|---|
| | 5.0x | 5.5x | 6.0x |
| 5.0x | 63% | 58% | 54% |
| 5.5x | 66% | 61% | 57% |

### DT Ownership Sensitivity (Deconsolidation)
Multiple Parity, Varying YE 2010 Leverage Scenarios ($Bn)

| 2011E EBITDA Multiple | TMUS YE 2010 Net Debt | | |
|---|---|---|---|
| | $8.0 | $10.0 | $12.0 |
| 5.0x | 63% | 60% | 57% |
| 5.5x | 61% | 59% | 56% |

(1) "Merger Consolidation" case assumes DT pays Sprint a 20% acquisition premium, and TMUS is valued at multiple parity to Sprint's unaffected share price

(2) "Merger Deconsolidation" case assumes Sprint and TMUS valued at multiple parity

(3) No value ascribed to Clearwire in either case

34

*Preliminary Draft*

Project Greenland

SUPERBOWL STRUCTURE SUPPLEMENTAL MATERIALS

# Key Constraint – Maintain Credit Rating

- All scenarios benefit from perception of "fixing the U.S. problem"
  - Structural solution to current #4 position in the market and significant potential synergies
  - Merger Deconsolidate case represents the structure most likely to hold DT's current Baa1 credit rating
  - Assuming the agencies will not ascribe proportional ownership of NewCo's debt to DT
  - The key will be in messaging the story to the agencies that by selling down DT's stake below 50%, DT is committed to letting NewCo stand on its own

**DT Ratings Constraints**
(Moody's)

| | Total Adj. Leverage | RCF / Total Adj. Debt |
|---|---|---|
| Baa1 | 3.25x | 17.5% |

## DT Balance Sheet Impact

| | Status Quo | Merger Consolidation | Decons. NewCo [3] w/ TMUS Debt of: | | Spin-Merge | DT Acquisition of Sprint |
|---|---|---|---|---|---|---|
| | | | $8 Bn | $12 Bn | | |
| **Total Adjusted Leverage [1]** | | | | | | |
| 2011 | 3.0x | 3.1x | 3.2x | 3.0x | 3.2x | 3.1x |
| 2012 | 2.9x | 3.3x | 3.1x | 2.9x | 3.1x | 3.3x |
| 2013 | 2.8x | 3.2x | 3.1x | 2.9x | 3.1x | 3.2x |
| **RCF / Total Adjusted Debt [2]** | | | | | | |
| 2011 | 19% | 20% | 15% | 17% | 15% | 20% |
| 2012 | 20% | 18% | 17% | 18% | 16% | 17% |
| 2013 | 20% | 19% | 16% | 17% | 16% | 17% |
| **Indicative Rating** | Baa1 | Baa2 | Baa1 / Baa2 | Baa1 | Baa2 | Baa2 |

Baa1 Ratings Boundary

Notes:
1 Based on Moody's methodology of total adjusted debt to EBITDAR
2 Retained cash flow defined as funds from operation less common dividends; based on Moody's methodology adjusted for operating leases, assumes no dividend from NewCo in merger consolidation and deconsolidation cases
3 Assumes proceeds of deconsolidation used to repurchase DT shares

Confidential Treatment Requested

TMUS-DOJ-11755031
Page 35

*Preliminary Draft*

Project Greenland

SUPERBOWL STRUCTURE SUPPLEMENTAL MATERIALS

# Key Constraint – Maintain a €0.70-0.78 Dividend

(1) Given DT's relatively strong FCF profile, DT can afford to pay its dividend without access to NewCo FCF
  – However, payout ratios will be elevated

(2) Despite having to issue shares in a DT Acquisition of Sprint case, DT is able to maintain its dividend through its access to Sprint's FCF and likely synergies

**Summary Dividend Payout Scenarios**
(€MM) [1]

| | | 2012E | 2013E | 2014E |
|---|---|---|---|---|
| **Status Quo** | Dividend per Share | €0.78 | €0.78 | €0.78 |
| | Dividends Paid to Common | €3,396 | €3,396 | €3,396 |
| | Free Cash Flow [2] | 5,283 | 5,242 | 5,404 |
| | Dividend Payout % (MS Method) [2] | 64% | 65% | 63% |
| **Merger Consolidation** | FCF Post Non-US Minority Share | €6,916 | €7,069 | €9,231 |
| | (–) DT Share of NewCo FCF [3] | (1,581) | (1,735) | (2,942) |
| | (–) Minority Share of NewCo FCF | (1,134) | (1,245) | (2,110) |
| | (+) Dividend Received from NewCo | – | – | – |
| | FCF Avail. for Common Dividend | 4,201 | 4,089 | 4,179 |
| | Dividend Payout % (MS Method) [2] | 81% | 83% | 81% |
| | FCF Surplus | (1) 805 | 693 | 783 |
| **DT Acquisition of Sprint** | FCF Post Non-US Minority Share | €6,961 | €6,968 | €9,044 |
| | Dividend for Incremental Shares | 982 | 982 | 982 |
| | Total Dividends Paid to Common | 4,379 | 4,379 | 4,379 |
| | Dividend Payout % (MS Method) [2] | (2) 63% | 63% | 48% |

