# Exhibit B

Dep. Test. of P. Ewens

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF NEW YORK

 3    _____

      STATE OF NEW YORK, STATE OF         )
 4    CALIFORNIA, STATE OF COLORADO,      )
      STATE OF CONNECTICUT, DISTRICT      )
 5    OF COLUMBIA, STATE OF               )
      MARYLAND, STATE OF MICHIGAN,        )   1:19-cv-05434 (VM)
 6    STATE OF MISSISSIPPI,               )
      COMMONWEALTH OF VIRGINIA, and       )
 7    STATE OF WISCONSIN,                 )
                                          )
 8                   Plaintiffs,          )
                                          )
 9         -against-                      )
                                          )
10    DEUTSCH TELECOM AG, T-MOBILE        )
      US, INC., SPRINT CORPORATION        )
11    and SOFTBANK GROUP CORP.,           )
                                          )
12                   Defendants.          )
      _____

13

14    VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION OF

15                    PETER EWENS

16                 HIGHLY CONFIDENTIAL
      _____

17

18                   9:04 A.M.
19               SEPTEMBER 12, 2019
20         925 FOURTH AVENUE, SUITE 2900
21              SEATTLE, WASHINGTON

22

23

24

25    REPORTED BY: CARLA R. WALLAT, CRR, RPR, CCR 2578
```

1           (Deposition Exhibit 54 was marked for

2              identification.)

3       Q.   (BY MR. MACH)   Do you recognize this document,

4  sir?

5       A.   Can I take a minute to look at it?

6       Q.   Of course.

7       A.   (Witness reviewing document.)

8              (Ms. Blizzard entered the room.)

9       A.   Okay.

10       Q.   (BY MR. MACH)   Do you recognize this as

11  another document discussing Project Greenland within

12  T-Mobile?

13       A.   Yes, I do.

14       Q.   Okay.  And does this refresh your recollection

15  that there was a meeting regarding Project Greenland in

16  January 2011 at T-Mobile?

17       A.   No, it does not.  We had many meetings over

18  the course of Project Greenland.

19       Q.   And at that time you worked with DT and Morgan

20  Stanley to consider business options, including a

21  merger with Sprint, right?

22       A.   That's correct.

23       Q.   Do you recall whether you were involved in the

24  creation of the document which is Exhibit 54?

25       A.   Yeah, I don't recall.  The document appears to

Page 15

1   be a Deutsche Telekom document based on the -- you

2   know, based on the PowerPoint format.  But I don't

3   recall my specific involvement in this document.

4        Q.   Okay.  Could you please turn with me to page 3

5   of the document, the slide numbered 3 if that's

6   helpful, where it says "Summary of Strategic

7   Alternatives."

8             Are you with me, sir?

9        A.   Yes, I see that.

10             MS. LEVIN:   For the record, do you want

11   to just use the Bates Number?

12             MR. MACH:   That's fine.

13        Q.   (BY MR. MACH)   It's the page that ends in

14   11754999.

15             Do you see that, sir?

16        A.   Yes, I do.

17        Q.   And this slide discusses Project Superbowl,

18   correct?

19        A.   Yes.

20        Q.   And that's the T-Mobile/Sprint merger,

21   correct?

22        A.   That's correct.

23        Q.   And at the top of this slide, it says "The

24   only way to compete with Verizon and T longer term."

25             Do you see that, sir?

Page 17

1        A.  Yes.

2        Q.  And did you agree with that when you saw this

3   document in 2011?

4        A.  Yes.

5        Q.  Okay.  And then it says "Enhances spectrum

6   portfolio."

7            Do you see that, sir?

8        A.  Yes.

9        Q.  And that is to say that the merger of T-Mobile

10  and Sprint would enhance the company's spectrum

11  portfolio, right?

12                MS. LEVIN:  Objection.  You can answer.

13       A.  I'm sorry, could you repeat the question?

14       Q.  (BY MR. MACH)  Sure.  The phrase "enhances

15  spectrum portfolio" means that the merger between

16  T-Mobile and Sprint would enhance the company's

17  combined spectrum portfolio, correct?

18       A.  Yes, this is what it appears to say.

19       Q.  And did you agree with that in 2011?

20       A.  Yes, I did.

21       Q.  Okay.  Then on the next bullet it says

22  "Ability to launch LTE on the right spectrum."

23            See that, sir?

24       A.  Yes.

25       Q.  And did you agree with that in 2011?

1      A.   I don't know.   That's really DT -- that's

2   really DT's view.

3      Q.   (BY MR. MACH)   Well, has DT expressed to you

4   why they believe that the Rule of 3 is an important

5   market structure?

6      A.   No.

7      Q.   Well, you see the next phrase "potential to

8   reduce price competition"?

9      A.   Yes.

10     Q.   And you know what that means I assume, right?

11     A.   Yes, I do.

12     Q.   And what does that mean?

13     A.   It means that with three players, there -- the

14   potential would be there would be less price

15   competition.

16     Q.   And did DT express that to you in 2011?

17     A.   I don't recall specifically.

18     Q.   Well, DT did prepare this slide and send it to

19   you, right, sir?

20          MS. LEVIN:   Objection.

21     A.   I believe this is a DT document that was sent

22   to me.

23     Q.   (BY MR. MACH)   Okay.   And when you received

24   this document from DT, what did you understand the

25   phrase "Rule of 3 - potential to reduce price