# Exhibit C

Dep. Test. of T. Hottges

HIGHLY CONFIDENTIAL

Page 1

```
1
2    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
3
     Case No.: 1:19-cv-05434 (VM)
4
5    - - - - - - - - - - - - - - - - x
                                     )
6    STATE OF NEW YORK, STATE OF      )
     CALIFORNIA, STATE OF COLORADO,   )
7    STATE OF CONNECTICUT, STATE OF   )
     COLUMBIA, STATE OF MARYLAND,     )
8    STATE OF MICHIGAN, STATE OF      )
     MISSISSIPPI, COMMONWEALTH OF     )
9    VIRGINIA, and STATE OF WISCONSIN )
                          Plaintiffs, )
10                                    )
     -against-                        )
11                                    )
     DEUTSCHE TELEKOM AG, T-MOBILE US )
12   INC., SPRINT CORPORATION and     )
     SOFTBANK GROUP CORP.,            )
13                          Defendants.)
     - - - - - - - - - - - - - - - - x
14
15            Tuesday, October 22, 2019
              9:39 a.m.
16
17            HIGHLY CONFIDENTIAL
18
19
              VIDEO DEPOSITION OF TIMOTHEUS HÖTTGES,
20   taken by Plaintiff State of New York, held at
     Gibson, Dunn & Crutcher LLP, Telephone House 2-4,
21   Temple Avenue, London EC4Y, United Kingdom reported
     by Chanelle Malliff, Realtime Court Reporter of the
22   United Kingdom and Europe.
23
24
25
```

HIGHLY CONFIDENTIAL

Page 91

```
 1                    TIMOTHEUS HÖTTGES

 2   BY MR. MACH:

 3        Q.    Do you remember documents relating to Project

 4   Greenland that referred to the potential for a

 5   T-Mobile/Sprint merger under a code name "Superbowl"?

 6        A.    Yes.

 7        Q.    Do you know why that transaction was code named

 8   "Superbowl"?

 9        A.    No.  I never understand who is inventing these

10   code names and I only remember it was "Swan" and "Hawk" who

11   were representing the companies.

12        Q.    I'm going to ask the court reporter to mark

13   Höttges Exhibit 4 please.

14              (Exhibit 4 marked for identification.)

15              Do you have Höttges Exhibit 4 in front of you,

16   sir?

17        A.    Yes, I do.

18        Q.    And do you recognize Höttges Exhibit 4 as

19   discussion materials used to discuss Project Greenland

20   within DT in early January 2011?

21        A.    I'm not 100% sure.  I cannot recall the structure

22   of this document a hundred percent.  I remember the Project

23   Greenland at that point in time.

24        Q.    Could you turn with me, please, to slide 3.

25   I just want to see if it refreshes your recollection.
```

HIGHLY CONFIDENTIAL

Page 93

1                    TIMOTHEUS HÖTTGES

2        Q.    Do you see where it says "Copper Spectrum"?

3        A.    Copper -- to help you, "A" stands for AT&T,

4    "Antelope".   "Copper" stands for "C", Clearwire.   And

5    "Superbowl" stands for the combination, as we said, on TMUS

6    and Sprint.

7        Q.    Thank you.   And does this refresh your

8    recollection that this Exhibit 30 (sic) is a DT document

9    discussing Project Greenland in January 2011?

10       A.    We definitely discussed this project, yes.

11       Q.    I used the wrong exhibit number, so I'm going to

12   try to fix that.   This exhibit is also marked Ewens CID

13   Exhibit 30, so I misstated that, and I'll ask the question

14   again to get it clearer.

15            Does the review that we have made refresh your

16   recollection that this Exhibit 4 to your deposition is a DT

17   document discussing Project Greenland in January 2011?

18       A.    Yep.

19       Q.    Could you turn with me, please, to slide 6 -- I'm

20   sorry, slide 5 of the deck which is the page that ends in

21   5001?

22       A.    Yes.

23       Q.    And it says:

24            "Superbowl Discussion Topics for Today."

25            Do you see that, sir?

HIGHLY CONFIDENTIAL

1                  TIMOTHEUS HÖTTGES

2     Q.   So we'll come back to it, but just to be specific,

3  do you recall ever being told that --

4     A.   There was a time --

5     Q.   I will withdraw the half pending question and let

6  him answer the question.

7     A.   There was a time where people would have said, and

8  might have said, the only way of solving the U.S. problem is

9  by selling the U.S. operation.  So, yes there were different

10  opinions at different times and the assessment is always,

11  you know, it's a dynamic process.  It's not a static issue.

12  So you always have to adapt your entrepreneurial decisions

13  to the situation in which you are.

14     Q.   Apologies if I've asked this already but I want to

15  ask specifically about some of the rationales for the merger

16  again.  No, strike that.  I won't do that.

17        Was one of the -- strike that.  Let's turn to

18  slide 8 please.  It's the page that ends 5004.

19        MR. PARKER:  All right, we're good.

20     A.   5004.

21  BY MR. MACH:

22     Q.   Yes.  Are you with me there, sir?

23     A.   Yes.

24     Q.   It says at the top:

25        "Superbowl is Only Way to Position DT to Compete

HIGHLY CONFIDENTIAL

1                    TIMOTHEUS HÖTTGES

2    with T & VZ".

