# EXHIBIT B

1          THE COURT:  Anything else?

2          MR. PARKER:  Your Honor, Richard Parker for Deutsche

3  Telekom.  Yesterday we had the dust up about PX1034.  We

4  deferred it to see if Mr. Ewens was going to testify.  He is

5  not; so we took the liberty of summarizing our position in a

6  three-page letter brief to you with some attachments, and we

7  hope that's helpful to the Court.  I'm sure the plaintiffs will

8  respond in due course, and the matter will be ripe for

9  decision.

10         THE COURT:  All right.  Thank you.  Good evening.

11         MR. POMERANTZ:  Thank you, your Honor.

12         THE COURT:  Can I have your attention, please?  In

13 terms of time used, I want to share my numbers with you, to the

14 extent that it might be helpful in how you prepare for the

15 proceedings.  The plaintiffs' number is now 13 and the

16 defendants -- 13, plus change.  Defendants' roughly three plus,

17 three and a half hours.  All right?

18         (Adjourned to December 12, 2019, at 9:00 a.m.)