# EXHIBIT C

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3
     Case No.: 1:19-cv-05434 (VM)
 4
 5   - - - - - - - - - - - - - - - - - x
                                       )
 6   STATE OF NEW YORK, STATE OF       )
     CALIFORNIA, STATE OF COLORADO,    )
 7   STATE OF CONNECTICUT, STATE OF    )
     COLUMBIA, STATE OF MARYLAND,      )
 8   STATE OF MICHIGAN, STATE OF       )
     MISSISSIPPI, COMMONWEALTH OF      )
 9   VIRGINIA, and STATE OF WISCONSIN  )
                    Plaintiffs,        )
10                                     )
     -against-                         )
11                                     )
     DEUTSCHE TELEKOM AG, T-MOBILE US  )
12   INC., SPRINT CORPORATION and      )
     SOFTBANK GROUP CORP.,             )
13                    Defendants.      )
     - - - - - - - - - - - - - - - - - x
14
15            Friday, October 18, 2019
              9:40:a.m.
16
17
18
19            VIDEO DEPOSITION OF HANNES WITTIG,
     taken by Plaintiff State of New York, held at
20   Gibson, Dunn & Crutcher LLP, Telephone House
     2-4, Temple Avenue, London EC4Y, United Kingdom
21   reported by Chanelle Malliff, Realtime Court
     Reporter of the United Kingdom and Europe.
22
23
24
25
```

Page 89

1        HANNES WITTIG
2   not.  It's too long ago.
3        Q.   Do you have a general recollection as to whether
4   you actively participated by sharing your viewpoint as
5   opposed to, for example, taking notes?
6             MR. SOVEN:  Objection to form.
7        A.   I frankly don't remember if I said anything but
8   I participated and normally when I participate in a meeting
9   I say something, but I can't specifically recollect
10  anything.  It was a big group of people, so.  And I wasn't
11  at the center of this workshop.  I didn't organize it.
12  I didn't lead it.  I didn't -- there were lots of people
13  with views in the room, so don't know.  I actually don't
14  remember whether I said something or not.
15  BY MS. WESSELS-YEN:
16       Q.   Who did organize the workshop?
17       A.   It was hosted by our strategy group which is led
18  by Matthias Budde.  He's on the e-mail here.  And Steffen
19  Stern.  Stern worked for him at the time.  Part of
20  Matthias Budde's remit is that he is market forecasting, so
21  that's -- so I don't know the background to this, frankly,
22  specifically why Matthias Budde was asked to do this.
23       Q.   Do you remember who led the workshop?
24       A.   It was -- the moderator was Steffen Stern.
25       Q.   Do you have any other information about what

Page 90

1         HANNES WITTIG
2  Mr. Stern's role was with regard to the workshop?
3       A.   Well, you asked with regard to the workshop.  He
4  organized it and hosted it.  I don't know what else he did
5  in this context.  I was not involved in the preparation of
6  this document or in the -- so I was a guest in this event.
7       Q.   And Mr. Stern also took and shared his notes as
8  well; correct?
9       A.   I don't know.  I could see here that I provided
10 some notes and you have also kindly provided me with some
11 notes from Mr. Stern but I don't -- so that's kind of what
12 I see.  I don't recall more.  It wasn't -- let's say from my
13 perspective this was not a consequential workshop, if I can
14 say it this way, so therefore I don't have a strong
15 recollection of it.
16      Q.   If you could turn to slide 5 of the presentation.
17 That's the one that has, as a header, workshop participants
18 at a glance.  If you could take a second to look at that.
19 Do you recall whether these people participated in the
20 workshop?
21      A.   Well I know for sure that Thorsten Langheim did
22 not participate in the workshop I was in.  But I remember
23 Peter Ewens, Matthias Budde and Steffen Stern.  Volker,
24 sorry, I don't remember you.
25      Q.   Again Dr. Stapper is here to observe alone.  We