# CLEARY GOTTLIEB STEEN & HAMILTON LLP

NEW YORK
PARIS
BRUSSELS
LONDON
FRANKFURT
COLOGNE
MOSCOW

2112 Pennsylvania Avenue, NW
Washington, DC 20037-3229
T: +1 202 974 1500
F: +1 202 974 1999

clearygottlieb.com

D: +1 (202) 974-1680
msolomon@cgsh.com

ROME
MILAN
HONG KONG
BEIJING
BUENOS AIRES
SÃO PAULO
ABU DHABI
SEOUL

RECEIVED JAN 7 - 2020 CHAMBERS OF JUDGE MARRERO

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/20

January 6, 2020

BY HAND

The Honorable Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *State of New York, et al. v. Deutsche Telekom AG, et al.*, No. 1:19-cv-05434-VM-RWL (S.D.N.Y.)

Dear Judge Marrero,

On behalf of all Defendants, we respectfully request this Court's endorsement on the following requests:

- **Projector and Screen.** Defendants respectfully request use of the Court's available audio visual equipment, which we understand include a projector and screen(s), for additional viewing capabilities of all parties' documents.

- **Additional Table Area.** Defendants respectfully request additional tables to be added to the counsel section in the front of the court room, to the extent space permits.

- **Reserved Seating.** Defendants respectfully request that gallery benches be reserved for Defendants' in-house personnel (approximately 20 seats) and additional outside counsel (approximately 20 seats).

Please let us know if you have any questions. Thank you for your consideration.

SO ORDERED. Request GRANTED.
1-7-20
DATE  VICTOR MARRERO, U.S.D.J.

Respectfully yours,

Matthew Solomon / K.G.

Matthew Solomon

cc: All Counsel of Record (via e-mail)

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the cities listed above.

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | | |
|---|---|---|
| NEW YORK | 2112 Pennsylvania Avenue, NW | ROME |
| PARIS | Washington, DC 20037-3229 | MILAN |
| BRUSSELS | T: +1 202 974 1500 | HONG KONG |
| | F: +1 202 974 1999 | BEIJING |
| LONDON | clearygottlieb.com | BUENOS AIRES |
| FRANKFURT | | SÃO PAULO |
| COLOGNE | D: +1 (202) 974-1680 | ABU DHABI |
| MOSCOW | msolomon@cgsh.com | SEOUL |

January 6, 2020

BY HAND

The Honorable Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *State of New York, et al. v. Deutsche Telekom AG, et al.*, No. 1:19-cv-05434-VM-RWL (S.D.N.Y.)

Dear Judge Marrero,

As counsel for Defendants, we respectfully request this Court's endorsement through the Proposed Order enclosed herein for the listed attorneys to access SDNY Courtroom WiFi during closing arguments in the above-captioned matter.

Thank you for your consideration. Please let me know if you have any questions.

Respectfully yours,

*Matthew Solomon / K.G.*

Matthew Solomon

cc: All Counsel of Record (via e-mail)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
-----------------------------------------------------------------x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned *State of New York, et al. v. Deutsche Telekom AG, et al.*, No. 19-cv-5434.

ORDERED that for the device(s) checked below SDNY Courtroom WiFi access shall be provided.

The date(s) for which authorization is provided is January 15, 2020.

| Attorney | Email | Device(s) | Courtroom | Wi-Fi Granted |
|---|---|---|---|---|
| David Gelfand | dgelfand@cgsh.com | 1 cell phone, 1 laptop | 23B | |
| Mark Nelson | mnelson@cgsh.com | 1 cell phone, 1 laptop | 23B | |
| George Cary | gcary@cgsh.com | 1 cell phone, 1 laptop | 23B | |
| Matthew Solomon | msolomon@cgsh.com | 1 cell phone, 1 laptop | 23B | |
| James Hunsberger | jhunsberger@cgsh.com | 1 cell phone, 1 laptop | 23B | |
| Linden Bernhardt | lbernhardt@cgsh.com | 1 cell phone, 1 laptop | 23B | |
| David Meyer | dmeyer@mofo.com | 1 cell phone, 1 laptop | 23B | |

| Attorney | Email | Device(s) | Courtroom | Wi-Fi Granted |
|---|---|---|---|---|
| Steve Sunshine | Steve.Sunshine@skadden.com | 1 cell phone, 1 laptop | 23B | |
| Karen Hoffman Lent | karen.lent@skadden.com | 1 cell phone, 1 laptop | 23B | |
| Hallie Levin | hallie.levin@wilmerhale.com | 1 cell phone, 1 laptop | 23B | |
| Josh Soven | jsoven@wsgr.com | 1 cell phone, 1 laptop | 23B | |

