# CLEARY GOTTLIEB STEEN & HAMILTON LLP

NEW YORK
PARIS
BRUSSELS
LONDON
FRANKFURT
COLOGNE
MOSCOW

2112 Pennsylvania Avenue, NW
Washington, DC 20037-3229
T: +1 202 974 1500
F: +1 202 974 1999

clearygottlieb.com

ROME
MILAN
HONG KONG
BEIJING
BUENOS AIRES
SÃO PAULO
ABU DHABI
SEOUL

January 10, 2020

**BY FAX**

The Honorable Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/10/20

Re:   *State of New York, et al. v. Deutsche Telekom AG, et al.*, No. 1:19-cv-05434-VM-RWL (S.D.N.Y.)

Dear Judge Marrero,

  On behalf of all Defendants, we respectfully request this Court's endorsement to bring the following items on January 15, 2020 to supply the breakout rooms assigned to Defendants.

- Color printer and office supplies
- Hospitality supplies
- Bottled Water

Please let us know if you have any questions. Thank you for your consideration.

Respectfully yours,

Matthew Solomon /AFD

Matthew Solomon

cc: All Counsel of Record (via e-mail)

SO ORDERED. Request GRANTED. Defendants are authorized to bring into the Courthouse the items specified above in connection with the hearing on 1-15-20
DATE 1-10-20   VICTOR MARRERO, U.S.D.J.

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the cities listed above.