IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>          *Plaintiffs*,<br><br>v.<br><br>DEUTSCHE TELEKOM AG, *et al.*,<br><br>          *Defendants*. | Case No. 1:19-cv-5434-VM-RWL<br><br>**ORDER FOR<br>ADMISSION PRO HAC VICE** |

The motion of Anisha S. Dasgupta for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of New York; and that her contact information is as follows:

Anisha S. Dasgupta
Deputy Solicitor General
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Tel: (212) 416-8921
anisha.dasgupta@ag.ny.gov



Applicant having requested admission *pro hac vice* to appear for all purposes as counsel to Plaintiff State of New York in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 14 January 2020

                                                  Honorable Judge Victor Marrero
                                                  United Sates District Judge