

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/20
```

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF ECONOMIC JUSTICE
ANTITRUST BUREAU

**BY HAND AND E-MAIL**

January 13, 2020

The Honorable Victor Marrero
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *State of New York et al. v. Deutsche Telekom AG et al.*, No.1:19-cv-5434-VM-RWL
      Plaintiff States' Exhibits

Dear Judge Marrero:

On behalf of Plaintiff States in the above-captioned case, please find enclosed Plaintiff States' exhibits admitted at trial and via designation of deposition testimony. We are submitting (1) paper copies of all of Plaintiffs' exhibits, (2) electronic copies of all of Plaintiffs' exhibits on the enclosed hard drive, and (3) electronic copies of all of Plaintiffs' exhibits via a cloud server. We will send login credentials for the cloud server to Chambers and Defendants in a separate e-mail.

Pursuant to Section VIII of Your Honor's Trial Procedures dated September 21, 2018, and Your Honor's instruction at trial, *see* Trial Tr. 640:6-13; 878:18-879:8, Plaintiff States are submitting abridged copies of certain large exhibits, removing pages that do not bear directly on the issues in this case. The paper copies enclosed are of the abridged versions; in addition, we are submitting both abridged and unabridged electronic copies of Plaintiffs' exhibits on the hard drive and the cloud server, in separate folders. The unabridged electronic copies of the exhibits are the exhibits of record; the electronic copies of the abridged versions have "_A" added to the filename. We are also submitting a spreadsheet listing all of Plaintiff States' exhibits, listing any objections from Defendants.

Counsel for Plaintiff States are familiar with the full contents of the abridged exhibits. Plaintiff States possess and will maintain unabridged copies of the abridged exhibits in their case files

until after a final court disposition of the above-captioned action. The abridged exhibits submitted today are authentic copies of the relevant portions of these exhibits.

In discovery, Defendants produced to Plaintiff States a number of Microsoft PowerPoint slide decks in both a production image format (.PDF) and the native file format (.PPT). Both Plaintiff States and Defendants used many of these documents as exhibits in this case. The image files are generally in black-and-white and lower resolution, while the native files are in color (as are the originals) and are easier to read; the parties normally used the native versions during trial. For the sake of completeness, Plaintiff States are submitting both the image and native versions of these exhibits; the electronic copies of the native versions will have "_Native" added to the filename.

Please do not hesitate to contact the undersigned, or any counsel for Plaintiff States, if there are questions concerning Plaintiff States' exhibits.

Respectfully submitted,

*B. Marques*

Beatriz Marques
Assistant Attorney General

Encl.

cc:   All Counsel of Record (via e-mail)

---

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by Plaintiff States.

SO ORDERED.

1-14-20
DATE        VICTOR MARRERO, U.S.D.J.