UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEUTSCHE TELEKOM AG *et al.*, <br><br> *Defendants*. | NO. 1:19-cv-5434-VM-RWL <br><br> ECF Case |

## NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE AMICUS BRIEF BY THE STATE OF WASHINGTON IN RESPONSE TO STATEMENT OF INTEREST OF THE UNITED STATES OF AMERICA

**PLEASE TAKE NOTICE THAT** the State of Washington, by and through its Attorney General, respectfully moves and seeks leave to file an Amicus Curiae Brief in response to the Statement of Interest of the United States of America (ECF No. 348). The State of Washington is filing a Memorandum of Law and a supporting Declaration attaching the Amicus Brief in support of this Motion. No party has objected to Washington State filing the Amicus Brief.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/20

DATED: January 13, 2020

Respectfully Submitted,

ROBERT W. FERGUSON
Attorney General

JONATHAN MARK
Senior Assistant Attorney General
Antitrust Division Chief

*/s/ Rahul Rao*
RAHUL RAO
Assistant Attorney General
Antitrust Division
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Phone: (206) 464-5419
Fax: (206) 464-6338
Rahul.Rao@atg.wa.gov

*Attorneys for Amicus Curiae State of Washington*

SO ORDERED. Request GRANTED. The State of Washington is authorized to file an amicus brief in this action as set forth above.

DATE 1-14-20   VICTOR MARRERO, U.S.D.J.