To,

The Honorable Judge,

Hon. Victor Marrero

United States Courthouse
500 Pearl St.
New York, NY 10007-1312





Dated: 1/23/2020

Honored Sir,

I am writing to you today to report fundamental 'wrongs' in the inner and departmental working of T-Mobile.

I have had the misfortune to be employed for T-Mobile and have witnessed glaring abuses of American fundamentals which is company wide in the Information Technology sector and in its workings.

Abuses such as

- awarding of contract jobs to visa holder companies, which in turn promotes **taking jobs** away from the American citizens' in the US.
- Senior leadership (VP levels and up) involved in contract award **scams**.
- Allegations of Senior leadership involved in female visa worker **sexual assault** incidents. (The visa workers are not able to come forward for fear of losing their American dream).
- The **blatant** hiring of immigrant friends and friends of immigrant co-workers with out basic checks and balances promoting the workplace to be **reverse racist**.
- **Targeting** of African – American's in the Information Technology organization using subversive means.

Employees who complained about such wrongdoings were either quieted with a pay package or were terminated citing edge case rule/s.

T-Mobile a company who's fundamentals' are so morally wrong could never do any long term good for the greatest Nation on this earth; THE UNITED STATES OF AMERICA.

Strengthening a company with such values will be synonymous to feeding a future curse.

For the above reasons and many more such reasons that I am unable to articulate, Sprint's merger with T-Mobile is not in the best interest of our Nation.

I hope I was able to communicate to you in the right spirit and be of help to my United States of America.

Your Truly,

Manish Dube

3924 Ashford Dunwoody Rd
Atlanta, GA 30319

716-574-4769

---

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by Manish Dube.

SO ORDERED.

1-27-20
DATE          VICTOR MARRERO, U.S.D.J.