JCITSTA1                        Ergan - Direct

1              (In robing room)

2          THE COURT:  Bear in mind that we have sharp time

3    constraints.  I indicated that each side would have 15 minutes,

4    roughly, so let's see if you could stay within that time frame.

5    Possibly the most expeditious way of doing this would be for,

6    if possible, the witness to make a narrative of whatever it is

7    you want him to testify to rather than waiting for questions,

8    if that's possible, and then whenever you reach any of these

9    sensitive matters just it flag it, and at that point, after we

10   have a record, the parties can go back and try to redact.

11   CHARLES ERGAN,

12       having been previously sworn, testified as follows:

13   DIRECT EXAMINATION

14   BY MR. PARKER:

15   Q.  I put in front of the witness 7199.  Sir, can you identify

16   this document?

17          We have two topics this morning, your Honor, one is a

18   business plan and the second is some strategic partnership that

19   we need to talk about.

20          Sir, can you identify this document, sir?

21   A.  This is a preliminary model of DISH's 5G business plan.

22   Q.  And have you personally been involved in preparing this?

23   A.  I have.

24   Q.  Who else is involved in preparing this?

25   A.  Mr. Cullen, our development team and our financial team,

1    and then other parts of our business, different functions, be

2    it our IT business or sales and marketing teams.

3    Q.  I want to point out -- has this been presented to the board

4    of directors?

5    A.  This has been.

6    Q.  Are you periodically presenting business plan iterations to

7    the board?

8    A.  We have.  As we learn more information, as we have gone

9    through the RFP process and as we talk to vendors and talk to

10   partners, this model evolves.  Its latest iteration is probably

11   about 30 days ago, and it's a little different than this, and

12   it will probably evolve a little more, but it's pretty close.

13   Q.  You talk about the end of period subscribers.  Could you

14   describe what that line item is?  I'm on page 3, the very top

15   line item, sir.

16   A.  Maybe I can take the judge's suggestion and kind of give

17   you a narrative.

18   Q.  That's a lot better.

19   A.  If we went to 3, it basically shows we could take the 9

20   million subscribers and grow the business.  And in fact, in the

21   2020s we would grow the business to ██████ subscribers, and

22   then goes up from there.  That's the first thing.

23            The second thing that I think is important about the

24   model is you look at the ARPU and how much the customer pays to

25   us, and you see in the model that that comes in materially

JCITSTA1                         Ergan - Direct

1    lower than where the incumbents are today.   The incumbents

2    today are in the 42 to $48 range, this actually over time drops

3    below ███ in terms of what the average customer pays in terms

4    of a process.   It shows both post-paid and prepaid, so we meet

5    the Justice Department guidelines on the post-paid.   Those

6    actually end up being some of our most profitable subscribers.

7            It takes into consideration -- I think some of the

8    assumptions are important because every model -- in every model

9    you have assumptions about what you think is going to happen,

10   so the underlying base you make a determination whether those

11   are credible or not.   So it does assume that we'll have

12   marketing partnerships with people other than DISH, it does

13   assume that we don't have any constraints on the number of

14   people that we can put on the system, on the T-Mobile network,

15   it does assume that we're able to adopt eSIM technology and

16   utilize that in a competitive way, it does assume that we are

17   able to bundle other things besides just the wireless business.

18   Those are the main ones.

19           It does assume in this model if the merger closed

20   January 1st, I think that's probably -- since that maybe

21   perhaps is not realistic today, everything in this model would

22   shift.   If the merger closed March 1st, it would shift two

23   months.   So when you look at the annual, you have to kind of

24   mentally add two months to this.

25           So that's the gist of the model.   But basically the

1    big picture shows we could be competitive and grow the business

2    and show we could be very profitable and does generate profits

3    and cash flow that continues to build our business.

4    Q.  Two quick questions.  On page 3, the top entry, that is

5    your projected subscriber growth from ███████████████?

6    A.  That's ██████████.

7    Q.  Excuse me, ██████████, these are all in millions.

8    A.  So to put in perspective, the first year we expect to go

9    from 9 million -- first twelve months is what I should say, go

10   from 9 million to ██████████ subscribers, and then ultimately

11   by the end of 2025 we expect to get ██████████ subscribers.  So

12   that's a little larger than Sprint, and that's just prepaid and

13   post-paid, so that isn't the wholesale customers.

