UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
STATE OF NEW YORK, *et al.*                :
                                           :
            Plaintiffs,            :
                                           :  Case No. 1:19-cv-5434 (VM) (RWL)
     v.                                  :
                                           :  **NOTICE OF APPEARANCE**
DEUTSCHE TELEKOM AG, *et al.*              :
                                           :
            Defendants.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      PLEASE TAKE NOTICE that Arthur S. Greenspan of Richards Kibbe & Orbe LLP hereby enters his appearance as counsel of record for the proposed *amici curiae* George Bittingmayer, Harold Furchtgott-Roth, Thomas W. Hazlett, Justin Hurwitz, Jonathan Klick, Kevin Tsui, Glenn Woroch, Joshua D. Wright, and John Yun in the above-captioned action. The undersigned certifies that he is admitted to practice before this Court.

Dated:   New York, New York
        Janaury 31, 2020

                                        RICHARDS KIBBE & ORBE LLP

                                        By: /s/ Arthur S. Greenspan
                                            Arthur S. Greenspan
                                            agreenspan@rkollp.com
                                            200 Liberty Street
                                            New York, NY  10281-1003
                                            Telephone: 212.530.1800
                                            Facsimile: 212.530.1801

                                        *Attorneys for Proposed Amici Curiae*