**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
STATE OF NEW YORK, et al.,
                Plaintiff,

19 **CIVIL** 5434 (VM)

-against-

**JUDGMENT**

DEUTSCHE TELEKOM AG, et al.,
                Defendant.
-------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated February 10, 2020, that the request of plaintiffs, the States of New York, California, Connecticut, Hawaii, Illinois, Maryland, Michigan, Minnesota, Oregon, and Wisconsin, the Commonwealth of Massachusetts, Pennsylvania, and Virginia, and the District of Columbia, for an injunction pursuant to Section 7 of the Clayton Act, 15 U.S.C. Section 18, to restrain the proposed acquisition of Sprint Corporation by T-Mobile US, Inc. is denied, and judgment is entered in favor of defendants Deutsche Telekom AG, T-Mobile US, Inc., Softbank Group Corp., and Sprint Corporation; accordingly, this case is closed.

**Dated:** New York, New York
         February 11, 2020

                                          **RUBY J. KRAJICK**
                                              Clerk of Court
                             BY:
                                              Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/11/2020