Notes
1  USD / EUR FX rate of 1.31
2  FCF post minorities
3  Based on 58.2% ownership of NewCo, assuming TMUS 2011E EBITDA multiple of 5.1x, funded debt of $8.0Bn and 20% Sprint acquisition premium

36

*Preliminary Draft*

Project Greenland

**SUPERBOWL STRUCTURE SUPPLEMENTAL MATERIALS**

# Summary of Key Metrics

### DT Summary Impact

| | Merger Consolidation | Merger Decons (Recap) [4] | Merger Decons. (Split-Off) [5] | Spin-Merge [5] | DT Acq. of Sprint |
|---|---|---|---|---|---|
| **Total Adj. Leverage [1]** | | | | | |
| 2011PF | 3.1x | 3.0x | 3.2x | 3.2x | 3.1x |
| 2012E | (1) 3.3x | 3.0x | 3.1x | 3.1x | (4) 3.3x |
| **Dividend Payout % (MS Method, €0.78 / Share) [2]** | | | | | |
| 2012E | (1) 81% | (2) 76% | (2) 75% | (3) 53% | 63% |
| 2013E | 83% | 77% | 77% | 54% | 63% |
| **FCF Acc/Dil – Inc. Integration Costs [3]** | | | | | |
| 2011PF | (1%) | (2%) | (5%) | 16% | 19% |
| 2012E | 9% | 4% | 5% | 22% | (4) 32% |
| 2013E | 11% | 7% | 6% | 19% | 33% |
| **FCF Acc/Dil – Ex. Integration Costs [3]** | | | | | |
| 2011PF | (1%) | (2%) | (5%) | 16% | 19% |
| 2012E | 48% | 37% | 37% | 22% | 97% |
| 2013E | 62% | 50% | 49% | 19% | 119% |

(1) Merger Consolidation case compromises DT's leverage and elevates its dividend payout ratio

(2) Given DT's relatively strong FCF profile, DT can afford to pay its dividend without access to NewCo FCF

(3) Spin-Merge case leads to a significant drop in FCF, but assumes DT shareholders view payout and FCF as "package value" of existing DT shares and NewCo shares

(4) DT Acquisition of Sprint case adds significant leverage but gives DT access to 100% of NewCo's FCF

### DT Status Quo Summary
**(€MM)**

| | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|
| Total Adj. Leverage | 3.0x | 3.0x | 2.9x | 2.8x |
| Payout | 65% | 66% | 64% | 65% |
| FCF – MS Method | €5,243 | €4,998 | €5,283 | €5,242 |

**Notes**
1 Based on Moody's methodology of total adjusted debt to EBITDAR
2 Post minorities; assumes no NewCo dividend
3 Assumes 100% NewCo dividend payout rate
4 Assumes $7.9Bn conversion of DT stake in NewCo to 8.5% preferred shares
5 Assumes $8.0Bn of funded debt

Confidential Treatment Requested

*Preliminary Draft*

Project Greenland

SUPERBOWL STRUCTURE SUPPLEMENTAL MATERIALS

# Illustrative "Maximum Protection" Case

- Illustrative "Maximum Protection" case generates proceeds from deconsolidation to help fund dividend and pay down debt
  - Should allow DT to maintain its current credit rating and keep its payout ratio at ~70%
- This scenario should allow DT to maintain its Baa1 credit rating

- Illustrative "Maximum Protection" Case is a structure whereby DT can protect its credit rating and its ability to pays its dividend
  - Deconsolidate ownership in NewCo to 40% (flexibility to sell more or less) by selling ~€5.6Bn of NewCo shares
  - Portion of proceeds (€1.0Bn) to be used to maintain dividend payout ratio
  - Remainder of proceeds (€4.6Bn) used to pay down debt
  - Assumes NewCo starts paying a dividend (30% of FCF) to DT in 2014

**DT Ownership in NewCo**
(€MM, Except per Share Amounts)

| | |
|---|---|
| DT Stake in NewCo ($ Mult. Parity) [1] | €15,405 |
| NewCo Equity Value | €24,614 |
| DT Share of NewCo | 63% |
| Targeted Ownership | 40% |
| Sell Down of NewCo | €5,569 |