3              Do you see that?

4    .  '  A.    Yes.

5         Q.    And do you understand the reference to "T and VZ"

6    to be references to AT&T and Verizon?

7         A.    Yes.

8         Q.    And then it says:

9              "Combine #3 & #4 Players in the U.S."

10             That's a reference to the proposed -- for the

11   discussed transaction between -- strike that.

12             It says:

13             "Combine #3 and #4 Players in the U.S."

14             That is a reference to the merger between T-Mobile

15   and Sprint; correct?

16        A.    Yes.

17        Q.    Then it says:

18             "Increases scale."

19             Do you see that?

20        A.    Yeah.

21        Q.    And that was one of the reasons that DT was

22   pondering a merger between T-Mobile and Sprint in 2011;

23   correct?

24        A.    Yes.

25        Q.    And then it says: "Enhances spectrum portfolio";

HIGHLY CONFIDENTIAL

Page 101

1                    TIMOTHEUS HÖTTGES

2    right?

3         A.    Yes.

4         Q.    And that was one of the reasons that DT was

5    pondering a potential merger with Sprint in 2011; right?

6         A.    Yes.

7         Q.    Skipping down to the bullet at the bottom, it

8    says:

9              "Substantial synergies of [approximately] 30

10   [Billion]."

11             Do you see that?

12        A.    Yes.

13        Q.    And that was one of the reasons that DT was

14   pondering a potential merger with Sprint in 2011; right?

15        A.    Correct.

16        Q.    And the third bullet says:

17             "'rule of 3' - potential to reduce price

18   competition".

19             Do you see that, sir?

20        A.    Yes.

21        Q.    That was also one of the reasons that DT was

22   pondering a potential merger with Sprint in 2011; right?

23             MR. PARKER:  Object to the form.

24        A.    Yes.

25   BY MR. MACH:

HIGHLY CONFIDENTIAL

Page 187

1              TIMOTHEUS HÖTTGES

2    card 5, Volume I in the video deposition of Timotheus

3    Höttges.  Going on the record.  The time is        .  Thank

4    you.

5    BY MR. MACH:

6         Q.    Welcome back, Mr. Höttges.

7         A.    Thank you.

8         Q.    The good news is that I am substantially finished

9    asking you about the history of negotiations with Sprint.

10   I have just a couple of very high level follow-up questions

11   and then we'll move on to another topic.  I do appreciate

12   your patience.

13              DT has been internally discussing a potential

14   merger with Sprint since at least 2010; right?

15        A.    Yes.

16        Q.    And throughout that period from 2010 to today DT's

17   reasons for wanting to execute the merger with Sprint have

18   been substantially the same; right?

19        A.    Yes.

20        Q.    You mentioned earlier today that you have used

21   text messages to discuss a variety of different issues

22   surrounding the merger.  Do you recall that?

23        A.    I said we are using e-mails, SMS, phone calls and

24   other meetings to exchange things.  And SMS I mainly use for

25   organizing processes, to you know to channel the next

HIGHLY CONFIDENTIAL

Page 192

1                    TIMOTHEUS HÖTTGES

2     that you've discussed the substance of the merger with by

3     text; correct?

4         A.    Correct.

5         Q.    And the communications that you've had by text

6     with those internal individuals have included discussions

7     about the substance of the merger not merely the logistics

8     of the merger; right?

9         A.    Yes.

10        Q.    Why did you use -- strike that.  Why have you used

11    text messages for these substantive communications instead

12    of an alternative like e-mail?

13        A.    This is the way how we are communicating among

14    ourselves.  By the way, on every topic.  It is very common

15    that we are talking about SMS in our company.  We are a

16    telecommunication company and for us SMS is some of the very

17    heavily used services.

18        Q.    Is part of the appeal of communicating with your

19    colleagues by text the idea that it's more -- it's a more

20    immediate way to communicate?

21        A.    Yes.  And sometimes even more private.  Because

22    you have to know that in most of the in Deutsche Telekom at

23    least universe there are people reading your e-mails as

24    well.  So be it my assistants, be it my staff, people are

25    involved.  And when it comes to this sensitive information

HIGHLY CONFIDENTIAL

Page 197

1                    TIMOTHEUS HÖTTGES

2        Q.    So let me clarify the question.  I'm asking

3    specifically about the Sprint/T-Mobile transaction.  Have

4    you received instructions from DT's lawyers that you should

5    preserve all material relating to the merger?

6        A.    Preserve all material.  I think we got a

7    notification from you when we announced the deal to do this.

8    In my organization I preserve all documents.  I'm not

9    deleting any documents.  And the IT department of

10   Deutsche Telekom is handling my SMS clouds, is handling --

11   so my iCloud services, they are handling my mails and the

12   storage of the mails and the documentations.  So I honestly,

13   I don't personally care about any of my documents.  This has

14   all been handled by the central IT department.  By the way,

15   including my private SMS and my private photos.  So even

16   this is handled in this environment because we are allowed

17   to use the same phone or the same iPad privately and for

18   business.