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: 7 January 2020

_____
Victor Marrero
United States Judge

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

NEW YORK
PARIS
BRUSSELS
LONDON
FRANKFURT
COLOGNE
MOSCOW

2112 Pennsylvania Avenue, NW
Washington, DC 20037-3229
T: +1 202 974 1500
F: +1 202 974 1999

clearygottlieb.com

D: +1 (202) 974-1680
msolomon@cgsh.com

ROME
MILAN
HONG KONG
BEIJING
BUENOS AIRES
SÃO PAULO
ABU DHABI
SEOUL

January 6, 2020

BY HAND

The Honorable Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *State of New York, et al. v. Deutsche Telekom AG, et al.*, No. 1:19-cv-05434-VM-RWL (S.D.N.Y.)

Dear Judge Marrero,

      As counsel for Defendants, we respectfully request this Court's endorsement through the Proposed Order enclosed herein for the listed individual to bring electronic devices into the Courthouse for use during closing arguments in the above-captioned matter. Consistent with the parties' joint request to the Court during the December 6, 2019 pretrial conference (*see* Tr. 50:16-51:3), it is essential for Defendants to have assistance from a trial technology consultant, Mr. Andrew Klein, during the closing argument presentation. *See* ECF No. 332 (granting Defendants' request for Mr. Klein to bring necessary technology equipment to trial).

      Thank you for your consideration. Please let me know if you have any questions.

Respectfully yours,

*Matthew Solomon/K.G.*

Matthew Solomon

cc:  All Counsel of Record (via e-mail)

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the cities listed above.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
------------------------------------------------------------------x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following individual is authorized to bring Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned *State of New York, et al. v. Deutsche Telekom AG, et al.*, No. 19-cv-5434.

The date(s) for which authorization is provided is January 15, 2020.

| Individual | Device(s) |
| --- | --- |
| Andrew Klein (Trial Technology Consultant) | 2 laptop computers; 1 cell phone; power cords, cables & mouse controllers; 1 mouse; 2 external hard drives; power cords & cables; video adapter cables and connectors; headphones; 1 Powerpoint clicker |

The individual identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the individual that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: 7 January 2020

Victor Marrero
United States Judge

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | | |
|---|---|---|
| NEW YORK<br>PARIS<br>BRUSSELS<br>LONDON<br>FRANKFURT<br>COLOGNE<br>MOSCOW | 2112 Pennsylvania Avenue, NW<br>Washington, DC 20037-3229<br>T: +1 202 974 1500<br>F: +1 202 974 1999<br><br>clearygottlieb.com<br><br>D: +1 (202) 974-1680<br>msolomon@cgsh.com | ROME<br>MILAN<br>HONG KONG<br>BEIJING<br>BUENOS AIRES<br>SÃO PAULO<br>ABU DHABI<br>SEOUL |

January 6, 2020

BY HAND

The Honorable Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *State of New York, et al. v. Deutsche Telekom AG, et al.*, No. 1:19-cv-05434-VM-RWL (S.D.N.Y.)

Dear Judge Marrero,

As counsel for Defendants, we respectfully request this Court's endorsement through the Proposed Order enclosed herein for the listed attorneys to bring electronic devices into the Courthouse for use during closing arguments in the above-captioned matter.

Thank you for your consideration. Please let me know if you have any questions.

Respectfully yours,

*Matthew Solomon / K.G.*

Matthew Solomon

cc: All Counsel of Record (via e-mail)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────── x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
───────────────────────────────────── x

     The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

     ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned __State of New York, et al. v. Deutsche Telekom AG, et al._____

_____, No. _19-cv-5434_.

The date(s) for which such authorization is provided is (are) _January 15, 2020_____.