14   Q.  Then average ARPU, is that dollars per sub per month?

15   A.  Yes, and that shows a little less -- it shows ███████ on

16   average in 2020 and ends up being around █████ -- going down over

17   time to about █████   And it's important realize it's not just

18   the ARPU, not only is the customer going to get a lower price,

19   but they will get more features and more capacity.  As you

20   improve the network there's more features that the customer

21   will get basically at no extra charge.

22              THE COURT:  How does your ARPU compare to Sprint's

23   current?

24              THE WITNESS:  Let me compare to Boost, their prepaid

25   business.  Their ARPU today is a little over █████ the last

JCITSTA1                          Ergan - Direct

1   number I saw in November, this is ████  ████████████

2   than what they charge today.  Not only will it be less price,

3   but obviously they will have a better network, so they're

4   getting actually a much better network for less money, and the

5   ████ is less.  On the other side of the scale, Verizon today is

6   probably in the $40 range.  They have the best network, so they

7   could charge a premium for it.

8   Q.  Moving on to another topic, have you considered strategic

9   partnerships in connection with the new enterprise you're

10  embarking on here?

11  A.  We have, and I probably should -- first of all, for a big

12  picture perspective, we don't have every skill set we need.

13  When we built satellites, we needed partners to help us out.

14  We needed someone to build the satellite, we needed someone to

15  launch the satellite.  In this case in the 5G world, this is

16  kind of a new technology, there are pieces that we'll need help

17  with, and in that case we need partners.

18        The only sensitive part is going to be -- I will put

19  that in two buckets.  The first bucket is non-sensitive.  Let's

20  take a tower company where we might -- you need towers, you

21  would do an arm's length transaction, I would pay you, the

22  tower company, a lease and you would be happy to do business

23  with me because it's in your financial best interests.  I need

24  that partnership, loosely "partnership."  That's not sensitive

25  information, so let's put that aside, and that could be in open

1     court if somebody wants to ask about it.

2           But the partnerships that are sensitive are those

3     people that not only are happy to do business with you because

4     it might in your financial interest, but strategic.  In some

5     cases they might want to provide capital.  So the most

6     ████████████████████████████████████  ██

7     ██████████████████████  ███████  ██

8     ████████████████████████  ████████

9     ████████████████████████████  ███

10    ███████████████  ████████████████

11    ████  ████████████████████████████████████

12    █████████  ██████████████████████████

13    ████  ████████  ██████  ██████  ██████  █

14    ██████████████████████████████████

15    ████

16        ████████████████████████████████

17    ████████████████████████████████

18    ███████████████████████████████

19    ████████████████████████  ██████

20    ██████████████████████  ██████████

21    █████████  ████████████  ███████

22    ████████  ████████████████  ████████

23    ████████████████  ██████████████████

24    ████████████████  ██████████████████

25    ████████  ████████████████  ██████████████

JCITSTA1                          Ergan - Direct



JCITSTA1                    Ergan - Direct



17  .

18          Now let me back up a little bit.  There's different

19  buckets of people interested in this.  Let's talk about the

20  cable industry.  We talked yesterday about the barrier to entry

21  being the amount of spectrum that you have, and obviously DISH

22  is well positioned with spectrum with the potential optionality

23  of 850 megahertz in the future.  The cable industry today, the

24  three big players are in the business within MVNO deals, but

25  particularly in Comcast and Charter's case, it's just not a

JCITSTA1                          Ergan - Direct

1    very good deal.  It's a mirror image.  They sell on the Verizon

2    network, they don't have their own core or their own phone

3    numbers.  And the deal is not -- doesn't help them be

4    particularly competitive, let's put it that way.