**Maximum Protection Case (€MM)**

| | | 2011PF | 2012E | 2013E | 2014E |
|---|---|---|---|---|---|
| **Credit Metrics** | DT Financial Debt | €44,200 | | | |
| | Less: Paydown from Decons. | (4,559) | | | |
| | PF Financial Debt | 39,641 | 38,493 | 38,129 | 37,181 |
| | Adj. Leverage | 2.8x | 2.8x | 2.8x | 2.7x |
| | RCF / Debt | 17% | 18% | 18% | 18% |
| **Dividend** | Dividend | | €3,396 | €3,396 | €3,396 |
| | FCF (0% NewCo Dividend) | | 4,367 | 4,249 | 4,337 |
| | Cash to Fund Div. Shortfall | | 500 | 500 | — |
| | NewCo Div (30% Starting 2014) | | — | — | 606 |
| | FCF Available for Dividend | | 4,867 | 4,749 | 4,943 |
| | Payout | | 70% | 72% | 69% |
| **FCF [2]** | Acc / Dil | | 3% | 4% | 18% |

Notes
1 Based on $8.0Bn of funded debt in YE 2010
2 Post minorities, assumes 100% NewCo payout rate

*Preliminary Draft*

Appendix B

# Superbowl Scenario Analysis

Project Greenland

TMUS-DOJ-11755035
Page 39

Confidential Treatment Requested
P Ex 1034

39

*Preliminary Draft*

Project Greenland

① A Sprint transaction would not meaningfully impact EBITDA growth accounting for assumed cost reductions

② NewCo cash flow would be constrained in 2011-2013 driven by merger integration costs and Cleanwire restructuring costs

③ NewCo would be levered at 3.5x adjusted debt / EBITDAR at YE 2010

– Leverage would spike in '12E / '13E due to significant one-time integration costs and Cleanwire restructuring liability

– Sprint is currently levered at ~4.0x adjusted debt / EBITDAR

**Assumptions:**

• Based on consensus equity research projections for TMUS and Sprint

• TMUS funded debt of $8.0Bn

– $2.0Bn of bank debt (excess cash used to delever)

– $6.0Bn of senior notes

• Minimum cash balance of $500MM

---

## SUPERBOWL SCENARIO ANALYSIS

# Pro Forma TMUS + Sprint

Assuming a 100% Stock Transaction; Based on Wall Street Consensus Case

**Pro Forma TMUS + Sprint**
($Bn)

| | 2010PF | 2011E | 2012E | 2013E | 2014E | 2015E | 2016E | '10-'14 CAGR |
|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | |
| TMUS | $21.1 | $21.3 | $21.4 | $21.8 | $22.1 | $22.4 | $22.7 | 1.2% |
| Sprint | 32.4 | 32.3 | 32.4 | 32.5 | 32.9 | 33.4 | 33.8 | 0.4% |
| **Total Revenue** | **$53.5** | **$53.6** | **$53.9** | **$54.4** | **$55.1** | **$55.8** | **$56.5** | **0.7%** |
| **EBITDA** | | | | | | | | |
| TMUS | $5.5 | $5.6 | $5.7 | $5.9 | $6.0 | $6.1 | $6.2 | 2.3% |
| % Margin | 26.1% | 26.1% | 26.5% | 26.8% | 27.2% | 27.2% | 27.2% | |
| Sprint | 5.6 | 5.5 | 6.1 | 6.5 | 6.7 | 6.8 | 6.8 | 4.5% |
| % Margin | 17.3% | 16.9% | ① 18.9% | 20.1% | 20.3% | 20.3% | 20.3% | |
| Opex Synergies | 0.0 | 0.0 | ① (0.2) | 0.1 | 1.6 | 2.7 | 2.8 | |
| One-Time Costs | 0.0 | 0.0 | (4.1) | (5.4) | (2.9) | (1.5) | (0.0) | ① |
| **Total EBITDA** | **$11.1** | **$11.0** | **$7.6** | **$7.1** | **$11.3** | **$14.1** | **$15.8** | |
| % Margin | 20.8% | 20.6% | 14.1% | 13.1% | 20.6% | 25.3% | 28.0% | |
| **Capital Expenditures** | | | | | | | | |
| TMUS | $3.0 | $3.4 | $3.2 | $3.1 | $3.2 | $3.3 | $3.3 | |
| Sprint | 1.9 | ② 2.3 | 2.7 | 2.6 | 2.6 | 2.6 | 2.6 | |
| Cleanwire Restructuring Liability [1] | | ② 0.9 | 0.9 | | | | | |
| Capex Synergies | | 0.0 | (4.0) | (3.6) | (1.8) | (2.6) | (1.4) | |
| **Total Capex** | **$4.9** | **$6.7** | **$2.8** | **$2.2** | **$4.0** | **$3.3** | **$4.5** | |
| LFCF | $3.8 | $2.6 | $3.6 | $3.9 | $6.6 | $9.1 | $8.4 | |
| **Credit Metrics** | | | | | | | | |
| Sprint Adjusted Debt | $30.4 | $24.8 | $21.2 | $17.3 | $10.7 | $10.1 | $10.1 | |
| Funded Debt | 20.3 | 14.7 | 11.1 | 7.2 | 0.6 | 0.0 | 0.0 | |
| Debt Adjustments [2] | 10.1 | 10.1 | 10.1 | 10.1 | 10.1 | 10.1 | 10.1 | |
| **TMUS Adjusted Debt** | **$21.4** | **$19.4** | **$19.4** | **$19.4** | **$19.4** | **$19.4** | **$19.4** | |
| Funded Debt [3] | 8.0 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | |
| Capitalized Operating Lease Adjustments [4] | 13.4 | 13.4 | 13.4 | 13.4 | 13.4 | 13.4 | 13.4 | |
| **Total Adjusted Debt** | **$51.8** | **$44.2** | **$40.7** | **$36.7** | **$30.1** | **$29.5** | **$29.5** | |
| Cash | 5.5 | 0.5 | 0.5 | 0.5 | 0.5 | 9.0 | 17.4 | |
| **Net Adjusted Debt** | ③ **$46.3** | **$43.7** | **$40.2** | **$36.2** | **$29.6** | **$20.5** | **$12.1** | |
| Adjusted Debt / EBITDAR [5] | 3.5x | 3.0x | 3.5x | 3.3x | 2.0x | 1.6x | 1.5x | |
| Adjusted Net Debt / EBITDAR [5] | 3.1x | 2.9x | 3.5x | 3.3x | 1.9x | 1.1x | 0.6x | |
| FFO / Total Adj. Debt | 22% | 27% | 22% | 24% | 44% | 48% | 53% | |
| FCF / Total Adj. Debt | 7% | 6% | 9% | 11% | 22% | 31% | 29% | |