19       Q.    When you say private SMS, you mean SMS messages

20   sent from your personal --

21       A.    Yes, to my wife for instance.

22       Q.    Right.  I haven't seen those.

23       A.    Okay.  I am even careful with this SMS!

24       Q.    So you said a moment ago that you think you got a

25   notification when you announced the deal to preserve

HIGHLY CONFIDENTIAL

Page 262

1              TIMOTHEUS HÖTTGES

2    conditions which we have agreed today we would never, never

3    have made a deal on this basis.  We only made this deal

4    because we have a trade-off between the synergies of the

5    network, the excess to the spectrum, and the capabilities to

6    challenge AT&T and Verizon in this 5G environment which is

7    creating for us a benefit of 43 billion minus the

8    dis-synergies which we had to accept in the remedy package

9    enabling DISH as a fourth player.

10   BY MR. PARKER:

11       Q.   Mr. Ergen himself is a tough negotiator?

12            MR. MACH:  Objection to form.

13       A.   I'm more than 20 years in the telecommunication

14   business.  I know three tough negotiator.  Interesting-wise,

15   a lot of them coming from MVNO kind of businesses.  One sits

16   in Germany is I&I United Internet, and Charlie Ergen is

17   definitely among the top three toughest negotiator I ever

18   met in my life.

19   BY MR. PARKER:

20       Q.   I want to move on now to Exhibit 4 that counsel

21   marked.  Turning to the page, the last four numbers are

22   5004.  It appears to be the eighth slide in the deck.  Do

23   you see that, sir?

24       A.   I see it, yes.

25       Q.   And you remember you discussed this with counsel

HIGHLY CONFIDENTIAL

Page 263

1                    TIMOTHEUS HÖTTGES

2    several hours ago?

3         A.    Yes.

4         Q.    And you said all of these bullet points here were

5    factors, am I right, or at least under consideration?

6              MR. MACH:  Objection to form.

7         A.    That's correct.

8    BY MR. PARKER:

9         Q.    What is your perspective on the bullet that reads:

10             "'rule of 3' - potential to reduce price

11   competition".

12             What was and is your perspective on that?

13             MR. MACH:  Objection to form.

14        A.    The "rule of 3" is an irritating, misguiding

15   abbreviation for something which was tried to get

16   summarized.  It says potential to reduce price competition.

17   I believe that at that point in time the question behind was

18   what can we do to improve our competitive position which was

19   negative free cash flow, not earning our capital costs, and

20   losing customers for years.

21             In this difficult position the answer was we can

22   increase the scale, we have to increase the scale.  We have

23   to enhance our spectrum position.  We have to gain maybe

24   synergies with somebody to improve our cost position to

25   produce connectivity and we might have the potential to

HIGHLY CONFIDENTIAL

Page 264

1                    TIMOTHEUS HÖTTGES

2    reduce the price competition which would help us to overall

3    balance the revenue and the profitability of this company

4    going forward.  This was the assessment in 2011.

5             I agree that a lot of the topics stay valid of

6    today.  Spectrum is for us a scarce resource.  It's very

7    difficult to get it.  Second, economies of scale is the play

8    of this industry.  And synergies is the best way of

9    improving your cost base because the utilization of

10   infrastructure is incremental for the capability for price

11   competition.

12            What we have seen since that point in time is

13   there is no operator in the world who was able to increase

14   his prices.  There is no merger and acquisition where we

15   have seen that.  And if this assessment of Greenland would

16   have been done today nobody would assume higher prices in

17   this model.  Because we have learned over the last 10 years

18   that Moore's law, every day producing more volume at lower

19   prices, is the rule which applies to our industry, and that

20   is the reason that we are now trying to put additional

21   service into the connectivity to have an added value for our

22   customers which they are paying being it content, being it

23   internet connectivity services, being it payment

24   capabilities to others.  But this assumption was maybe a way

25   of looking at the business case in 2011.  It is definitely

HIGHLY CONFIDENTIAL

Page 265

```
 1                    TIMOTHEUS HÖTTGES
 2   not the way how we are looking on business cases these days
 3   because there is no evidence that price competition is going
 4   away.  The opposite is the case.
 5   BY MR. PARKER:
 6       Q.   Now I want to reiterate this point.  Turn to the
 7   first page of this document.
 8            MR. MACH:  Objection to form.
 9   BY MR. PARKER:
10       Q.   What's the date on this document?
11       A.   It's 12 January 2011.
12       Q.   Eight and a half years ago?
13       A.   That's correct.
14       Q.   Did you prepare this document?
15       A.   No.
16       Q.   Let me ask you a question.  And I think you've
17   said, but I want to say it again, okay?  What will be the
18   effect of this transaction on prices to ordinary consumers
19   in the United States of America in your judgment as CEO, as
20   senior executive of Deutsche Telekom, sir?
21            MR. MACH:  Objection to form.
22       A.   Let me start in a picture of this industry without
23   the deal.
24            We have one operator who is creating free cash
25   flow losses on a daily basis, Sprint.  Every day he is
```