| Attorney | Device(s) |
|---|---|
| 1. See Attachment A. | |
| 2. | |
| 3. | |

*(Attach Extra Sheet If Needed)*

     The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: 7 January 2020

_____
Victor Marrero
United States Judge

Revised: February 26, 2014

## ATTACHMENT A

| Attorney | Device(s) |
|---|---|
| David Gelfand (Partner, Cleary Gottlieb Steen & Hamilton LLP) | 1 cellular phone; 1 laptop computer |
| Matthew Solomon (Partner, Cleary Gottlieb Steen & Hamilton LLP) | 1 cellular phone; 1 laptop computer |
| Mark Nelson (Partner, Cleary Gottlieb Steen & Hamilton LLP) | 1 cellular phone; 1 laptop computer |
| George Cary (Partner, Cleary Gottlieb Steen & Hamilton LLP) | 1 cellular phone; 1 laptop computer |
| James Hunsberger (Associate, Cleary Gottlieb Steen & Hamilton LLP) | 1 cellular phone; 1 laptop computer |
| Linden Bernhardt (Associate, Cleary Gottlieb Steen & Hamilton LLP) | 1 cellular phone; 1 laptop computer |
| Tara Tavernia (Associate, Latham & Watkins LLP) | 1 cellular phone; 1 laptop computer |
| Richard Parker (Partner, Gibson, Dunn & Crutcher LLP) | 1 cellular phone; 1 laptop computer |
| David Meyer (Partner, Morrison & Foerster LLP) | 1 cellular phone; 1 laptop computer |
| Jeffrey Jaeckel (Partner, Morrison & Foerster LLP) | 1 cellular phone; 1 laptop computer |
| Steve Sunshine (Partner, Skadden, Arps, Slate, Meagher & Flom LLP) | 1 cellular phone; 1 laptop computer |
| Karen Hoffman Lent (Partner, Skadden, Arps, Slate, Meagher & Flom LLP) | 1 cellular phone; 1 laptop computer |
| Joseph Rancour (Associate, Skadden, Arps, Slate, Meagher & Flom LLP) | 1 cellular phone; 1 laptop computer |
| Hallie Levin (Partner, Wilmer Cutler Pickering Hale and Dorr LLP) | 1 cellular phone; 1 laptop computer |
| David Gringer (Partner, Wilmer Cutler Pickering Hale and Dorr LLP) | 1 cellular phone; 1 laptop computer |
| Jeremy Adler (Counsel, Wilmer Cutler Pickering Hale and Dorr LLP) | 1 cellular phone; 1 laptop computer |
| Joshua Soven (Partner, Wilson Sonsini Goodrich & Rosati) | 1 cellular phone; 1 laptop computer |

| Attorney | Device(s) |
|---|---|
| Brad Tennis (Associate, Wilson Sonsini Goodrich & Rosati) | 1 cellular phone; 1 laptop computer |
| Dave Miller (Executive Vice President, General Counsel and Secretary, T-Mobile US, Inc.) | 1 cellular phone; 1 laptop computer |
| Laura Buckland (Senior Vice President, Litigation & IP, T-Mobile US, Inc.) | 1 cellular phone; 1 laptop computer |
| Melissa Scanlan (Vice President, IP & Antitrust, T-Mobile US, Inc.) | 1 cellular phone; 1 laptop computer |
| Ellen Blanchard (Managing Corporate Counsel, eDiscovery, T-Mobile US, Inc.) | 1 cellular phone; 1 laptop computer |
| Bradley Meissner (Director, Legal Affairs, T-Mobile US, Inc.) | 1 cellular phone; 1 laptop computer |
| Wolfgang Kopf (Senior Vice President for Group Public and Regulatory Affairs, Deutsche Telekom AG) | 1 cellular phone; 1 laptop computer |
| Reinhard Wieck (Managing Director & President, Deutsche Telekom Inc.) | 1 cellular phone; 1 laptop computer |
| Mary Jean Fell (Senior Counsel, Sprint Corporation) | 1 cellular phone; 1 laptop computer |

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

NEW YORK
PARIS
BRUSSELS
LONDON
FRANKFURT
COLOGNE
MOSCOW

2112 Pennsylvania Avenue, NW
Washington, DC 20037-3229
T: +1 202 974 1500
F: +1 202 974 1999

clearygottlieb.com

D: +1 (202) 974-1680
msolomon@cgsh.com

ROME
MILAN
HONG KONG
BEIJING
BUENOS AIRES
SÃO PAULO
ABU DHABI
SEOUL

January 6, 2020

BY HAND

The Honorable Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *State of New York, et al. v. Deutsche Telekom AG, et al.*, No. 1:19-cv-05434-VM-RWL (S.D.N.Y.)

Dear Judge Marrero,

On behalf of all Defendants, we respectfully request this Court's permission for Globalink Worldwide Express Ltd. to enter the Courthouse to deliver and retrieve our boxes and to help with lunch deliveries on January 15, 2020. Attachment A lists the names of the individuals and vehicles we expect to be involved with these deliveries.

Please let us know if you have any questions. Thank you for your consideration.

Respectfully yours,

Matthew Solomon / K.G.

Matthew Solomon

cc: All Counsel of Record (via e-mail)

SO ORDERED. Request GRANTED.
1-7-20
DATE          VICTOR MARRERO, U.S.D.J.

## ATTACHMENT A

| Courier Names |
|---|
| Justin Concepcion |
| Kishor Persad |
| Tomas Concepcion |
| Hector Concepcion |

| Vehicle Information |
|---|
| Make: Mazda<br>Model: MPV<br>Year: 2003<br>License Plate: GEF 4155, New York |
| Make: Volkswagen<br>Model: Atlas<br>Year: 2019<br>License Plate: JFY 3553, New York |