5    ███████████████████████████████████████  ████

6    █████████████████████████████████████████████

7    ████████████████████  █████████████████████████

8    █████████████████████████████████████████████

9    ████████  ████████████████████████████████████

10   ████████  ██████████████████████████████████████

11   █████████████████████████████████

12   ████████████████████████████████████  ████████

13   ██████████████████████████  █████████████████████

14   ██████████  ████████████████████████  ████████

15   ████████████████████████████████████████████

16   █████████████████████████████████████

17   ████████████  █████████████████████████████████

18           And I then would fast forward to what I call the web

19   scale companies.  Because we're building the first network

20   that's 100 percent in the cloud, something we call cloud

21   native, and that's where all your processing goes, that's where

22   your brain is, that's where the processing goes on.  ████████

23   ███████████████████████████████████████████

24   ███████████████  ███████████████████████████████

25   ████████  ██████████████  █████████████  █████████████████



JCITSTA1                          Ergan - Direct



JCITSTA1                              Ergan - Direct

1    ████████████████████    ██████████████████████

2          The next big bucket I call the enterprise strategic

3    partners.  So there are three companies in the United States

4    today that every Fortune 500 company deals with.  Usually one

5    or two of these companies you will deal with, but everybody

6    deals with at least one of those companies, and ██████████████

7    ████  ████████████████  ████████  ████████████████████  ████████

8    ██████████████████████████████████████████████  ██████████████

9    ████████████████████████  ██████████████████████████

10   ████████████████████████████    You will hear buzz words,

11   "containers," "kubernetes", it just means it's a bunch of

12   software.  And all of their customers use these kubernetes in

13   their business, and they all would like to have access to a

14   private network where they have a network where there's a

15   wireless network connectivity they could use themselves.

16         Let me give you real world example.  If you're an

17   automotive plant and making cars in North Carolina, you're

18   going to have some robotics in that plant, and those robotics

19   need -- today those robots can't move, there's a big cable on

20   every robot.  Modern technology, what you start to see in China

21   is those robots move, because they're connected wirelessly, but

22   you need a network to do that.  You need a lot of capacity.  So

23   they want a private network to be able to share in their

24   factory production they can have wireless robotics, they can

25   have safety for the workers so they know where the workers are,

JCITSTA1                          Ergan - Direct

```
 1    they want to know the temperature, if there's gas, if there's
 2    gases, if there's something that -- they want security, so they
 3    want their communications and their phones to be secure, so
 4    they wouldn't want me bringing -- like in this courthouse, they
 5    wouldn't want me bringing my phone in, they would want a phone
 6    that was secure, Jio coded to their factory.  Then the
 7    automobile, they want to have connectivity to the automobile
 8    that they produce, and the insurance company wants to know how
 9    fast you drive, did you drive sober, does your engine need
10    repair, is your oil okay.  So they want to be able to connect
11    to the car once it leaves the factory and goes to the dealer,
12    and then they want to know when it's sold and how it performs
13    so they could make the product better.  They also want to
14    upgrade the phone.  Tesla does this today.  But they want to
15    upgrade the phone through software, so a very simple example is
16    they want to download Christmas music at Christmas to your car,
17    and when Christmas is over and it's Valentine's Day, they want
18    to send you something about Valentine's Day.  So these are
19    things that the car companies want to do.
20              THE COURT:  The police want to know where certain
21    people are.
22              THE WITNESS:  They definitely want to do that.
23    Q.  ███████████████████     ██████████████████████████
24    ████████████████████████████████████████████████████
25    ████████████████████████▌ ████████████████████  ██████████
```



But with the announcement of this transaction, everyone understands, A, a lot of what we were talking about a year or two ago, and they see the path now to a modern architecture and they see something good for their company. And there's two motivations, really two motivations with business CEOs, greed, very powerful, and fear, but fear is just as powerful. And so the fear of being left out of where this industry is going is -- their boards have told them they need a 5G strategy, and they don't want to be left out. And they're not as interested -- it's not that they can couldn't buy from the incumbents or do a deal, and they will do deals with them, I think more on the arm's length side, but they don't want the old architecture, they want to go where the business is going.

JCITSTA1                         Ergan - Direct

1    They don't want to start with where it was, at least this

2    generation of leaders.   So that's -- I don't know if I covered

3    that well enough.

4            THE COURT:   Mr. Parker, do you have any other

5    questions?

6            MR. PARKER:   I don't have any other questions.

7            THE COURT:   Let me turn to Ms. Blizzard.

8            MS. BLIZZARD:   Thank you.   A couple of preliminary

9    matters.   So we know what was covered, and there's another DISH

10   witness, we'll try to cover everything that could potentially

11   be covered now, and I may ask my colleague, Ms. Boyce, who will

12   be handling the second witness, Mr. Cullen, to also ask a few

13   questions, with your permission here?

14           THE COURT:   Okay.

15           MS. BLIZZARD:   Do you want to ask another clarifying

16   question?

17           MS. BOYCE:   Yes, I'm planning to speak to Mr. Cullen

18   briefly about this business model as well and hoping to put it

19   on the confidential screen but then ask some questions in the

20   abstract about the length of time that it might take to get to

21   the levels of growth that this chart displays, because

22   obviously under the law the timeliness of the entry of the

23   fourth competitor is relevant.   And I wanted to make sure that

24   your Honor would not understand questions in the abstract

25   about, for example, whether it would take more than two to

JCITSTA1                              Ergan - Cross

1    three years to achieve this level of growth would be highly

2    confidential so long as I stay away of the specifics of the

3    particular plan.