**Notes**
1 Assumes NewCo would fund Clearwire integration cost of $689MM in 2011 and 2012; includes network decommissioning, retail store decommissioning and integration costs
2 Sprint debt adjustments include $9.7Bn of capitalized operating leases and $403MM of pension obligations per Moody's as of 2009 YE
3 TMUS funded debt of $8.0Bn includes $2.0Bn of bank debt and $6.0Bn of senior notes, assumes proceeds from debt issuance and TMUS excess cash are to pay down intercompany
4 TMUS capitalized operating lease adjustments based on guidance from DT
5 EBITDAR based on operating lease expenses of $2.15bn for TMUS and $1.8bn for Sprint

Confidential Treatment Requested
P Ex 1034

Case: 1:19-cv-05435-VM

*Preliminary Draft*

Project Greenland

### SUPERBOWL SCENARIO ANALYSIS

## Potential Synergy Analysis

- Synergy estimates provided by TMUS

- Based on illustrative Superbowl synergies, run-rate opex savings of ($2.8Bn in 2016) represent ~10% of Sprint's opex [1]

- Annualized capex savings of ~$2.5Bn represents ~80% of TMUS' annual capex spend of $3.0Bn

- Present value of synergies before integration costs are $22Bn [2]

**Illustrative Superbowl Synergy Summary (Provided by TMUS)**

| ($MM) Statistic | 2012E | 2013E | 2014E | 2015E | 2016E | 5 Year Cumulative |
|---|---|---|---|---|---|---|
| Network Opex | ($168) | ($155) | $998 | $1,923 | $1,783 | $4,382 |
| Acquision Opex | (59) | 181 | 350 | 423 | 497 | 1,392 |
| Support Opex | (70) | (7) | 89 | 136 | 179 | 327 |
| Retention Opex | 144 | 65 | 42 | 24 | 6 | 281 |
| Backoffice Opex | (17) | 13 | 98 | 190 | 303 | 587 |
| **Total Opex Synergies** | **($170)** | **$98** | **$1,577** | **$2,695** | **$2,768** | **$6,969** |
| Clearwire Restructuring Liability | ($869) | $– | $– | $– | $– | ($869) |
| Capital Expenditures Savings | 4,010 | 3,552 | 1,819 | 2,561 | 1,409 | 13,352 |
| **Total Wireless Synergies** | **$2,971** | **$3,651** | **$3,397** | **$5,257** | **$4,178** | **$19,452** |
| Less: One-Time Costs | | | | | | |
| Integration & Decommissioning | ($1,525) | ($2,303) | ($1,203) | ($1,162) | $– | ($6,192) |
| Migration | (1,037) | (1,686) | (1,051) | (297) | (0) | (4,070) |
| One-time CDMA Capex | (1,500) | (1,375) | (688) | – | – | (3,563) |
| **Total of One-Time Costs** | **($4,062)** | **($5,363)** | **($2,941)** | **($1,458)** | **($0)** | **($13,825)** |
| **Total Syn. less Integration Costs** | **($1,091)** | **($1,713)** | **$456** | **$3,798** | **$4,178** | **$5,628** |
| **Tax-Effected Syn. less Integration Costs** | **($709)** | **($1,113)** | **$296** | **$2,469** | **$2,715** | **$3,658** |

Notes
1  Sprint estimated opex in 2016 of $26.9Bn
2  Based on a discount rate of 8.5% and a 35% tax rate applied to synergies and integration costs