4              MR. MICHALOPOULOS:  So long as the it's in the

5    abstract, that's acceptable to us.

6              THE COURT:  Thank you.

7    CROSS-EXAMINATION

8    BY MS. BLIZZARD:

9    Q.  Turning back to your business plan just for a few minutes

10   so the line under revenues that says dollars per sub per month,

11   page 3 of 24, the line that says dollars per sub per month,

12   your counsel referred to that as the ARPU line, I wanted to

13   clarify you were using ARPU, that's the line I would be

14   pointing, to the first number is ███████

15   A.  Yes, dollars per sub per month I would say is the ARPU

16   line.

17   Q.  If the merger doesn't close later, all these numbers would

18   shift over say two or three months, and what really this

19   indicates is the first calendar year of operations, or 2020

20   would be the first calendar year?

21   A.  Yes.

22   Q.  Okay.  You made a comment you said that the Boost

23   subscribers were going to be on a better network when they came

24   over when they were divested to DISH.  Do you recall that?

25   A.  I said a general statement, yes.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

JCITSTA1                        Ergan - Cross

1   Q.  But are you aware that Sprint today has a roaming agreement

2   with T-Mobile?  Are you aware of that?

3   A.  Yes.

4   Q.  So the Boost customers today are riding on the Sprint

5   network and have T-Mobile roaming available today, right?

6   That's true?

7   A.  I don't know the whole -- I don't know the details of that

8   roaming agreement today, but I can tell you what our plans are,

9   which is to any new customer, day one, we will provision only

10  on the T-Mobile network.  So when I say Boost subscribers will

11  be on the T network, I'm referring to any new customer will be

12  on the T-Mobile network.  The current 9 million customers that

13  we have today, some of those customers have handsets today that

14  are compatible with T-Mobile that we can transition over in a

15  fairly short period of time to T-Mobile.  Let's call that a



16

17

18

19

20

21

22          And then the rest, they will have to stay in the

23  Sprint network.  Those particular phones are not capable of

24  roaming on the T-Mobile network because they don't have the

25  right frequency, the right bands in them.  So two things will

JCITSTA1                          Ergan - Cross

1  happen with those customers, they may churn or we will upgrade

2  them to handsets in the future that will work on the T-Mobile

3  network and we'll provision them on the T-Mobile network.

4  Q.  But my point was today those Boost the customers, the

5  ████████    that have compatible handsets, they're already

6  roaming on to T-Mobile network.  So for them it's not going to

7  be a better network on day one, it will be the same network on

8  day one, right?

9  A.  No, that's not my understanding.  It actually will be.

10 Even the Sprint network, they work -- they go first to the

11 Sprint network and they only roam on T-Mobile when the Sprint

12 network is not available.  So this is my opinion and things

13 that I have read about, so I'm not going to -- the T-Mobile

14 network, as an example, because they don't have a low band

15 spectrum other than CDMA Voice, it doesn't penetrate the walls.

16 As a gross generalization, my Sprint phone wouldn't work as

17 well as my T-Mobile phone would work.  So customers, when they

18 go in a building, this doesn't work as well as T-Mobile because

19 they have low band spectrum which will go through the walls.

20 So we are likely to transition those customers over to the

21 T-Mobile network even though we get the Sprint -- we can stay

22 in the Sprint network, we have the ability to do that, and we

23 get a -- the Sprint network, we have a ██████████ discount to

24 stay on that network, but our initial evaluation is

25 notwithstanding the ██████████ discount, it's still better to

JCITSTA1                          Ergan - Cross

1    transition people to the T-Mobile network.

2    Q.  In the interests of time, a lot of which is also probably

3    not confidential, I will move on to the strategic partnerships.

4            Are any of these agreements with all these

5    partnerships signed?

6    A.  No.

7    Q.  You said yesterday in open court that you were discussing

8    the highly confident letters and discussing how to move those

9    to commitments would actually cost money, do you remember that?

10   A.  Yes.

11   Q.  And you said:  If I knew that this trial -- if I knew the

12   decision on this trial, and it was a favorable decision to the

13   merger, we certainly would be willing to do that, to spend

14   money, but I wouldn't go risk that kind of money because I

15   think there's real issues with this case.

16           Do you recall that?

17   A.  Yes.

18   Q.  So are all these strategic partnerships in the same bucket,

19   that you won't be signing any of them until after there's a

20   decision on this case?