41

Confidential Treatment Requested
P Ex 1034

TMUS-DOJ-11755037
Page 41

*Preliminary Draft*

Project Greenland

SUPERBOWL SCENARIO ANALYSIS

# TMUS / Sprint Merger & DT Consolidation

**Summary of Key Metrics**
(€MM, Except per Share Amounts)

| | 2011PF | 2012E | 2013E | 2014E | 2015E |
|---|---|---|---|---|---|
| Total Adj. Leverage [1] | 3.1x | (1) 3.3x | 3.2x | 2.6x | 2.4x |
| **Dividend Payout** | | | | | |
| MS Method [2] | (2) 89% | 81% | 83% | 81% | 81% |
| DT Method [3] | 52% | 44% | 43% | 34% | 28% |
| **FCF (Economic) [4]** | | | | | |
| Incl. Integration Costs | €4,948 | €5,782 (3) | €5,824 | €7,121 | €8,235 |
| % Acc / Dil | (1%) | 9% | 11% | 32% | 50% |
| Excl. Integration Costs | €4,948 | €7,799 | €8,479 | €8,560 | €8,869 |
| % Acc / Dil | (1%) | 48% | 62% | 58% | 62% |
| **FCF (Accounting) [3]** | | | | | |
| Incl. Integration Costs | €6,585 | €7,749 | €7,913 | €10,083 | €11,987 |
| % Acc / Dil | 13% | 27% | 30% | 61% | 90% |
| Excl. Integration Costs | €6,585 | €11,214 | €12,472 | €12,555 | €13,075 |
| % Acc / Dil | 13% | 83% | 105% | 101% | 107% |
| **EPS** | | | | | |
| Incl. Integration Costs | €0.44 | €0.19 (4) | €0.40 | €0.83 | €0.87 |
| % Acc / Dil | (38%) | (70%) | (54%) | (1%) | 8% |
| Excl. Integration Costs | €0.44 | €0.56 | €0.85 | €0.93 | €0.99 |
| % Acc / Dil | (38%) | (14%) | (2%) | 12% | 22% |

Notes
1  Based on Moody's methodology of total adjusted debt to EBITDAR
2  FCF post minorities, assumes no NewCo dividend
3  FCF pre minorities
4  Post minorities  assumes 100% NewCo payout rate

(1) Leverage constrained in 2012 and 2013 driven by consolidating Sprint's debt and by high integration costs

(2) DT can afford to pay its dividend without access to NewCo FCF, but its dividend payout ratio will be elevated

(3) FCF accretive driven by majority share of NewCo FCF

(4) EPS dilutive due to Sprint's high D&A and merger integration costs

Confidential Treatment Requested
P Ex 1034

Case: 1:19-cv-05435-VM

*Preliminary Draft*

Project Greenland

① DT can afford to pay its dividend without access to NewCo FCF, but its dividend payout ratio will be elevated

② FCF accretive driven by minority share of NewCo FCF

③ EPS dilutive due to Sprint's high D&A and merger integration costs

**SUPERBOWL SCENARIO ANALYSIS**

# Merger Deconsolidation & Preferred Stock Recap

**Summary of Key Metrics**
(€MM, Except per Share Amounts)

| | 2011PF | 2012E | 2013E | 2014E | 2015E |
|---|---|---|---|---|---|
| Total Adj. Leverage [1] | 3.0x | 3.0x | 2.9x | 2.9x | 2.8x |
| **Dividend Payout** | | | | | |
| MS Method [2] | 82% | 76% | 77% | 75% | 74% |
| DT Method [3] | 69% | 64% | 64% | 63% | 63% |
| **FCF (Economic)** [4] | | | | | |
| Incl. Integration Costs | €4,898 | €5,513 | €5,609 | €6,710 | €7,566 |
| % Acc / Dil | (2%) | 4% | 7% | 24% | 38% |
| Excl. Integration Costs | €4,898 | €7,211 | €7,864 | €7,934 | €8,046 |
| % Acc / Dil | (2%) | 37% | 50% | 47% | 47% |
| **FCF (Accounting)** [3] | | | | | |
| Incl. Integration Costs | €4,932 | €5,278 | €5,273 | €5,390 | €5,419 |
| % Acc / Dil | (15%) | (14%) | (13%) | (14%) | (14%) |
| Excl. Integration Costs | €4,932 | €5,278 | €5,273 | €5,390 | €5,419 |
| % Acc / Dil | (15%) | (14%) | (13%) | (14%) | (14%) |
| **EPS** | | | | | |
| Incl. Integration Costs | €0.44 | €0.24 | €0.44 | €0.75 | €0.88 |
| % Acc / Dil | (38%) | (62%) | (49%) | (11%) | 8% |
| Excl. Integration Costs | €0.44 | €0.59 | €0.87 | €0.92 | €0.96 |
| % Acc / Dil | (38%) | (9%) | 0% | 10% | 19% |

Notes:
1  Based on Moody's methodology of total adjusted debt to EBITDAR
2  FCF post minorities, assumes no NewCo dividend
3  FCF pre minorities
4  Post minorities, assumes 100% NewCo payout rate