21   A.  That's correct, because they don't -- they want to know

22   what -- they want to know who to partner with, and DISH is a

23   materially different company with this transaction and they are

24   a materially different company without this transaction.

25   Q.  And you were discussing enterprise strategic partnerships,

JCITSTA1                          Ergan - Cross

1   and the types of access to private networks that they would

2   want to have that DISH might be willing to provide.  Do you

3   recall that?

4   A.  Yes.

5   Q.  To clarify, that doesn't involve retail mobile wireless,

6   right, those are not sales to consumers by definition?

7   A.  They are but it's indirect.  So if you went to General

8   Electric and you did a private network for General Electric, we

9   would do that under the condition that their General Electric

10  employees, of which they have hundreds of thousands, would get

11  access to our mobile phones.  And the reason that General

12  Electric would want to do that is because they have a secure

13  connection, they have a General Electric app and they have a

14  secure connection to their customers, so they could talk to

15  themselves in a different way.  So I'm not going to say you're

16  not going to get every GE employee in that case, but you have

17  an indirect benefit there, and it's a really low cost marketing

18  strategy to get customers.  Wal-Mart has 1.3 million employees.

19  They deal with Wal-Mart.  We will get a fair number of those

20  employees on that network.

21  Q.  But those contracts are controlled, administered through

22  the enterprise.  In other words, there's not going to be a

23  store on the street next to the Verizon store where a consumer

24  walks in to get a DISH General Motors or Wal-Mart strategic

25  partnership phone, these are going to be administered through

1    the enterprise, right?

2    A.   In many cases, like in General Electric, they would

3    probably walk into their office and get the phone there instead

4    of going to take store.  Actually it would probably a better

5    experience.  And at Wal-Mart, there they have stores, it might

6    be a different situation, but they wouldn't be walking into a

7    Boost store on the corner to get it I think is your point, and

8    think I think that's probably true.

9    Q.   A couple more questions.  These are materials that your

10   counsel has marked as highly confidential from your deposition,

11   and I want to confirm a couple of quick statements with you.

12        So I asked you at your deposition regarding documents

13   that discussed with ████████████ you could get to ████████

14   pops, meaning population coverage, and I asked you:  Do you

15   believe -- do you still believe that with ██████████ you

16   could get to ██████████████, and you said yes.

17   A.   Yes.

18   Q.   Is that still correct?

19   A.   Yes.

20        MR. PARKER:  Your Honor, could we have counsel

21   identify the page and line number?

22        MS. BLIZZARD:  Absolutely, page 32 of the deposition,

23   starting with line 2, a couple of questions maybe running to

24   line 21.

25        MR. PARKER:  Thank you.

JCITSTA1                          Ergan - Cross

1    BY MS. BLIZZARD:

2    Q.  Do you recall at your deposition we discussed the status of

3    your negotiations with T-Mobile about the 600 megahertz

4    spectrum leases?

5    A.  Yes.

6            MS. BLIZZARD:  And for counsel's record, it starts

7    page 210, line 24, and runs to page 212, line 24.

8    Q.  And at that time let me explain a little bit, because the

9    judge may not be aware of these, so the proposed final

10   judgments requires DISH and T-Mobile to discuss leases of

11   DISH's spectrum back to T-Mobile in the 600 megahertz range.

12           Correct?

13   A.  That's correct.

14   Q.  And you have begun those discussions with T-Mobile?

15   A.  We have had discussions with T-Mobile.

16   Q.  And when we spoke at the deposition, you said that

17   initially their bid and our off were far apart.  Do you recall

18   that.

19   A.  I did, and they still are.

20   Q.  That was my question.  And you said that their bid was more

21   in the range of ███████, where we had in the first year ███

22   ███.  Do you recall that?

23   A.  I do.

24   Q.  Have the discussions progressed at all since that time?

25   A.  No.  In fact we have had no further discussions since the

1    deposition.

2    Q.  And you also mentioned that there was -- part of a dispute

3    was not only the money, but the amount of time for the lease,

4    ████████████  ████████████████████████  ██████

5    ████  is that still correct?

6    A.  That's correct.  ████████████████████████

7    ████████████  ████████████████████████████

8    ████████████████  ██████████████████████

9    ██████████████████████████████

10   Q.  And then the third issue related to the 600 megahertz

11   negotiations was a difference in geographic markets, that

12   ████████████████████████████████████

13   ██████████  ██████████████  ██████████████

14   A.  Your analysis of that is correct, and it's still an issue.

15   Q.  You mentioned at your deposition that you had gotten an

16   update from Sprint on the specific Boost financials.  Do you

17   recall that?