Confidential Treatment Requested
D.Ex.1034

*Preliminary Draft*

Project Greenland

| SUPERBOWL SCENARIO ANALYSIS |
| --- |

# Merger Deconsolidation with Split – Off

**Summary of Key Metrics**
(€MM, Except per Share Amounts)

① DT can afford to pay its dividend without access to NewCo FCF, but its dividend payout ratio will be elevated

② FCF accretive driven by minority share of NewCo FCF

③ EPS dilutive due to Sprint's high D&A and merger integration costs

|  | 2011PF | 2012E | 2013E | 2014E | 2015E |
|---|---|---|---|---|---|
| **Total Adj. Leverage** [1] | 3.2x | 3.1x | 3.1x | 3.0x | 3.0x |
| **Dividend Payout** |  |  |  |  |  |
| MS Method [2] | ① 83% | 75% | 77% | 75% | 74% |
| DT Method [3] | 68% | 62% | 64% | 62% | 62% |
| **FCF (Economic)** [4] |  |  |  |  |  |
| Incl. Integration Costs | €4,765 | €5,535 | €5,562 | €6,675 | €7,467 |
| % Acc / Dil | (5%) | ② 5% | 6% | 24% | 36% |
| Excl. Integration Costs | €4,765 | €7,233 | €7,795 | €7,886 | €7,949 |
| % Acc / Dil | (5%) | 37% | 49% | 46% | 45% |
| **FCF (Accounting)** [3] |  |  |  |  |  |
| Incl. Integration Costs | €4,606 | €5,038 | €4,945 | €5,051 | €5,073 |
| % Acc / Dil | (21%) | (18%) | (19%) | (19%) | (20%) |
| Excl. Integration Costs | €4,606 | €5,038 | €4,945 | €5,051 | €5,073 |
| % Acc / Dil | (21%) | (18%) | (19%) | (19%) | (20%) |
| **EPS** |  |  |  |  |  |
| Incl. Integration Costs | €0.44 | €0.24 | €0.47 | €0.78 | €0.92 |
| % Acc / Dil | (38%) | ③ (62%) | (46%) | (7%) | 13% |
| Excl. Integration Costs | €0.44 | €0.57 | €0.88 | €0.95 | €1.00 |
| % Acc / Dil | (38%) | (11%) | 1% | 13% | 23% |

Notes
1  Based on Moody's methodology of total adjusted debt to EBITDAR
2  FCF post minorities, assumes no NewCo dividend
3  FCF pre minorities
4  Post minorities, assumes 100% NewCo payout rate

Confidential Treatment Requested
P Ex 1034

TMUS-DOJ-11755040
Page 44

Case: 1:19-cv-05435-VM

*Preliminary Draft*

Project Greenland

① Sale of NewCo stake allows for flexibility to support deleveraging and maintain dividend payout ratio

② FCF accretive driven by minority share of NewCo FCF

③ EPS dilutive due to Sprint's high D&A and merger integration costs

SUPERBOWL SCENARIO ANALYSIS

## "Maximum Protection" Case

**Summary of Key Metrics**
(€MM, Except per Share Amounts)

| | 2011PF | 2012E | 2013E | 2014E | 2015E |
|---|---|---|---|---|---|
| **Total Adj. Leverage** [1] | 2.8x | ① 2.8x | 2.8x | 2.7x | 2.7x |
| **Dividend Payout** | | | | | |
| MS Method [2] | 88% | ① 70% | 72% | 69% | 66% |
| DT Method [3] | 72% | 65% | 67% | 65% | 65% |
| **FCF (Economic)** [4] | | | | | |
| Incl. Integration Costs | €4,670 | €5,453 | €5,441 | €6,358 | €7,006 |
| % Acc / Dil | (7%) | ② 3% | 4% | 18% | 28% |
| Excl. Integration Costs | €4,670 | €6,839 | €7,265 | €7,346 | €7,400 |
| % Acc / Dil | (7%) | 29% | 39% | 36% | 35% |
| **FCF (Accounting)** [3] | | | | | |
| Incl. Integration Costs | €4,689 | €5,200 | €5,093 | €5,189 | €5,208 |
| % Acc / Dil | (19%) | (15%) | (16%) | (17%) | (18%) |
| Excl. Integration Costs | €4,689 | €5,200 | €5,093 | €5,189 | €5,208 |
| % Acc / Dil | (19%) | (15%) | (16%) | (17%) | (18%) |
| **EPS** | | | | | |
| Incl. Integration Costs | €0.43 | €0.29 | €0.50 | €0.72 | €0.82 |
| % Acc / Dil | (39%) | ③ (54%) | (43%) | (14%) | 1% |
| Excl. Integration Costs | €0.43 | €0.54 | €0.81 | €0.85 | €0.88 |
| % Acc / Dil | (39%) | (16%) | (7%) | 1% | 8% |