18   A.  Yes.

19   Q.  And you had stated at the time that the performance had

20   been less than expected.  Do you recall that?

21   A.  Yes.

22   Q.  Is that still your understanding?

23   A.  Yes.  I have the updated to November, so November was above

24   expectation, but since the budget that that they gave us until

25   today is still -- it's very slight, but it's below projections.

JCITSTA1                          Ergan - Cross

1   ████████████████████████████████████████████

2   ████████████████████████████████████████████

3   ███████████████████████████████████████████████████

4   ███████████████████████

5   Q.  Were those projections for subscribers or revenue or some

6   other measure?

7   A█  ██████████████████████████████    █████████████████

8   ████████████████████████████████████████████████████

9   ████████

10           MS. BLIZZARD:  I think that's all the questions I

11   have.  Do you have any other?

12           MS. BOYCE:  Yeah, just a few if I may.

13   CROSS-EXAMINATION

14   BY MS. BOYCE:

15   Q.  Mr. Ergan, these various strategic partnership potential

16   discussions that we have discussed, those have all happened in

17   the last couple of months, correct?

18   A.  No, we have been talking to some of those companies, not

19   all, but some for several years as we started planning our

20   build out in the first two phases; one was the IoT network, and

21   the second phase was always the 5G.  Having said that, I think

22   you're somewhat correct in the sense that when this deal was

23   announced that that was a catalyst for our 5G network to be

24   build quicker, and therefore a catalyst for them to engage in

25   more serious and timely discussions.

JCITSTA1                          Ergan - Cross

1    Q.  Sure.  So when we deposed you and Mr. Cullen, you didn't

2    bring up these more serious partnerships because they had not

3    yet happened, correct?

4    A.  That's not true.  I disagree with that, I guess I would

5    say.  It may be true, I don't think it's true.

6    Q.  So let's say, for example, the partnership with ███████ that

7    you mentioned, with respect to partnering on your particular

8    network, those discussions have progressed over the last couple

9    of months, correct?

10   A.  They continue to progress.  I got an email last night about

11   furthering discussions.

12   Q.  And neither you nor Mr. Cullen gave us specific details

13   about those discussions at your deposition because they had not

14   happened yet, correct?

15   A.  That's not correct.  I don't know about Mr. Cullen's

16   deposition, I have no knowledge of that, but my recollection in

17   my deposition I was asked by Ms. Blizzard if we had talked to

18   ███████   I believe I answered yes, and I believe there was

19   something to the effect of how interested are they, and I said

20   they're very interested, and then I don't believe I was asked a

21   question on the details of the discussions.

22   Q.  Sure.  So I --

23   A.  That's my recollection.  I could be wrong.

24   Q.  I'm making a very small point, so I will get to that point.

25   Many of these conversations happened after the point at which

JCITSTA1                          Ergan - Cross

1    we would have received emails to look into them, correct?

2    A.  Yes, I think there are -- the discussions are ongoing,

3    particularly as we go through design reviews, and they are

4    part -- for example, I will to your point, ████████   ████████

5    ███████████████████████   ████████████   █ ████   ████████

6    ████████████████████████   ██████████████████████

7    ████████████████████████████████████████

8    Q.  One of the conversations that we do know about and have

9    been able to depose folks about ██████████.  You're aware of

10   that, correct?

11   A.  I'm not.

12   Q.  Well, I will represent to you now that we have spoken to

13   ████████ and were able to depose ████████  and my understanding

14   from that deposition is that ████████████████████████████

15   ████████████████████████████████████████████████

16   ██████

17   A.  I don't know that.

18   Q.  You haven't been privy to any of the conversations?

19   A.  Not on that subject.

20   Q.  And with respect to ██████████████████████████████

21   A.  I have not.

22   Q.  But your understanding --

23   A.  With ████████ I have not.

24   Q.  But your understanding would be that you cannot in fact

25   ████████████████████████████████  ████████████



1    A.

20    ████████  ██████████████, we're already

21    minutes over.  Anything else?

22          MS. BOYCE:  No, for efficiency's sake.

23          MR. PARKER:  Nothing, your Honor.

24          THE COURT:  The transcript should be marked, the

25    entire proceeding, "confidential," and I will ask the parties

JCITSTA1                          Ergan - Cross

1    subsequently to meet and confer and determine whether there may

2    be some redacted version of the transcript that could be made

3    public.

4              (Continued on next page)