Notes
1 Based on Moody's methodology of total adjusted debt to EBITDAR
2 FCF post minorities, assumes no NewCo dividend
3 FCF pre minorities
4 Post minorities, assumes 100% NewCo payout rate



45

Confidential Treatment Requested

*Preliminary Draft*

Project Greenland

**SUPERBOWL SCENARIO ANALYSIS**

## Spin – Merge

**Summary of Key Metrics**
(€MM, Except per Share Amounts)

| | 2011PF | 2012E | 2013E | 2014E | 2015E |
|---|---|---|---|---|---|
| Total Adj. Leverage [1] | 3.2x | ① 3.1x | 3.1x | 3.1x | 3.0x |
| **Dividend Payout** | | | | | |
| MS Method [2] | 59% | ② 53% | 54% | 53% | 53% |
| DT Method [3] | 48% | 44% | 45% | 44% | 44% |
| FCF (Economic) [4] | €3,795 | €4,201 | €4,089 | €4,179 | €4,192 |
| % Acc / Dil | 16% | ② 22% | 19% | 18% | 17% |
| FCF (Accounting) [3] | €4,606 | €5,034 | €4,933 | €5,031 | €5,044 |
| % Acc / Dil | 21% | 26% | 24% | 23% | 22% |
| EPS | €0.35 | €0.39 | €0.59 | €0.54 | €0.50 |
| % Acc / Dil | (25%) | (7%) | 5% | (1%) | (5%) |

① Leverage modestly increased driven by loss of TMUS EBITDA

 – Partially mitigated by €6.4Bn of DT debt spun off with TMUS

② Spin off of TMUS lowers dividend payout and FCF proportionally assuming DT shareholders view payout and FCF as "package value" of existing DT shares and NewCo shares

**Notes**
1. Based on Moody's methodology of total adjusted debt to EBITDAR
2. FCF post minorities, assumes no NewCo dividend
3. FCF pre minorities
4. Post minorities, assumes 100% NewCo payout rate

Confidential Treatment Requested

*Preliminary Draft*

Project Greenland

## SUPERBOWL SCENARIO ANALYSIS

# DT Acquisition of Sprint

**Summary of Key Metrics**
(€MM, Except per Share Amounts)

| | 2011PF | 2012E | 2013E | 2014E | 2015E |
|---|---|---|---|---|---|
| **Total Adj. Leverage** [1] | 3.1x | ① 3.3x | 3.2x | 2.7x | 2.3x |
| **Dividend Payout** | | | | | |
| MS Method [2] | 74% | ② 63% | 63% | 48% | 40% |
| DT Method [3] | 65% | 56% | 56% | 44% | 37% |
| **FCF (Economic)** [4] | | | | | |
| Incl. Integration Costs | €5,928 | ③ €6,961 | €6,968 | €9,044 | €10,906 |
| % Acc / Dil | 19% | 32% | 33% | 67% | 99% |
| Excl. Integration Costs | €5,928 | €10,400 | €11,484 | €11,554 | €12,080 |
| % Acc / Dil | 19% | 97% | 119% | 114% | 121% |
| **FCF (Accounting)** [3] | | | | | |
| Incl. Integration Costs | €6,738 | €7,795 | €7,812 | €9,896 | €11,758 |
| % Acc / Dil | 16% | 27% | 28% | 58% | 86% |
| Excl. Integration Costs | €6,738 | €11,234 | €12,328 | €12,406 | €12,932 |
| % Acc / Dil | 16% | 84% | 103% | 98% | 104% |
| **EPS** | | | | | |
| Incl. Integration Costs | €0.45 | ④ €0.03 | €0.18 | €0.77 | €0.84 |
| % Acc / Dil | (37%) | (95%) | (79%) | (8%) | 4% |
| Excl. Integration Costs | €0.45 | €0.51 | €0.78 | €0.92 | €1.02 |
| % Acc / Dil | (37%) | (21%) | (10%) | 10% | 26% |

Notes
1  Based on Moody's methodology of total adjusted debt to EBITDAR
2  FCF post minorities, assumes no NewCo dividend
3  FCF pre minorities
4  Post minorities, assumes 100% NewCo payout rate

① Leverage constrained in 2012 and 2013 driven by consolidating Sprint's debt and by high integration costs

② Access to 100% of NewCo's FCF allows DT to support its dividend

③ FCF accretive as DT gains access to 100% of NewCo's FCF

④ EPS dilutive in near to mid term driven by:
– Sprint's high D&A and integration costs
– Issuance of DT shares in illustrative 40% premium, all-stock acquisition of Sprint

Confidential Treatment Requested
TMUS-DOJ-11755043
Page 47

*Preliminary Draft*

Project Greenland

Appendix C

# U.S. Wireless Bifurcation

Confidential Treatment Requested

*Preliminary Draft*

Project Greenland

**U.S. WIRELESS BIFURCATION**

# VZ & T Widening Gap vs. T-Mobile and Sprint

Scale Is Increasingly Important in U.S. Wireless



**VZ and T Have Significant Scale Advantage...**

Service Revenue
$Bn

**...Which Leads to Profitability Advantage**

EBITDA Margin
% of Service Revenue

**VZ and T Continue to Add More Subscribers...**

Postpaid Net Adds
000s

**...Partially Driven by VZ & T Lower Churn**

Based on Postpaid Subscribers
%

Source  Company filings and Wall Street research

Note
1  Sprint capex does not include Clearwire capex

**...and VZ and T Outspend on Capex**

% of Service Revenue

Source  Company Filings

Confidential Treatment Requested
P Ex 1034

TMUS-DOJ-11755045
Page 49

Case: 1:19-cv-05435-VM



*Preliminary Draft*

Project Greenland

U.S. WIRELESS BIFURCATION

# Continued "Bifurcation" of U.S. Market
Revenue and EBITDA Share Development

**Source** Company filings and Wall Street research

**Notes**
1 Defined as share of wireless service revenue among Verizon, AT&T, T-Mobile USA and Sprint
2 Defined as share of wireless EBITDA among Verizon, AT&T, T-Mobile USA and Sprint

TMUS-DOJ-11755046
Page 50

Confidential Treatment Requested

50

*Preliminary Draft*

Appendix D

# Antelope Contribution Analysis

Project Greenland

Confidential Treatment Requested

TMUS-DOJ-11755047
Page 51

*Preliminary Draft*

Project Greenland

## Contribution Analysis – Deer vs. Antelope

- Deer's implied ownership level based on equity value contribution of various financial metrics is between 23 – 33%

### Relative Contribution Analysis
(€ Bn [1])

| | Deer | Antelope | Aggregate Value Contribution Deer (%) | Aggregate Value Contribution Antelope (%) | Equity Value Contribution [2] Deer (%) | Equity Value Contribution [2] Antelope (%) |
|---|---|---|---|---|---|---|
| | €Bn | | | | | |
| **Market Cap.** | 43.6 | 127.9 | | | 30% | 70% |
| **Aggr. Value** | 101.6 | 166.7 | 25% | 75% | | |
| **Revenues** | | | | | | |
| 2010E | 62.2 | 93.5 | 40% | 60% | 33% | 67% |
| 2012E | 60.9 | 93.9 | 39% | 61% | 32% | 68% |
| *CAGR 10-12E* | *(1.1%)* | *0.2%* | | | | |
| **EBITDA** | | | | | | |
| 2010E | 19.8 | 32.2 | 38% | 62% | 30% | 70% |
| 2012E | 19.4 | 34.7 | 36% | 64% | 26% | 74% |
| *CAGR 10-12E* | *(1.2%)* | *3.9%* | | | | |
| **EBITDA - Capex** | | | | | | |
| 2010E | 11.0 | 17.9 | 38% | 62% | 30% | 70% |
| 2012E | 10.6 | 20.7 | 34% | 66% | 23% | 77% |
| *CAGR 10-12E* | *(1.5%)* | *7.6%* | | | | |

**Source** Company filings, Wall Street research, FactSet as of December 1, 2010

Notes
1 Based on USD / EUR FX rate of 1.31 as of December 1, 2010
2 Based on Deer and Antelope net debt of €52.6Bn and €50.3Bn, respectively

Confidential Treatment Requested

*Preliminary Draft*

Project Greenland

- Asset value contribution analysis implies Tiger ownership of 18 – 27%

**ANTELOPE CONTRIBUTION ANALYSIS**

# Contribution Analysis – Tiger vs. Antelope Mobility

## Relative Contribution Analysis
($ Bn[1])

| | Tiger | Antelope Mobility | Aggregate Value Contribution — Tiger (%) | Aggregate Value Contribution — Antelope Mobility (%) |
|---|---|---|---|---|
| | \$ Bn | | | |
| **Total Q3 2010 Subs. (000s)** | 33,757 | 92,761 | 27% | 73% |
| | | | | |
| **Revenues** | | | | |
| 2010E | 21.1 | 58.3 | 27% | 73% |
| 2012E | 21.4 | 62.7 | 25% | 75% |
| *CAGR 10-12E* | *0.9%* | *3.7%* | | |
| | | | | |
| **EBITDA** | | | | |
| 2010E | 5.5 | 19.8 | 22% | 78% |
| 2012E | 5.7 | 19.8 | 22% | 78% |
| *CAGR 10-12E* | *1.8%* | *(0.0%)* | | |
| | | | | |
| **EBITDA - Capex** | | | | |
| 2010E | 2.5 | 11.3 | 18% | 82% |
| 2012E | 2.5 | 11.0 | 18% | 82% |
| *CAGR 10-12E* | *0.3%* | *(1.6%)* | | |

Source   Company filings, Wall Street research, FactSet as of December 1, 2010.

Note
1   Based on 2010E and 2012E USD / EUR FX rates of 1.33 and 1.35, respectively

53

Confidential Treatment Requested
P Fx 1034

Case: 1:19-cv-05435-VM